# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01224-RBJ-STV

**AMANDA WILSON**, a Michigan resident,

Plaintiff,

v.

**JONATHAN PAULING**, an individual Colorado resident, **MARK PAULING**, an individual Colorado resident, **TWO MILE RANCH a/k/a TWO MILE RANCH GENERAL PARTNERSHIP**, a Colorado General Partnership, **ELYCE YORK**, an individual Nebraska or Colorado resident, **LARDYN CONSULTING LLC**, a Nebraska Limited Liability Company, and **FARMERS STATE BANK**.

Defendants.

---

## PLAINTIFF'S NOTICE OF RELATED CASE
---

Plaintiff Amanda Wilson, by and through her undersigned attorneys and pursuant to D.C.COLO.L.Civ.R 3.2, hereby notify the Court of the following related case, as described in the Complaint: *Amanda Wilson v. Jonathan Pauling, et al*, Case No. 2013cv35298 (Denver District Court).

Dated: May 9, 2019

    Respectfully submitted,

    /s/ *Ross W. Pulkrabek*
    Ross W. Pulkrabek
    Aaron D. Goldhamer
    Keating Wagner Polidori Free, PC
    1290 Broadway, Suite 600
    Denver, Colorado 80203
    303.534.0401
    rpulkrabek@keatingwagner.com
    agoldhamer@keatingwagner.com