

Logan County Sheriff's Office
Sheriff's Return of Service

**Brett L. Powell, Sheriff**

State of Colorado    }

                    } ss

County of Logan    }                    Case Number 19-CV-01224-RBJ-STV

I hereby certify that I served the attached :

Summons or Other Writ - Civil ; Summons in a Civil Action, Complaint, (Exhibit 1) Order RE: Pending Motions, Consent/Non-Consent to the Exercise of Jurisdiction by a United States Magistrate Judge, Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction,
In the civil paper process number 2019-00000392, in Logan County, Colorado, on 5/14/2019 12:22:00 PM, at 18503 C R 42.5, Sterling, upon:

MARK A PAULING

By handing to, and leaving with MARK A PAULING personally a true copy thereof.

I am over the age of 18, and am not interested in, nor a party to this case.

**Brett L. Powell**
**Sheriff**

_____
Deputy Denis Grischenko

Subscribed and sworn to before me this  15  day of  May , 20 19.
My commission expires  October 26, 2022.

SHANTEL L SATOR
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20064044094
MY COMMISSION EXPIRES OCT 26, 2022

(SEAL)

_____
Notary Public

110 Riverview Rd, Rm 116
Address