IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico

Civil Action No. 1:19-cv-01224-DDD-STV

AMANDA WILSON,

      Plaintiff,

v.

JONATHAN PAULING;
MARK PAULING;
TWO MILE RANCH;
ELYCE YORK;
LARDYN CONSULTING LLC; and
FARMERS STATE BANK,

      Defendants.

## AMENDED ORDER OF RECUSAL

A judge shall recuse himself "in any proceeding in which his impartiality might reasonably be questioned." 28 U.S.C. § 455(a). Section 455(a) is self-enforcing on the part of the judge, *In re McCarthey*, 368 F.3d 1266, 1269 (10th Cir. 2004), and "what matters is not the reality of bias or prejudice but its appearance," *Liteky v. United States*, 510 U.S. 540, 548 (1994). Due to personal and family relationships with members of the plaintiff's law firm, I conclude that recusal is prudent under Section 455(a).

- 2 -

Accordingly, it is ORDERED that pursuant to D.C.COLO.LCivR 40.1(a) and the direction of the Chief Judge, the Clerk of Court shall return this case directly to Judge R. Brooke Jackson.

DATED: June 4, 2019

BY THE COURT:

*/s/ Daniel D. Domenico*
Hon. Daniel D. Domenico