## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01224-RBJ-STV

**AMANDA WILSON**, a Michigan citizen,

Plaintiff,

v.

**JONATHAN PAULING**, an individual Colorado citizen, **MARK PAULING**, an individual Colorado citizen, **TWO MILE RANCH a/k/a TWO MILE RANCH GENERAL PARTNERSHIP**, a Colorado General Partnership, **ELYCE YORK**, an individual Nebraska or Colorado citizen, **LARDYN CONSULTING LLC**, a Nebraska Limited Liability Company, and **FARMERS STATE BANK**, a Nebraska Corporation.

Defendants.

_____

### PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT
_____

Plaintiff Amanda Wilson, by and through undersigned counsel, for her Motion for Leave to Amend Complaint ("Motion"), states as follows:

### Certificate of Conferral

Plaintiff has conferred with counsel for Mark Pauling and Two Mile Ranch a/k/a Two Mile Ranch General Partnership ("Two Mile Ranch") concerning the relief sought by this Motion, and is informed that Mark Pauling and Two Mile Ranch do not oppose the relief sought hereby. Mark Pauling and Two Mile Ranch have been served with process, but have not yet appeared. Although Plaintiff has sought to have the remaining defendants served with process, Plaintiff is not aware of service of process having been effectuated on any defendant besides Mark Pauling and Two Mile Ranch at this time. As such, no conferral with the remaining defendants appears necessary.

1.      "The court should freely give leave [to amend a pleading] when justice so requires." F.R.C.P. 15(a)(2).

2.      On May 29, 2019, the Court issued an Order to Show Cause [#12] concerning the Court's inability to determine whether it had subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1332.

3.      Contemporaneously with this Motion, Plaintiff has responded to the Order to Show Cause, providing the Court with evidentiary support for the diversity of citizenship between Plaintiff and Defendants.

4.      Additionally, Plaintiff seeks to amend her Complaint [#1] as set forth in the attached proposed Amended Complaint attached hereto as **Exhibit 1**.  The proposed Amended Complaint makes more explicit allegations concerning the citizenship of the parties.  The allegations in the proposed Amended Complaint support the Court's exercise of diversity jurisdiction.

5.      Pursuant to D.C.COLO.LCivR 15.1, a redlined version of the proposed Amended Complaint as compared to the original Complaint is attached hereto as **Exhibit 2**.

6.      In this case, given that diversity jurisdiction does in fact exist, the interests of justice require that the Court grant this Motion and permit the amendment of Plaintiff's Complaint.  Granting the Motion is appropriate in light of Mark Pauling and Two Mile Ranch's lack of opposition to the Motion.  Likewise, in light of the right to amendment as a matter of course that exists within twenty-one (21) days of service (*see* F.R.C.P. 15(a)(1)(A)), there is no prejudice in granting the Motion with respect to defendants who have not yet been served.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and permit the Amendment of Plaintiff's Complaint as set forth in Exhibit 1 hereto.

Dated: June 14, 2019

Respectfully submitted,

/s/ *Ross W. Pulkrabek*
Ross W. Pulkrabek
Aaron D. Goldhamer
Keating Wagner Polidori Free, PC
1290 Broadway, Suite 600
Denver, Colorado 80203
303.534.0401
rpulkrabek@keatingwagner.com
agoldhamer@keatingwagner.com