IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01224-RBJ-STV

**AMANDA WILSON**, a Michigan citizen,

Plaintiff,

v.

**JONATHAN PAULING**, an individual Colorado citizen, **MARK PAULING**, an individual Colorado citizen, **TWO MILE RANCH a/k/a TWO MILE RANCH GENERAL PARTNERSHIP**, a Colorado General Partnership, **ELYCE YORK**, an individual Nebraska or Colorado citizen, **LARDYN CONSULTING LLC**, a Nebraska Limited Liability Company, and **FARMERS STATE BANK**, a Nebraska Corporation.

Defendants.
_____

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE
_____

Plaintiff Amanda Wilson, by and through undersigned counsel, for her Response to the Court's Order to Show Cause ("Response"), states as follows:

1. The Court's May 29, 2019, Order to Show Cause [#12] sought clarification concerning the Court's subject matter jurisdiction, pursuant to 28 U.S.C. § 1332, over this case.

2. The Court has 28 U.S.C. § 1332 diversity jurisdiction in this case because the matter in controversy exceeds the sum or value of $75,000 (exclusive of interest and costs) and because the citizenship of Plaintiff Amanda Wilson—who is a citizen of Michigan—is different from that of any Defendant.

3. Contemporaneous with this Response, Plaintiff has filed a motion for leave to file an Amended Complaint. The allegations in the Amended Complaint clarify the Defendants' citizenship as of the time of the filing of the original Complaint [#1], which is as follows:

   a. Jonathan Pauling is a citizen of Colorado;

1

      b. Mark Pauling is a citizen of Colorado;

      c. Two Mile Ranch a/k/a Two Mile Ranch General Partnership ("Two Mile Ranch") is a citizen of Colorado, and all of its, Jonathan Pauling and Mark Pauling, are citizens of Colorado;

      d. Elyce York is a citizen of Nebraska, or alternatively a citizen of Colorado;

      e. Lardyn Consulting, LLC ("Lardyn"), is a citizen of Colorado and/or Nebraska, as all of its members—Mark Pauling and Elyce York—are citizens of Colorado and/or Nebraska; and

      f. Farmers State Bank is incorporated in Nebraska and is a citizen of Nebraska.

4. The allegations of citizenship in the proposed Amended Complaint are supported by evidence obtained by Plaintiff to date. For instance, and without limitation:

      a. Jonathan and Mark Pauling are both registered to vote in Colorado. *See* **Exhibit 1**, attached hereto.

      b. Two Mile Ranch was formed in Colorado, has its principal place of business in Colorado, and its partners are Jonathan and Mark Pauling. *See* **Exhibit 2**, attached hereto, at "Statement of Agreement" and §§ 1.03, 4.02; **Exhibit 3**, attached hereto (averring that there had been no change to Two Mile Ranch's constituent documents).

      c. Elyce York's domicile, as reflected in a LexisNexis Accurint search, is either in Nebraska or Colorado. *See* **Exhibit 4**, attached hereto.

      d. Documents on file with the Nebraska Secretary of State reflect Elyce York's address, as registered agent for Lardyn, in Nebraska, as well as Lardyn's principal office at a Nebraska address. *See* **Exhibit 5**, attached hereto. Likewise, Lardyn was formed in Nebraska. *See* **Exhibit 6**, attached hereto. Additionally, documents recorded with Colorado's Logan County Clerk and Recorder reflect that Lardyn's members are Elyce York and Mark Pauling. *See* **Exhibit 7**, attached hereto.

      e. Farmers State Bank's branches are all within Nebraska, and Farmer State Bank was incorporated in Nebraska. *See* **Exhibits 8** and **9**, attached hereto.

5. In light of the allegations in the proposed Amended Complaint supporting the exercise of this Court's diversity jurisdiction, as well as the evidence attached hereto supporting the diversity of citizenship between Plaintiff (a citizen of Michigan) and all Defendants (who are

2

citizens of either Colorado or Nebraska), Plaintiff respectfully avers that the Court should exercise jurisdiction pursuant to 28 U.S.C. § 1332 over this matter.

Dated: June 14, 2019

                Respectfully submitted,

                /s/ *Ross W. Pulkrabek*
                Ross W. Pulkrabek
                Aaron D. Goldhamer
                Keating Wagner Polidori Free, PC
                1290 Broadway, Suite 600
                Denver, Colorado 80203
                303.534.0401
                rpulkrabek@keatingwagner.com
                agoldhamer@keatingwagner.com