


Voter menu

# My Voter Registration

[Versión en Español](#)

> **Warning:** It is against the law to knowingly submit false information or to tamper with another person's voter registration information.

**Name** JONATHAN MICHAEL PAULING

| Voter Details | Ballot Information | County & District Information |

| **Name** | JONATHAN MICHAEL PAULING |
| **Birth Year** | 1963 |

## Registration

| **Voter ID** | 6331256 |
| **Date of Registration** | 08/15/1996 |
| **Registration Status** | Active |
| **Party Affiliation** | Republican   Change party affiliation |
| **Date of Affiliation** | 08/15/1996 |

## Voter Information

| **Residential Address** | 60773 HIGHWAY 71, STONEHAM, CO, 80754   Change my address |

New Search

^ Top

^ Top

Colorado Secretary of State | 1700 Broadway, Suite 200, Denver CO 80290 | 303-894-2200

Terms & conditions | Browser compatibility

^ Top




Voter menu

# My Voter Registration

[Versión en Español](#)

> **Warning:** It is against the law to knowingly submit false information or to tamper with another person's voter registration information.

**Name** MARK ALLAN PAULING

| Voter Details | Ballot Information | County & District Information |

| | |
|---|---|
| **Name** | MARK ALLAN PAULING |
| **Birth Year** | 1961 |

## Registration

| | |
|---|---|
| **Voter ID** | 2248578 |
| **Date of Registration** | 08/19/2004 |
| **Registration Status** | Active |
| **Party Affiliation** | Republican   Change party affiliation |
| **Date of Affiliation** | 08/19/2004 |

## Voter Information

| | |
|---|---|
| **Residential Address** | 18503 COUNTY RD 42.5, STERLING, CO, 80751-9613   Change my address |

New Search

^ Top

^ Top

Colorado Secretary of State | 1700 Broadway, Suite 200, Denver CO 80290 | 303-894-2200

Terms & conditions | Browser compatibility

^ Top