

May 13, 2015

**LAND TITLE GUARANTEE COMPANY**
**4617 W 20TH ST #B**
**GREELEY, CO 80634**

RE:   Land Title Guarantee Company Order No.   GR25131153
       (Property Address) VACANT LAND  STONEHAM, CO 80754
       Name of Entity  TWO MILE RANCH, A COLORADO GENERAL PARTNERSHIP

We the undersigned, hereby confirm as of the date of this letter that:

1. there have been no amendments, modifications or revisions to the Trust Agreement/Operating Agreement or other constituent documents of the TWO MILE RANCH, A COLORADO GENERAL PARTNERSHIP;

2. the facts recited in the Statement of Authority referred to in Requirement No.1 of the commitment issued under the above-mentioned file number, are correct for all purposes pursuant to C.R.S. § 38-30-172.

3. We undertake to advise Land Title Guarantee Company of any changes which will require the execution of a new Statement of Authority.

TWO MILE RANCH, A COLORADO GENERAL PARTNERSHIP

Signed x _____/s/ Jonathan M. Pauling_____
         By: JONATHAN M. PAULING

Its:   **PARTNER**
       Title

Signed x _____/s/ Mark A. Pauling_____
         By: MARK A. PAULING

Its:   **PARTNER**
       Title


Form 13763    04/2012    soa.seller.confirm.odt        FCC25131153            {21852711}