4/19/2019                                                            Comprehensive Report

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:** Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer
**Your DMF Permissible Use:** No Permissible Purpose

## ::: Comprehensive Report
**Date:** 04/19/19
**Reference Code:** 16011.001

**Report processed by:**
Keating Wagner Polidori Free, P.C.
1290 Broadway Ste 600
Denver, CO 80203
303-534-0401 Main Phone
303-534-8333 Fax

**Report Legend:**
S - Shared Address
D - Deceased
✓ - Probable Current Address

**Subject Information**
**(Best Information for Subject)**
Name: **ELYCE MARIE YORK**
Date of Birth: **1/xx/1990**
Age: **29**
SSN: 505-27-xxxx issued in **Nebraska** between **1/1/1990** and **12/31/1991**
View All SSN Sources

**AKAs**
**(Names Associated with Subject)**
ELYCE M YORK
    Age: **29**   SSN: 505-27-xxxx
ELYCE YORK
    Age: **29**   SSN: 505-27-xxxx
    **Utility Locator - Connect Date:** 12/9/2013

**Indicators**

Bankruptcy: **No**
Property: **No**
Corporate Affiliations: **No**

**Others Associated With Subjects SSN:**
(DOES NOT usually indicate any type of fraud or deception)
    KRISTINA PROCTOR
    505-27-xxxx issued in Nebraska  between  1/1/1990  and  12/31/1991

**Address Summary:**   View All Address Variation Sources

    1660 SUMMIT DR, SIDNEY, NE 69162-2406, CHEYENNE COUNTY
(Nov 2018 - Apr 2019)
    22434 N TURKEY CREEK RD, MORRISON, CO 80465-9008, JEFFERSON COUNTY
(Jun 2015 - Apr 2019)
        **Utility Locator - Connect Date:**  7/15/2015
    22424 N TURKEY CREEK RD, MORRISON, CO 80465-9008, JEFFERSON COUNTY
(May 2015 - Feb 2019)
        **Utility Locator - Connect Date:**  5/24/2015
    18413 COUNTY ROAD 42.5, STERLING, CO 80751-9613, LOGAN COUNTY
(Feb 2018 - Dec 2018)
    18413 COUNTY ROAD 425, STERLING, CO 80751-9613, LOGAN COUNTY
(Oct 2018 - Nov 2018)
    3860 E 5TH AVE, DENVER, CO 80206-4519, DENVER COUNTY
(Nov 2013 - Sep 2018)
        **Utility Locator - Connect Date:**  12/9/2013
    5300 E CHERRY CREEK SOUTH DR APT 528E, DENVER, CO 80246-2703, DENVER