NE Sec of State - Robert B. Evnen
Filing Document #: 9000419076  Pages: 1
Corporation Name: LARDYN CONSULTING, LLC
Filing Date and Time: 02/17/2019 10:40 am

# DOMESTIC LIMITED LIABILITY COMPANY
## BIENNIAL REPORT 2019 - 2020

Robert B. Evnen, Secretary of State
1201 N Street, Suite 120, P.O. Box 94608
Lincoln, NE 68509
(402) 471 - 4079
http://www.sos.ne.gov

LARDYN CONSULTING, LLC
ELYCE YORK
2561 S. 125TH AVE

OMAHA, NE 68144

10230288
Account Number

**This report must be filed between January 1 and April 1, 2019. Failure to file this report by April 1, 2019 will result in the dissolution of the limited liability company by operation of law.**

**The address of principal office must be completed if blank and may be updated on this report. Other changes to this form must be filed separately. Please see the instructions.**

1. Name of Limited Liability Company  LARDYN CONSULTING, LLC

2. Street and mailing address of designated office  2561 S 125TH AVE
   Street Address

   OMAHA                NE         68144
   City                 State      Zip

3. **Street and mailing address of principal office**  2561 S. 125TH AVE
   *(Must be completed)*   Street Address

   OMAHA                NE         68144
   City                 State      Zip

4. Name and Street Address of Agent for Service of Process  ELYCE YORK

   2561 S. 125TH AVE                                OMAHA              NE  68144
   Street Address and post office box number (if any)   City            Zip

| Signature | Printed Name | Title | Date |
|---|---|---|---|
| /s/LARDYN CONSULTING, LLC LARDYN CONSULTING, LLC | LARDYN CONSULTING, LLC LARDYN CONSULTING, LLC | MANAGER | 02/17/2019 |

**FILING FEE: $10.00**    Make checks payable to: Secretary of State

Revised December 2018                                              Neb. Rev. Stat. §21-125