# CERTIFICATE OF ORGANIZATION
## LIMITED LIABILITY COMPANY
Submit in Duplicate

John A. Gale, Secretary of State
Room 1301 State Capitol, P.O. Box 94608
Lincoln, NE 68509
(402) 471-4079

Name of Limited Liability Company: LARDYN CONSULTING, LLC

The street and mailing address of the initial designated office is:

206 N. 117th Avenue
Omaha, NE 68154

The initial agent for service of process and street and mailing address of the agent are:

Andrew M. Pope
1212 Jackson Street
P.O. Box 299
Sidney, NE 69162

The Company is not organized to render professional services.

The sole Member and Manager of Company as of the date of this certificate is:

Elyce York
206 N. 117th Avenue
Omaha, NE 68154

Effective date if other than the date filed: None

DATED: August ___, 2016.

_____        Elyce York, Organizer and Manager
Signature of Authorized Representative        Printed Name of Authorized Representative


FILING FEE: $100.00 plus $5.00 per additional page
January 2011