```
733621 04/28/2017 01:49 PM B: 01021 P: 794 STMTAUTH
Page: 1 of 1 R $13.00 D $0.00 T $13.00
Pamela M. Bacon Clerk & Recorder, Logan County, Co
```

STATEMENT OF AUTHORITY
(Section 38-30-172, C.R.S.)

This statement of Authority relates to an entity named __Lardyn Consulting, LLC__

The type of entity is a:
_____ Corporation                          _____ Registered Limited Liability Partnership
_____ Nonprofit Corporation                _____ Registered Limited Liability Limited Partnership
__X__ Limited Liability Company              _____ Limited Partnership Association
_____ General Partnership                   _____ Government or Governmental Subdivision or Agency
_____ Limited Partnership                   _____ Trust

The entity is formed under the laws of the State of __Nebraska__

The mailing Address for the entity is   __206 N. 117th Avenue, Omaha, NE 68154__

The name and position of each person authorized to execute instruments conveying, encumbering, or otherwise affecting title to real property on behalf of the entity is:
__Elyce M. York, Managing Member and Mark A. Pauling, Member__

The authority of the foregoing person(s) to bind the entity is X not limited _ limited as follows:

Other matters concerning the manner in which the entity deals with interest in real property:

This Statement of Authority is executed on behalf of the entity pursuant to the provisions of Section 38-30-172, C.R.S.

This Statement of Authority amends and supersedes in all respects and prior Statement of Authority executed on behalf of the entity.

Executed this __27th__ day of April, 2017

Lardyn Consulting, LLC

_/s/ Elyce M. York_                              _/s/ Mark A. Pauling_
By: Elyce M. York, Managing Member               By: Mark A. Pauling, Member

STATE OF __Colorado__ )
                      )
COUNTY OF __Logan__   )

The foregoing instrument was acknowledged before this __27th__ day of April, 2017, by Elyce M. York, Managing Member of Lardyn Consulting, LLC and Mark A. Pauling, Member of Lardyn Consulting, LLC.

WITNESS my hand and official seal.
My commission expires: 08/16/2017

_/s/ Kristen R. Boxberger_

```
KRISTEN R. BOXBERGER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20014025404
MY COMMISSION EXPIRES AUGUST 16, 2017
```