

402-693-2251

# Locations & Hours

We'd sure love to see you! Come on in and pay us a visit!



**Bridgeport**
823 Main Street
P.O. Box 220
Bridgeport, NE 69336

## Dodge                                           ATM ✓      Map 📍     —

### Address

355 Second Street
P.O. Box 67
Dodge, NE 68633
See Location Details (/about-us/location-details.html?id=10698&location-information=dodge-355-second-street-p.o.-box-67-dodge-ne-68633)
Get Directions (https://maps.google.com?daddr=355+second+street+dodge+ne+68633)

### Contact

**Phone**
402-693-2251

Case No. 1:19-cv-01224-RBJ   Document 16-8   filed 06/14/19   USDC Colorado   pg 2 of 5

6/14/2019                      Locations & Hours | Farmers State Bank | Alliance, NE – Chadron, NE – Bridgeport, NE – Atkinson, NE, – Dodge, NE

**Fax**
402-693-2258

**Lobby Hours**

**Monday - Friday**
9:00am - 4:00pm

**Drive Through Hours**

**Monday - Friday**
9:00am - 4:00pm

## Bridgeport                                                ATM ✓     Map 📍

### Address

823 Main Street
P.O. Box 220
Bridgeport, NE 69336

See Location Details (/about-us/location-details.html?id=10699&location-information=bridgeport-823-main-street-p.o.-box-220-bridgeport-ne-69336)
Get Directions (https://maps.google.com?daddr=823+main+street+bridgeport+ne+69336)

### Contact

**Phone**
308-262-1500

**Fax**
308-262-1502

**Lobby Hours**

**Monday - Friday**
8:30am - 4:00pm

**Drive Through Hours**

**Monday - Friday**
8:30am - 4:00pm

## Alliance                                                  ATM ✓     Map 📍

### Address

1320 W. 3rd Street
P.O. Box 618
Alliance, NE 69301

See Location Details (/about-us/location-details.html?id=10700&location-information=alliance-1320-w.-3rd-street-p.o.-box-618-alliance-ne-69301)
Get Directions (https://maps.google.com?daddr=1320+w.+3rd+street+alliance+ne+69301)

### Contact

**Phone**
308-761-1500

**Fax**

Case No. 1:19-cv-01224-RBJ   Document 16-8   filed 06/14/19   USDC Colorado   pg 3 of 5

6/14/2019                    Locations & Hours | Farmers State Bank | Alliance, NE – Chadron, NE – Bridgeport, NE – Atkinson, NE, – Dodge, NE

308-761-1502

**Lobby Hours**

**Monday - Friday**
9:00am - 4:00pm

**Drive Through Hours**

**Monday - Friday**
8:30am - 5:00pm

# Chadron                                                                     ATM ✓    Map 📍   ➖

### Address

205 W. 3rd Street
P.O. Box 252
Chadron, NE 69337

See Location Details (/about-us/location-details.html?id=10701&location-information=chadron-205-w.-3rd-street-p.o.-box-252-chadron-ne-69337)

Get Directions (https://maps.google.com?daddr=205+w.+3rd+street+chadron+ne+69337)

### Contact

**Phone**
308-432-2500

**Fax**
308-432-2505

**Lobby Hours**

**Monday - Friday**
8:30am - 4:00pm

**Drive Through Hours**

**Monday - Friday**
8:30am - 5:00pm

# Spencer                                                                     ATM ✓    Map 📍   ➖

### Address

101 N Thayer Street
P.O. Box 217
Spencer, NE 68777

See Location Details (/about-us/location-details.html?id=10702&location-information=spencer-101-n-thayer-street-p.o.-box-217-spencer-ne-68777)

Get Directions (https://maps.google.com?daddr=101+n+thayer+street+spencer+ne+68777)

### Contact

**Phone**
402-589-1100

**Fax**
402-589-1556

Case No. 1:19-cv-01224-RBJ   Document 16-8   filed 06/14/19   USDC Colorado   pg 4 of 5

6/14/2019                          Locations & Hours | Farmers State Bank | Alliance, NE – Chadron, NE – Bridgeport, NE – Atkinson, NE, – Dodge, NE

**Lobby Hours**

**Monday - Friday**
8:30am - 4:00pm

## Atkinson                                    ATM ✓   Map 📍

### Address

605 N Main Street
P.O. Box 909
Atkinson, NE 68713
See Location Details (/about-us/location-details.html?id=10703&location-information=atkinson-605-n-main-street-p.o.-box-909-atkinson-ne-68713)
Get Directions (https://maps.google.com?daddr=605+n+main+street+atkinson+ne+68713)

### Contact

**Phone**
402-925-2100
**Fax**
402-925-2115

**Lobby Hours**

**Monday - Friday**
8:30am - 4:00pm

**Drive Through Hours**

**Monday - Friday**
8:30am - 4:00pm

## Carroll                                     ATM ✓   Map 📍

### Address

501 Main Street
P.O. Box 195
Carroll, NE 68723
See Location Details (/about-us/location-details.html?id=10704&location-information=carroll-501-main-street-p.o.-box-195-carroll-ne-68723)
Get Directions (https://maps.google.com?daddr=501+main+street+carroll+ne+68723)

### Contact

**Phone**
402-585-4441
**Fax**
402-585-4410

**Lobby Hours**

**Monday - Friday**
9:00am - 4:00pm

## CONNECT WITH US


**(HTTPS://WWW.FACEBOOK.COM/FSBN**



© 2019 Farmers State Bank | Portions Copyright © Kasasa, Ltd. All rights reserved.