# ARTICLES OF INCORPORATION

NE Sec of State John A Gale - CORP AP
1000150599                          Pgs: 4
FARMERS STATE BANK
Filed: 11/21/1945 04:30 PM

We, the undersigned, hereby associate ourselves together for the purpose of forming a banking corporation as provided by the laws of the State of Nebraska, and do adopt the following Articles of Incorporation:

ARTICLE I. The name of this corporation shall be

Farmers State Bank

ARTICLE II. The principal place of business of this corporation shall be at Lyman,

County of Scotts Bluff, State of Nebraska.

ARTICLE III. The object for which this corporation is formed is to carry on a Commercial banking business as provided by the laws of Nebraska. (Commercial or Savings)

ARTICLE IV. The authorized capital stock of this corporation shall be Fifty Thousand and No/100 Dollars, of which at least Twenty Five Thousand Dollars shall have been paid in at the time of commencement of business, which shall be issued in shares of the par value of One Hundred (100) Dollars each. No transfer of the stock of this corporation shall be operative until entered on the books of the corporation.

ARTICLE V. This corporation shall begin business on the 1st day of October, 19 45, or as soon thereafter as authorized by the Department of Banking of the State of Nebraska, and shall have perpetual existence.

ARTICLE VI. The affairs of this corporation shall be under the control and management of a board of directors consisting of not less than three nor more than Five shareholders, whose term of office shall be for a period of one year, or until their successors are elected and qualified, not less than a majority of whom shall be residents of the county in which the bank is located or counties immediately adjacent thereto. It shall be the duty of the board of directors to elect from their number a president and secretary, and select a vice-president and cashier, and they may also select an assistant cashier and such other clerks and assistants as the business of the corporation may require. The term of office of the officers of this corporation shall be one year, or until their successors are elected and qualified. The board of directors may adopt such by-laws for the regulation and management of the affairs and business of the corporation as it may deem proper. The private property of the stockholders shall not be subject to the payment of corporate debts.

ARTICLE VII. The regular annual meeting of the stockholders of this corporation shall be held on the Second Wednesday of January, each year, at which meeting the board of directors above provided for shall be elected. A majority of the shares of stock of the corporation at any regular or special meeting shall constitute a quorum for the transaction of business.

ARTICLE VIII. The following is a list of the names and places of residence of the incorporators subscribing to the capital stock of this corporation, in the amount set aside their respective names; those stockholders who are to serve as directors until the annual meeting of the stockholders of the corporation or until their successors are elected and qualified are designated by the word "Director".

| Name | | Residence | No. of Shares |
|---|---|---|---|
| O. N. Hammarlun, | Director, | Lyman, Nebraska | 80 |
| Fred Chalupa, | Director, | Lyman, Nebraska | 40 |
| Geo. P. Johnson, | Director, | Lyman, Nebraska | 35 |
| A. W. Kaman, | | Torrington, Wyoming | 25 |
| T. H. Elquest, | Director, | Lyman, Nebraska | 22 |
| Wm. H. Andreas, | | Lyman, Nebraska | 10 |
| Cornell Newman, | Director, | Lyman, Nebraska | 5 |
| Arthur Kellums, | | Lyman, Nebraska | 5 |
| O. E. Shirley, | | Lyman, Nebraska | 5 |
| T. P. Winchell, | | Lyman, Nebraska | 5 |
| C. E. Flint, | | Lyman, Nebraska | 3 |
| Charles H. Hayen, | | Lyman, Nebraska | 5 |
| Tessie I. Frye, | | Lyman, Nebraska | 5 |
| H. M. Swanson, | | Lyman, Nebraska | 5 |

ARTICLE IX. Each stockholder shall at any regular or special meeting be entitled to one vote, either in person or by proxy, for each share of stock held, except that in all elections for directors each stockholder shall have the right of cumulative voting.

ARTICLE X. These articles of incorporation may be amended by a two-thirds vote of all the stock at any regular or special meeting called for that purpose.

Witness our hands this 17th day of July, 1945.

O. N. Hammarlun,                    T. P. Winchell,
Fred Chalupa,                       C. E. Flint,
Geo. P. Johnson,                    Charles H. Hayen,
A. W. Kaman,                        Tessie I. Frye,
T. H. Elquest,                      Wm. H. Andreas,
O. E. Shirley,                      H. M. Swanson,
Arthur Kellums,                     By T.H. Elquest.
Cornell Newman

476
a

PHOTO-COPIED RECORDED

**State of Nebraska**
DEPARTMENT OF BANKING
FILED

NOV 21 1945

_J. F. M_____ Deputy_
DIRECTOR OF BANKING

NOV 2 1 1945

Received and _____ 131
and recorded in _____ 476
_Frank Marsh_
_Harold E. Cotton_

$50.75

Farmers State Bank
Lyman

ARTICLES

STATE OF NEBRASKA }ss.
Scotts Bluff County

On this 28" day of July, 19 45, before the undersigned, a notary public in and for said county and state personally appeared O. N. Hammarlun, Fred Chalupa, Geo. P. Johnson, Arthur W. Zaman, T. H. Elquest, Wm. H. Andreas, Cornell Newman, Arthur Kellums, O. E. Shirley, T. P. Winchell, C. E. Flint, Charles H. Hayer, Tessie I. Frye, and H. M. Swanson, represented by T. H. Elquest; to me known to be the identical persons whose names are affixed to the foregoing articles of incorporation, and each for himself acknowledged the same to be his voluntary act and deed.

IN WITNESS WHEREOF, I have hereunto set my hand and notarial seal this 28" day of July 19 45, x At Lyman, Scotts Bluff Co., Nebraska.

My commission expires Sept. 25, 1947.

J. F. Demel
Notary Public

I, O. N. Hammarlun, President, of the Farmers State Bank, of Lyman, Nebraska, do hereby certify that the within and foregoing is a true and correct copy of the original articles of incorporation of said bank.

Witness my hand this 20" day of August, 19 45.

_O. N. Hammarlun_
President.

I, Cornell Newman, Cashier, of the Farmers State Bank, of Lyman, Nebraska, do hereby certify that the within and foregoing is a true and correct copy of the original articles of incorporation of said bank.

Witness my hand this 20" day of August, 19 45

_Cornell Newman_
Cashier.

I, _____ of the Office of the Secretary of State, of the State of Nebraska, do hereby certify that the within and foregoing is a true and correct copy of the original articles of incorporation of said bank.

Witness my hand this _____ day of _____, 1945.

_____

_____

477

AFFIDAVIT OF PUBLICATION                    The Lyman Leader, Lyman, Nebraska

---

# AFFIDAVIT OF PUBLICATION

**DEC 26 1945**

## LEGAL NOTICES

**NOTICE OF INCORPORATION**

1. Name: Farmers State Bank, Lyman, Nebraska.
2. Place of business: Lyman, Scotts Bluff County, Nebraska.
3. Nature and object of business: The general nature of the business to be transacted is that of commercial banking as provided by the laws of the State of Nebraska.
4. Amount of capital stock authorized: Its capital stock shall be $50,000.00 with $100.00 par value, of which $25,000.00 has been fully subscribed and paid in cash.
5. Time of commencement of business: This corporation shall begin business on the 24th day of November, 1945, or as soon thereafter as authorized by the Department of Banking of the State of Nebraska and shall have perpetual existence.
6. The affairs of the corporation are to be conducted by a President, Vice president, Cashier, and a Board of Directors consisting of not less than three nor more than five shareholders.

FARMERS STATE BANK
By: O. N. HAMMARLUN
(SEAL)                    President
CORNELL NEWMAN
16*6|13|20                    Cashier

---

STATE OF NEBRASKA, Scotts Bluff County, ss.

I ~~Harold S. Curtis~~ being first duly sworn, depose and say that I am ~~editor~~ of the Lyman Leader, a legal weekly newspaper, printed and published in said county and of general circulation therein; and that the above and foregoing notice was published weekly in the regular and entire issue of said newspaper for _____3_____ consecutive issues, the first issue dated ~~December 6~~ 194_5_, and the last issue being dated ~~December 20~~ 194_5_.

The affiant further testifies that the said newspaper is printed entirely in the English language, has a bona fide circulation of more than three hundred (300) copies weekly, has been published in said county for more than fifty-two (52) consecutive weeks prior to the publication of aforesaid notice, is printed in the office of said newspaper maintained in Lyman, in said county; and is a legal newspaper for the publication of legal and official notices, as defined by Chapter 133 of the laws of Nebraska, of the year 1919.

*Harold S. Curtis*

Subscribed and sworn to before me this _____24th_____ day of _____December_____ 194_5_.

*Cornell Newman* _____Notary Public

My commission expires _____May 19_____ 1950.

Printer's Fees. $_____35_____

DEPARTMENT OF BANKING

DEC 26 1945

RECEIVED

