1961

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-01224-REB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jonathan Pauling
was received by me on *(date)* 5-9-19.

☒ I personally served the summons on the individual at *(place)* Weld County Sheriffs Office 1950 O St., Greeley, CO 80631 on *(date)* 061719 @ 1413 hours; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ 34.00 for travel and $ 35.00 for services, for a total of $ 71.00.
$2.00 Notary

I declare under penalty of perjury that this information is true.

Date: 061719

Server's signature

JIM E JOHNSON, CIVIL TECH
Printed name and title

Subscribed and sworn before me in Weld County, State of Colorado, on this date 6-17-2019.

Malinda Flesher
Notary Public

WELD COUNTY SHERIFF'S OFFICE
CIVIL DIVISION
1950 "O" STREET
Server's address
GREELEY, CO 80631

Additional information regarding attempted service, etc:

MALINDA FLESHER
Notary Public
State Of Colorado
Notary ID # 20114018047
My Commission Expires 3/31/2023