1961

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-01224-REB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Two Mile Ranch**
was received by me on *(date)* **5-9-19**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Jonathan Pauling**, who is
designated by law to accept service of process on behalf of *(name of organization)* **Two Mile Ranch**
**at Weld County Sheriff's Office** on *(date)* **061719 1413 hours** ; or
**1950 O St., Greeley, CO**

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ ———— for travel and $ **10.00** for services, for a total of $ **12.00**  ~~0.00~~ .
**$2.00 notary**

I declare under penalty of perjury that this information is true.

Date: **061719**

Server's signature: *Jill E Johnson*

Subscribed and sworn before me in
Weld County, State of Colorado, on
this date **6-17-19**

*Malinda Flesher*
Notary Public

Printed name and title: **JILL E JOHNSON, CIVIL TECH**

**WELD COUNTY SHERIFF'S OFFICE**
**CIVIL DIVISION**
**1950 "O" STREET**
**GREELEY, CO 80631**
Server's address

Additional information regarding attempted service, etc:

MALINDA FLESHER
Notary Public
State Of Colorado
Notary ID # 20114018047
My Commission Expires 3/31/2023