AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-01224-REB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **FARMERS STATE BANK**
was received by me on *(date)* **6-19-2019**.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **CHRISTOPHER GRAY VP, DIR**, who is designated by law to accept service of process on behalf of *(name of organization)*
**FARMERS STATE BANK** on *(date)* **JUNE 20, 2019** ; or **1:22 PM**

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **6-20-2019**
**COUNTY OF DODGE**
**STATE OF NEBRASKA**

*Mary E. Hood*
Server's signature

**MARY E. HOOD - PROCESS SERVER**
Printed name and title

General Notary - State of Nebraska
LYNN MANDEL
My Comm. Exp. Oct. 12, 2021
*Lynn Mandel*

**840 2ND ST. DODGE, NE 68633**
Server's address

Additional information regarding attempted service, etc:
**CHRISTOPHER GRAY IS EXECUTIVE VICE PRESIDENT AND DIRECTOR OF FARMERS STATE BANK.**