**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-01224-RBJ-STV

**AMANDA WILSON**, a Michigan citizen,

Plaintiff,

v.

**JONATHAN PAULING**, an individual Colorado citizen, **MARK PAULING**, an individual Colorado citizen, **TWO MILE RANCH a/k/a TWO MILE RANCH GENERAL PARTNERSHIP**, a Colorado General Partnership, **ELYCE YORK**, an individual Nebraska or Colorado citizen, **LARDYN CONSULTING LLC**, a Nebraska Limited Liability Company, and **FARMERS STATE BANK**, a Nebraska Corporation.

Defendants.

---

**ENTRY OF APPEARANCE OF AARON D. GOLDHAMER**

---

Aaron D. Goldhamer of Keating Wagner Polidori Free, P.C., hereby enters his appearance in the above-entitled action on behalf of Plaintiff, Amanda Wilson, and requests that copies of all notices and pleadings filed in the above-captioned case be served upon him at the address and electronic mail address identified below.

DATED:  July 10, 2019

KEATING WAGNER POLIDORI FREE, P.C.

By:      *s/ Aaron D. Goldhamer*
Aaron D. Goldhamer
1290 Broadway
Suite 600
Denver, CO 80203
Phone: (303) 534-0401
Email:  agoldhamer@keatingwagner.com
*Attorney for Plaintiff*

1

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on July 10, 2019, a true and correct copy of the foregoing ENTRY OF APPEARANCE OF AARON D. GOLDHAMER was electronically served via CM/ECF filing system upon the following:

R. Livingston Keithley
Overton Lapuyade Keithley Gleason Schumacher
165 S. Union Blvd., Suite 542
Lakewood, Colorado 80228
Phone: 303-832-1120
Livingston.Keithley@overtonlawfirm.com
*Attorneys for Defendants Mark Pauling and Two Mile*
*Ranch General Partnership*

Christopher Carr
Dill Dill Carr Stonbraker & Hutchings, PC
455 Sherman Street, Suite 300
Denver, CO 80203
ccarr@dillanddill.com
*Attorney for Defendant Jonathan Pauling*

Tracy A. Oldemeyer
Beau B. Bump
CLINE WILLIAMS
WRIGHT JOHNSON & OLDFATHER, L.L.P.
215 Mathews Street, Suite 300
Fort Collins, Colorado 80524
toldemeyer@clinewilliams.com
bbump@clinewilliams.com
*Attorneys for Farmers State Bank*

          *s/ Aaron D. Goldhamer*
          Aaron D. Goldhamer