IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01224-RBJ-STV

AMANDA WILSON, a Michigan citizen,

Plaintiff,

v.

JONATHAN PAULING, an individual Colorado citizen, MARK PAULING, an individual Colorado citizen, TWO MILE RANCH a/k/a TWO MILE RANCH GENERAL PARTNERSHIP, a Colorado General Partnership, ELYCE YORK, an individual Nebraska or Colorado citizen, LARDYN CONSULTING LLC, a Nebraska Limited Liability Company, and FARMERS STATE BANK, a Nebraska Corporation

Defendants.

## ENTRY OF APPEARANCE OF BEAU B. BUMP

Beau B. Bump of the law firm Cline Williams Wright Johnson & Oldfather, L.L.P. hereby enters his appearance on behalf of Defendant Farmers State Bank in the above-captioned matter.

Dated this 11th day of July 2019.

                                            FARMERS STATE BANK

By:    /s/*Beau B. Bump*
          Beau B. Bump, #49659
          215 Mathews Street, Suite 300
          Fort Collins, Colorado 80524
          Telephone: (970) 221-2637
          Fax: (970) 221-2638
          bbump@clinewilliams.com
          *Attorney for Defendant*
          *Farmers State Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Ross W. Pulkrabek
Aaron D. Goldhammer
Keating Wagner Polidori Free, PC
1290 Broadway, Suite 600
Denver, CO 80203
rpulkrabek@keatingwagner.com
agoldhamer@keatingwagner.com

R. Livingston Keithley
Overton Lapuyade Keithley Gleason Schumacher
165 S. Union Blvd., Suite 542
Lakewood, Colorado 80228
Phone: 303-832-1120
Livingston.Keithley@overtonlawfirm.com

Christopher Carr
Dill Dill Carr Stonbraker & Hutchings, PC
455 Sherman Street, Suite 300
Denver, CO 80203
ccarr@dillanddill.com

/s/ *Beau B. Bump*
Beau B. Bump

4842-4737-9100, v. 1

2