IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01224-RBJ-STV

**AMANDA WILSON**, a Michigan citizen,

Plaintiff,

v.

**JONATHAN PAULING**, an individual Colorado citizen, **MARK PAULING**, an individual Colorado citizen, **TWO MILE RANCH a/k/a TWO MILE RANCH GENERAL PARTNERSHIP**, a Colorado General Partnership, **ELYCE YORK**, an individual Nebraska or Colorado citizen, **LARDYN CONSULTING LLC**, a Nebraska Limited Liability Company, and **FARMERS STATE BANK**, a Nebraska Corporation.

Defendants.

___

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO
SERVE DEFENDANT ELYCE YORK**
___

Plaintiff Amanda Wilson, by and through undersigned counsel, for her Motion for Extension of Time to Serve Defendant Elyce York ("Motion"), states the following:

**Statement Concerning Conferral**

As Elyce York has made no appearance in this case, and as Plaintiff has been unable to make contact with Ms. York despite repeated efforts, no conferral with respect to this Motion has been possible with Ms. York.

1. The present deadline to serve Elyce York with process is July 24, 2019.

2. Plaintiff has made diligent efforts to serve Elyce York the with the Summons, First Amended Complaint, and Exhibit 1 thereto. However, those efforts have failed thus far.

3. Plaintiff engaged Advanced Process Service to serve Ms. York. Advanced Process Service attempted to serve Ms. York at her home at 1660 Summit Drive, Sidney, NE 69162, on at least <u>seven</u> occasions, during both weekdays and the weekends. *See* **Exhibit 1**, attached hereto.

1

Advanced Process Service made contact with the Defendant's babysitter on two occasions. Advanced Process Service left their contact information with the babysitter and requested that Ms. York contact Advanced Process Service. However, Advanced Process Service has not received any response from Ms. York.

4. Plaintiff also engaged The Kass Group, to investigate service options within Colorado for Ms. York. The Kass Group determined that Ms. York has a State of Colorado driver's license reflecting her address at 22434 N. Turkey Creek Rd., Morrison, CO 80465 and a vehicle registered at that same address. Plaintiff engaged The Kass Group to attempt service on Ms. York at that address. After incurring time and expense attempting to effectuate service, The Kass Group determined, through neighbors and otherwise, that the property at that address is unoccupied and currently listed for sale (despite Defendant York's representations to the State of Colorado regarding the registration of her vehicle at that address).

5. As noted in [#26], Lardyn Consulting, LLC, was served through its registered agent, Colorado attorney Brian Bates. Even though Elyce York is one of two members of Lardyn Consulting, LLC (*see* [#16-7]), Mr. Bates would not accept service for Elyce York.

6. No prior extensions of this deadline have been sought. Additionally, this case has not yet had a Scheduling Conference set – or a Scheduling Order entered – such that the requested extension will not affect any deadlines set in this case.

7. No party will be prejudiced by the relief sought hereby.

8. Good cause exists pursuant to F.R.C.P. 4(m) to extend the time within which Plaintiff may serve Elyce York.

9. Pursuant to D.C.COLO.LCivR 6.1(c), a copy of this Motion is being served on Plaintiff.

WHEREFORE, Plaintiff Amanda Wilson respectfully requests an extension of sixty-three days, up to and including September 25, 2019, within which to serve defendant Elyce York. This extension appears warranted in light of the various alternative means of effectuating service that Plaintiff may need to pursue.

DATED: July 24, 2019

                KEATING WAGNER POLIDORI FREE, P.C.

                By:   *s/ Aaron D. Goldhamer*
                          Aaron D. Goldhamer
                          1290 Broadway
                          Suite 600
                          Denver, CO 80203
                          Phone: (303) 534-0401
                          Email: agoldhamer@keatingwagner.com
                          *Attorney for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on July 24, 2019, a true and correct copy of the foregoing was electronically served via CM/ECF filing system upon the following:

R. Livingston Keithley
Overton Lapuyade Keithley Gleason Schumacher
165 S. Union Blvd., Suite 542
Lakewood, Colorado 80228
Phone: 303-832-1120
Livingston.Keithley@overtonlawfirm.com
*Attorneys for Defendants Mark Pauling and Two Mile Ranch General Partnership*

Christopher Carr
Dill Dill Carr Stonbraker & Hutchings, PC
455 Sherman Street, Suite 300
Denver, CO 80203
ccarr@dillanddill.com
*Attorney for Defendant Jonathan Pauling*

Tracy A. Oldemeyer
Beau B. Bump
CLINE WILLIAMS
WRIGHT JOHNSON & OLDFATHER, L.L.P.
215 Mathews Street, Suite 300
Fort Collins, Colorado 80524
toldemeyer@clinewilliams.com
bbump@clinewilliams.com
*Attorneys for Farmers State Bank*

                                        *s/ Aaron D. Goldhamer*
                                        Aaron D. Goldhamer