## AFFIDAVIT OF NON-SERVICE

| Case:<br>19-cv-01224-RBJ-STV | Court:<br>United States Court for the District of Colorado | County:<br>, CO | Job:<br>3530790 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Amanda Wilson | | Defendant / Respondent:<br>Jonathan Pauling, Mark Pauling, Two Mile Ranch, Elyce York, Lardyn Consultinc LLC, and Farmers Bank | |
| Received by:<br>Advanced Process Service | | For:<br>Keating Wagner Polidori Free, P.C | |
| To be served upon:<br>Elyce York, Lardyn Consulting LLC | | | |

I, Ashley Boman, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Elyce York, Lardyn Consulting LLC, Company: 1660 Summit Drive, Sidney, NE 69162
**Manner of Service:** Non-Service
**Documents:** Summons and Complaint

**Additional Comments:**
1) Unsuccessful Attempt: Jun 21, 2019, 1:45 pm MDT at Company: 1660 Summit Drive, Sidney, NE 69162
No answer

2) Unsuccessful Attempt: Jun 23, 2019, 2:17 pm MDT at Company: 1660 Summit Drive, Sidney, NE 69162
unable to make contact

3) Unsuccessful Attempt: Jun 25, 2019, 2:11 pm MDT at Company: 1660 Summit Drive, Sidney, NE 69162
Babysitter answered said Elyce was running errands. Left my phone number

4) Unsuccessful Attempt: Jun 27, 2019, 2:15 pm MDT at Company: 1660 Summit Drive, Sidney, NE 69162
Babbysitter answered and said she was running errands.

5) Unsuccessful Attempt: Jun 30, 2019, 4:30 pm MDT at Company: 1660 Summit Drive, Sidney, NE 69162
No answer

6) Unsuccessful Attempt: Jul 1, 2019, 1:47 pm MDT at Company: 1660 Summit Drive, Sidney, NE 69162
No Answer

7) Unsuccessful Attempt: Jul 4, 2019, 2:32 pm MDT at Company: 1660 Summit Drive, Sidney, NE 69162
Elyce apears to be avoiding service

Ashley Boman   7/23/19
Ashley Boman      Date

Advanced Process Service
PO Box 1616
Scottsbluff, NE 69363
308-631-5786

Subscribed and sworn to before me by the affiant who is personally known to me.

Dorothy M Blanke
Notary Public

7-23-2019        Dec. 12, 2021
Date              Commission Expires

GENERAL NOTARY - State of Nebraska
DOROTHY M BLANKE
My Comm. Exp. Dec. 12, 2021