IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01224-RBJ-STV

**AMANDA WILSON**, a Michigan citizen,

Plaintiff,

v.

**JONATHAN PAULING**, an individual Colorado citizen, **MARK PAULING**, an individual Colorado citizen, **TWO MILE RANCH a/k/a TWO MILE RANCH GENERAL PARTNERSHIP**, a Colorado General Partnership, **ELYCE YORK**, an individual Nebraska or Colorado citizen, **LARDYN CONSULTING LLC**, a Nebraska Limited Liability Company, and **FARMERS STATE BANK**, a Nebraska Corporation.

Defendants.
_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO FARMERS STATE BANK'S MOTION TO DISMISS AMENDED COMPLAINT**
_____

Plaintiff Amanda Wilson, by and through her attorneys, Aaron D. Goldhamer and Ross W. Pulkrabek of Keating Wagner Polidori Free, P.C., for her Unopposed Motion for Extension of Time to Respond to Defendant Farmers State Bank's Motion to Dismiss Amended Complaint ("Unopposed Motion"), pursuant to Fed. R. Civ. P. 6(b), states the following:

Certificate of Conferral

Pursuant to D.C.COLO.LCivR 7.1(A), counsel for Plaintiff conferred with counsel for Defendant Farmers State Bank, Tracy A. Oldemeyer, who indicated that Defendant is unopposed to this Motion.

1. Defendant Farmers State Bank filed its Motion to Dismiss Amended Complaint [#23] on July 8, 2019.

2. Plaintiff's response to that motion is presently due on July 29, 2019.

1

3. On July 19, 2019, counsel for Plaintiff completed a two-week jury trial in Douglas County District Court and requires additional time to respond to Farmers State Bank's motion.

4. No prior extensions of this deadline have been sought. Additionally, no scheduling order has yet been entered in this case such that granting this extension will not impact any current scheduling deadlines.

5. Pursuant to D.C.COLO.LCivR 6.1(c), a copy of this Unopposed Motion is being served on Plaintiff.

WHEREFORE, Plaintiff Amanda Wilson respectfully requests an extension of three weeks, up to and including August 19, 2019, in which to file her response to Farmers State Bank's Motion to Dismiss Amended Complaint.

DATED: July 24, 2019

          KEATING WAGNER POLIDORI FREE, P.C.

        By: *s/ Aaron D. Goldhamer*
           Aaron D. Goldhamer
           1290 Broadway
           Suite 600
           Denver, CO 80203
           Phone: (303) 534-0401
           Email: agoldhamer@keatingwagner.com
           *Attorney for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on July 24, 2019, a true and correct copy of the foregoing was electronically served via CM/ECF filing system upon the following:

R. Livingston Keithley
Overton Lapuyade Keithley Gleason Schumacher
165 S. Union Blvd., Suite 542
Lakewood, Colorado 80228
Phone: 303-832-1120
Livingston.Keithley@overtonlawfirm.com
*Attorneys for Defendants Mark Pauling and Two Mile Ranch General Partnership*

Christopher Carr
Dill Dill Carr Stonbraker & Hutchings, PC
455 Sherman Street, Suite 300
Denver, CO 80203
ccarr@dillanddill.com
*Attorney for Defendant Jonathan Pauling*

Tracy A. Oldemeyer
Beau B. Bump
CLINE WILLIAMS
WRIGHT JOHNSON & OLDFATHER, L.L.P.
215 Mathews Street, Suite 300
Fort Collins, Colorado 80524
toldemeyer@clinewilliams.com
bbump@clinewilliams.com
*Attorneys for Farmers State Bank*

                *s/ Aaron D. Goldhamer*
                Aaron D. Goldhamer