## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01224-RBJ-STV

**AMANDA WILSON**, a Michigan citizen,

Plaintiff,

v.

**JONATHAN PAULING**, an individual Colorado citizen, **MARK PAULING**, an individual Colorado citizen, **TWO MILE RANCH a/k/a TWO MILE RANCH GENERAL PARTNERSHIP**, a Colorado General Partnership, **ELYCE YORK**, an individual Nebraska or Colorado citizen, **LARDYN CONSULTING LLC**, a Nebraska Limited Liability Company, and **FARMERS STATE BANK**, a Nebraska Corporation.

Defendants.

---

### WAIVER AND ACCEPTANCE OF SERVICE

---

I am authorized to accept service for, and hereby waive personal service of, the Summons, Amended Complaint, and Exhibit 1 to Amended Complaint, on behalf of Elyce York by electronic mail as if those documents had been personally served upon Elyce York within the State of Colorado. I understand that Elyce York (or I, on behalf of Elyce York) must file and serve an answer or a motion under Rule 12 within 21 days from August 1, 2019, or default judgment may enter against Elyce York.

DATED: August 1, 2019

_____
Peter Forbes

1