IN THE UNIED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01224-RBJ-STV

AMANDA WILSON, a Michigan citizen.

Plaintiff,

v.

JONATHAN PAULING, an individual Colorado citizen,
MARK PAULING, an individual Colorado citizen,
TWO MILE RANCH a/k/a TWO MILE RANCH GENERAL PARTNERSHIOP, a Colorado General Partnership,
ELYCE YORK, an individual Nebraska or Colorado citizen,
LARDYN CONSULTING, LLC, a Nebraska Limited Liability Company, and
FARMERS STATE BANK, a Nebraska corporation,

Defendants.

## NOTICE OF ENTRY OF APPEARANCE

NOTICE TO ALL INTERESTED PARTIES:

      PLEASE BE ADVISED that Peter C. Forbes, Esq. of the law firm Carver Schwarz McNab Kamper & Forbes, LLC hereby enters his appearance as counsel of record on behalf of defendants Lardyn Consulting, LLC and Elyce York.  By agreement with plaintiff's counsel the Answers or responsive motions of these defendants are due on August 21, 2019.

Dated:  August 8, 2019
       Denver, Colorado

Respectfully submitted,

CARVER SCHWARZ McNAB KAMPER
& FORBES, LLC

By: *s/Peter C. Forbes*
Peter C. Forbes
1888 Sherman Street — Suite 400
Denver, Colorado 80203
Telephone: 303.893,1815
Fax: 303.893.1829
pforbes@csmkf.com

*Attorneys for Lardyn Consulting, LLC and Elyce York*

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2019, the undersigned caused a true and correct copy of the above and foregoing to be served upon the following via the CM/ECF system:

Ross W. Pulkrabek
Aaron D. Goldhamer
Keating Wagner Polidori Free, PC
1290 Broadway — Suite 600
Denver, Colorado 80203

By: *Diane Wziontka*

{00376991.DOCX / 1 }