# EXHIBIT A TO LARDYN DEFENDANTS'

# MOTION TO DISMISS

# STATE OF NEBRASKA

United States of America,  } ss.  
State of Nebraska  }

Secretary of State  
State Capitol  
Lincoln, Nebraska

I, Robert B. Evnen, Secretary of State of the State of Nebraska, do hereby certify that

## LARDYN CONSULTING, LLC

was duly formed under the laws of Nebraska on August 24, 2016;

all fees, taxes, and penalties due under the Nebraska Uniform Limited Liability Company Act or other law to the Secretary of State have been paid;

the Company's most recent biennial report required by section 21-125 has been filed by the Secretary of State;

the Secretary of State has not administratively dissolved the company;

the Company has not delivered to the Secretary of State for filing a Statement of Dissolution;

a Statement of Termination has not been filed by the Secretary of State.

*This certificate is not to be construed as an endorsement, recommendation, or notice of approval of the entity's financial condition or business activities and practices.*

In Testimony Whereof,

I have hereunto set my hand and affixed the Great Seal of the State of Nebraska on this date of

**August 22, 2019**



Secretary of State

Verification ID e8cc3b3 has been assigned to this document. Go to ne.gov/go/validate to validate authenticity for up to 12 months.

## CERTIFICATE OF ORGANIZATION
## LIMITED LIABILITY COMPANY
Submit in Duplicate

John A. Gale, Secretary of State
Room 1301 State Capitol, P.O. Box 94608
Lincoln, NE 68509
(402) 471-4079

Name of Limited Liability Company: LARDYN CONSULTING, LLC

The street and mailing address of the initial designated office is:

   206 N. 117th Avenue
   Omaha, NE 68154

The initial agent for service of process and street and mailing address of the agent are:

   Andrew M. Pope
   1212 Jackson Street
   P.O. Box 299
   Sidney, NE 69162

The Company is not organized to render professional services.

The sole Member and Manager of Company as of the date of this certificate is:

   Elyce York
   206 N. 117th Avenue
   Omaha, NE 68154

Effective date if other than the date filed: None

DATED: August ___, 2016.

_____          Elyce York, Organizer and Manager
Signature of Authorized Representative          Printed Name of Authorized Representative

FILING FEE: $100.00 plus $5.00 per additional page
January 2011

# EXHIBIT B TO LARDYN DEFENDANTS' MOTION TO DISMISS

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO, DENVER DIVISION

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Two Mile Ranch, a Colorado general partn |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 84-1015366 |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>18503 LCR 42.5<br>Sterling, CO 80751-9613<br>Number, Street, City, State & ZIP Code<br><br>Logan<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>18503 LCR 42.5 Sterling, CO 80751-9613<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>■ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

Debtor  **Two Mile Ranch, a Colorado general partn**   Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
  **1121**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor  **Two Mile Ranch, a Colorado general partn**                        Case number (*if known*) _____
         Name

**11. Why is the case filed in this district?**   Check all that apply:

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☒ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☒ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☒ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

Where is the property?   **18503 LCR 42.5**
                        **Sterling, CO, 80751**
                        Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☒ Yes.   Insurance agency   **Goetz Insurors**
         Contact name       **Allan Goetz**
         Phone              **9708678246**

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Case:16-16615-EEB   Doc#:1   Filed:07/01/16   Entered:07/01/16 10:46:33   Page4 of 8

Debtor **Two Mile Ranch, a Colorado general partn**
Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July  1, 2016**
                      MM / DD / YYYY

X **/s/ Mark A. Pauling**
Signature of authorized representative of debtor

**Mark A. Pauling**
Printed name

Title   **Partner/Manager**

**18. Signature of attorney**

X **/s/ Arthur Lindquist-Kleissler**
Signature of attorney for debtor

Date **July  1, 2016**
         MM / DD / YYYY

**Arthur Lindquist-Kleissler**
Printed name

**Lindquist-Kleissler & Company, LLC**
Firm name

**950 S Cherry St Ste 510**
**Denver, CO 80246-2602**
Number, Street, City, State & ZIP Code

Contact phone   **(303) 691-9774**   Email address   **arthuralklaw@gmail.com**

**9822 Colorado**
Bar number and State

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 4

Fill in this information to identify the case:

Debtor name: Two Mile Ranch, a Colorado general partn

United States Bankruptcy Court for the: DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Beaver Creek Vet Clinic<br>215 Hospital Rd<br>Brush, CO 80723-1711 | | Trade debt | | | | $1,425.00 |
| EZ Irrigation<br>30400 US Highway 34<br>Wray, CO 80758-9342 | | Trade debt | | | | $10,605.00 |
| Farmers State Bank<br>823 Main St<br>Bridgeport, NE 69336-4046 | | Bank loan | Contingent<br>Unliquidated<br>Disputed | $9,592,208.00 | $9,345,000.00 | $247,208.00 |
| Keith Bath Farms<br>20385 US Highway 34<br>Fort Morgan, CO 80701-4406 | | Trade debt | | | | $8,240.00 |
| KusKies Sinclair Oil<br>224 2nd Ave<br>Crook, CO 80726 | | Trade debt | | | | $18,870.00 |
| M&S Drilling<br>1325 Front St<br>Potter, NE 69156-6664 | | Trade debt | | | | $12,340.00 |
| Rocky Mountain Sire Services<br>1616 N Manila Rd<br>Bennett, CO 80102-8868 | | Trade debt | | | | $760.00 |
| South Platte Vet. Supply<br>136 Right of Way Rd<br>Sterling, CO 80751-8461 | | Trade debt | | | | $42,650.00 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | Two Mile Ranch, a Colorado general partn | | | Case number (if known) | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Superior Fertilizer<br>402 2nd Ave<br>Crook, CO 80726 | | Trade debt | | | | $14,680.00 |

```
Beaver Creek Vet Clinic
215 Hospital Rd
Brush, CO  80723-1711


Cline Williams
Wright Johnson & Oldfather, L.L.P.
233 S 13th St # 1900U
Lincoln, NE  68508-2017



EZ Irrigation
30400 US Highway 34
Wray, CO  80758-9342


Farmers State Bank
823 Main St
Bridgeport, NE  69336-4046



Jonathan Pauling
60773 Highway 71
Stoneham, CO  80754-9300
```

```
Keith Bath Farms
20385 US Highway 34
Fort Morgan, CO  80701-4406


KusKies Sinclair Oil
224 2nd Ave
Crook, CO  80726


M&S Drilling
1325 Front St
Potter, NE  69156-6664


Mark Pauling
18503 LCR 42.5
Sterling, CO  80751


Rocky Mountain Sire Services
1616 N Manila Rd
Bennett, CO  80102-8868


South Platte Vet. Supply
136 Right of Way Rd
Sterling, CO  80751-8461


Superior Fertilizer
402 2nd Ave
Crook, CO  80726
```