# EXHIBIT D TO LARDYN DEFENDANTS'
# MOTION TO DISMISS

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

The Honorable Judge Elizabeth E. Brown

In re:

**TWO MILE RANCH, a Colorado general partnership.**

Tax ID / EIN: 84-1015366

**Debtor**

Case No.: 16-16615 EEB
Chapter 11

### DEBTOR'S MOTION TO DISMISS CHAPTER 11 BANKRUPTCY

**COMES NOW,** the Debtors above-captioned, by and through their attorney, Arthur Lindquist-Kleissler, Esq. of the law firm Lindquist-Kleissler & Company, LLC, and hereby voluntarily moves to dismiss the within Chapter 11 Bankruptcy pursuant to 11 U.S.C. §1112(b)(1), and as grounds therefore states as follows:

### VENUE AND JURISDICTION

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory basis for the relief requested herein is § 1121(d) of the Bankruptcy Code and 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

### CONFERRAL WITH OPPOSING COUNSEL

4. Undersigned counsel has conferred with counsel for the only secured creditor in this case, Farmers State Bank regarding the relief requested herein.

5. The Debtor has been negotiating with the Bank including regarding outside sales efforts. The Debtor has been unable to formulate a plan of reorganization and the Bank has indicated that it is opposed to any additional extensions for relief. The Bank has further indicated that it expects the Chapter 11 bankruptcy to be dismissed.

1

## BACKGROUND

6. Debtor filed its voluntary Chapter 11 bankruptcy petition on July 1, 2016.

7. No Chapter 11 Plan or Disclosure Statement has been confirmed.

8. The Debtor does not believe that it can put forth a viable plan of reorganization as required in Chapter 11.

9. Prior to the filing of the bankruptcy the Debtor believed that it had one or more buyers who were ready, willing, and able to buy the assets of the Debtor which would have formed either the basis for 11 U.S.C. §363 sale or which could have formed the basis for a Chapter 11 Reorganization.

10. Despite extensive negotiations with these potential buyers the Debtor has been unable at this point in time to consummate a sale which would form the basis for a reorganization.

11. The Debtor is in essence is fully secured to a single creditor, Farmers State Bank.

12. While Farmers State Bank was supportive of the Debtor filing the within Chapter 11 bankruptcy initially, the Bank has now come to the conclusion that a sale of the Debtor's assets within the bankruptcy or a reorganization within the bankruptcy will not be accomplished.

## MOTION TO DISMISS

13. 11 U.S.C. §1112(b)(1) provides that:

   a. (b)(1) "Except as provided in paragraph (2) of this subsection, subsection (c) of this section, and section 1104(a)(3), on request of a party in interest, and after notice and a hearing, absent unusual circumstances specifically identified by the Court that establishes that requested conversion or dismissal is not in the best interests of creditors and the estate, the Court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, if the movant establishes cause."

14. No Chapter 11 Plan has submitted by the debtor or confirmed by the Court.

15. The Debtor due to circumstances out of its control is unable to formulate a confirmable plan in this Chapter 11 case.

16. The prospects for this Debtor to obtain Debtor-in-possession financing are extremely limited within the context of the Chapter 11 bankruptcy.

17. Under the current regulatory uncertainties, conversion of the within case to a Chapter 7 case would make it impossible for a Chapter 7 Trustee to administer this case as a Chapter 7 bankruptcy.

18. The Debtors principals have instructed undersigned counsel to file the within Notice and Motion to Dismiss.

19. For the above reasons, the Debtor herein wishes to voluntarily dismiss the within Chapter 11 Bankruptcy, without prejudice.

WHEREFORE, Debtor respectfully prays this Honorable Court dismiss the within Chapter 11 Bankruptcy without prejudice and for such other further relief as this Court deems just and proper.

RESPECTIVELY SUBMITTED this 28th day of February 2017

**LINDQUIST-KLEISSLER & COMPANY, LLC**

*Original signature is on file at the offices of*
*Lindquist-Kleissler & Company, LLC*
*pursuant to C.R.C.P 121, Section 1-26*
/s/* *Arthur Lindquist-Kleissler, Esq.*
Arthur Lindquist-Kleissler, Esq. #9822
950 S. Cherry Street, Suite 418
Denver CO 80246
Phone: (303) 691-9774
Facsimile: 1-303-200-8994
E-mail: ArthurALKLAW@gmail.com

G:\Firm\CLIENTS O-Z\TWO MILE RANCH\PLEADINGS\170220 Motion to Dismiss Ch 11

3

# EXHIBIT E TO LARDYN DEFENDANTS' MOTION TO DISMISS

# UNITED STATES BANKRUPTCY COURT FOR THE
# DISTRICT OF COLORADO

### The Honorable Judge Elizabeth E. Brown

In re:

**TWO MILE RANCH, a Colorado general partnership.**

Tax ID / EIN: 84-1015366

**Debtor**

Case No.: 16-16615 EEB
Chapter 11

## ORDER

THIS MATTER HAVING COME BEFORE THE COURT upon the Debtor's Voluntary Notice and Motion to Dismiss Chapter 11 Bankruptcy, good cause appearing, and no objections having been filed,

IT IS HEREBY ORDERED THAT the Debtor's Chapter 11 Bankruptcy is hereby DISMISSED, WITHOUT PREJUDICE.

DATED: March 31, 2017

BY THE COURT:

*Elizabeth E. Brown* (signature)

The Honorable Judge Elizabeth E. Brown

G:\Firm\CLIENTS\TWO MILE RANCH\PLEADINGS\170220 Order re Motion to Dismiss Chapter 11