IN THE UNITED STATES DISTRCT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01224-RBJ

AMANDA WILSON, a Michigan citizen,

Plaintiff,

v.

JONATHAN PAULING, an individual Colorado citizen, MARK PAULING, an individual Colorado citizen, TWO MILE RANCH a/k/a TWO MILE RANCH GENERAL PARTNERSHIP, a Colorado General Partnership, ELYCE YORK, an individual Nebraska or Colorado citizen, LARDYN CONSULTING LLC, a Nebraska Limited Liability Company, and FARMERS STATE BANK, a Nebraska Corporation.

Defendants.

**DEFENDANTS MARK PAULING AND TWO MILE RANCH, GP'S JOINDER IN THE MOTION TO DISMISS FILED BY LARDYN CONSULTING, LLC AND ELYCE YORK**

    Defendants Mark Pauling[1] and Two Mile Ranch General Partnership ("Two Mile Ranch"), by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 10(c), hereby join in the Motion to Dismiss filed by Lardyn Consulting, LLC and Elyce York in this action (ECF No. 035), and specifically sections B, C, and D therein.

    To the extent the Court determines that Two Mile Ranch is not a debtor of Plaintiff's (which it is not), and/or that Two Mile Ranch's property is not an asset for purposes of CUFTA (which it is not), then the dismissal of all claims against Lardyn Consulting and Ms. York for these reasons

---

[1] Ordinarily, counsel would refer to this party simply as "Mr. Pauling," but given that there are multiple defendants with the same surname, counsel will refer to Mark Pauling as well as co-defendant Jonathan Pauling using their first names as well. No disrespect is intended thereby.

applies equally as to all claims against Mark Pauling and Two Mile Ranch as well, and all claims against them should likewise be dismissed.

DATED this 13th day of September, 2019.

> OVERTON LAPUYADE
> KEITHLEY | GLEASON | SCHUMACHER
>
> /s/Livingston Keithley
> R. Livingston Keithley
> 165 S. Union Blvd., Suite 542
> Lakewood, Colorado  80228
> Phone:  303-832-1120
> Email:     Livingston.Keithley@overtonlawfirm.com
> *Attorneys for Defendants Mark Pauling and Two Mile Ranch General Partnership*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2019, a true and correct copy of the foregoing **DEFENDANTS MARK PAULING AND TWO MILE RANCH, GP'S JOINDER IN THE MOTION TO DISMISS FILED BY LARDYN CONSULTING, LLC AND ELYCE YORK** was electronically served via the Court's ECF Document Filing System upon the following:

Ross W. Pulkrabek
Aaron D. Goldhamer
Keating Wagner Polidori Free, PC
1290 Broadway, Suite 600
Denver, CO 80203
rpulkrabek@keatingwagner.com
agoldhamer@keatingwagner.com
*Attorneys for Plaintiff*

Christopher Carr
Dill Dill Carr Stonbraker & Hutchings, PC
455 Sherman Street, Suite 300
Denver, CO  80203
ccarr@dillanddill.com
*Attorney for Defendant Jonathan Pauling*

Tracy A. Oldemeyer
Beau B. Bump
Cline Williams Wright Johnson & Oldfather, LLP
215 Mathews Street, Suite 300
Fort Collins, CO  80524
toldemeyer@clinewilliams.com
bbump@clinewilliams.com
*Attorneys for Farmers State Bank*

Peter C. Forbes
Carver Schwarz McNab Kamper & Forbes, LLC
1888 Sherman Street, Suite 400
Denver, CO 80203
pforbes@csmkf.com
*Attorneys for Lardyn Consulting, LLC and Elyce York*

*/s/Livingston Keithley*
R. Livingston Keithley