**IN THE UNITED STATES DISTRCT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-01224-RBJ

AMANDA WILSON, a Michigan citizen,

Plaintiff,

v.

JONATHAN PAULING, an individual Colorado citizen, MARK PAULING, an individual Colorado citizen, TWO MILE RANCH a/k/a TWO MILE RANCH GENERAL PARTNERSHIP, a Colorado General Partnership, ELYCE YORK, an individual Nebraska or Colorado citizen, LARDYN CONSULTING LLC, a Nebraska Limited Liability Company, and FARMERS STATE BANK, a Nebraska Corporation.

Defendants.

---

**NOTICE OF CHANGE OF ADDRESS FOR ATTORNEY KEITHLEY
FOR DEFENDANTS MARK PAULING AND TWO MILE RANCH, GP**

---

Defendants Mark Pauling[1] and Two Mile Ranch General Partnership ("Two Mile Ranch"), by and through their undersigned counsel, and provide notice to all parties and to the Court that their attorney of record in this action, R. Livingston Keithley, Esq., registration number 35786, has left the law firm of Overton Lapuyade Keithley Gleason & Schumacher, and has joined Antero Law, LLC.  Mr. Keithley continues to represent Defendants.

Effective immediately, Mr. Keithley's contact information is below, and all communications should be directed to him at his new office.

---

[1] Ordinarily, counsel would refer to this party simply as "Mr. Pauling," but given that there are multiple defendants with the same surname, counsel will refer to Mark Pauling as well as co-defendant Jonathan Pauling using their first names as well.  No disrespect is intended thereby.

1

Dated this 12th day of November, 2019.

**ANTERO LAW, LLC**

*s/Livingston Keithley*
R. Livingston Keithley, No. 35786
1700 Broadway, Suite 640
Denver, Colorado. 80290
LKeithley@anterolaw.com
720-990-5530
*Attorneys for Defendants Mark Pauling and*

*Two Mile Ranch General Partnership*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2019, a true and correct copy of the foregoing **NOTICE OF CHANGE OF ADDRESS FOR ATTORNEY KEITHLEY FOR DEFENDANTS MARK PAULING AND TWO MILE RANCH, GP** was electronically served via the Court's ECF Document Filing System upon the following:

Ross W. Pulkrabek
Aaron D. Goldhamer
Keating Wagner Polidori Free, PC
1290 Broadway, Suite 600
Denver, CO 80203
rpulkrabek@keatingwagner.com
agoldhamer@keatingwagner.com
*Attorneys for Plaintiff*

Christopher Carr
Dill Dill Carr Stonbraker & Hutchings, PC
455 Sherman Street, Suite 300
Denver, CO  80203
ccarr@dillanddill.com
*Attorney for Defendant Jonathan Pauling*

Tracy A. Oldemeyer
Beau B. Bump
Cline Williams Wright Johnson & Oldfather, LLP
215 Mathews Street, Suite 300
Fort Collins, CO  80524
toldemeyer@clinewilliams.com
bbump@clinewilliams.com
*Attorneys for Farmers State Bank*

Peter C. Forbes
Carver Schwarz McNab Kamper & Forbes, LLC
1888 Sherman Street, Suite 400
Denver, CO 80203
pforbes@csmkf.com
*Attorneys for Lardyn Consulting, LLC and Elyce York*

*/s/Livingston Keithley*
R. Livingston Keithley