IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: | 19-cv-01224-RBJ | Date: February 19, 2020 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| AMANDA WILSON | *Aaron Goldhamer* |
| | *Ross Pulkrabek* |
| **Plaintiff** | |
| v. | |
| JONATHAN PAULING | *Christopher Carr* |
| MARK PAULING | *R. Livingston Keithley* |
| TWO MILE RANCH | |
| ELYCE YORK | *Peter Forbes* |
| LARDYN CONSULTING LLC | |
| FARMERS STATE BANK | *Tracy Oldemeyer* |
| **Defendants** | |

**COURTROOM MINUTES**

**SCHEDULING CONFERENCE**

Court in Session:  9:02 a.m.

Appearance of counsel.

Discussion held on claims and pending motions.

**SEVEN DAY BENCH TRIAL** is set for **April 12, 2021, at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294 with a **TRIAL PREPARATION CONFERENCE** on **March 23, 2021, at 1:30 p.m**. in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.   Parties are to have exchanged and conferred on exhibit lists and witness lists and are to be prepared to discuss any disputed pretrial matters at the Trial Preparation Conference.  A pretrial order is not needed.

**The Court accepts the proposed limits and deadlines which include:**

Discovery Cut-Off:  October 30, 2020.

Notice of intent to file summary judgment motion:  November 11, 2020.

The Court outlines its practice standards as to discovery disputes.

**ORDERED:   Defendant is to produce electronic QuickBooks files, as indicated on the record.**

**Request for bifurcation of trial is DENIED.**

Discussion held on 30(b)(6) depositions.

**Proposed Scheduling Order was approved and entered with interlineations made by the court.**

Court in Recess:  9:38 a.m.            Hearing concluded.            Total time in Court:  00:36