IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 19-cv-01224-RBJ

AMANDA WILSON, a Michigan resident,

 Plaintiff,

v.

JONATHAN PAULING, an individual Colorado resident,
MARK PAULING, an individual Colorado resident,
TWO MILE RANCH, a Colorado General Partnership a/k/a Two Mile Ranch General Partnership,
ELYCE YORK, an individual Nebraska or Colorado resident,
LARDYN CONSULTING LLC, a Nebraska limited liability Company, and
FARMERS STATE BANK,

 Defendants.

## ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

 This matter has been scheduled for a **seven-day Bench Trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **April 12, 2021 at 9:00 a.m.**

 A Trial Preparation Conference is set for **March 23, 2021 at 9:00 a.m.**  Counsel who will try the case shall attend in person.

 During the Trial Preparation Conference the parties should be prepared to address: witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

 For additional information, please review my practice standards located at

http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx

DATED this 20th day of February, 2020.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge