IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01224-RBJ-STV

**AMANDA WILSON**, a Michigan citizen,

Plaintiff,

v.

**JONATHAN PAULING**, an individual Colorado citizen, **MARK PAULING**, an individual Colorado citizen, **TWO MILE RANCH a/k/a TWO MILE RANCH GENERAL PARTNERSHIP**, a Colorado General Partnership, **ELYCE YORK**, an individual Nebraska or Colorado citizen, **LARDYN CONSULTING LLC**, a Nebraska Limited Liability Company, and **FARMERS STATE BANK**, a Nebraska Corporation.

Defendants.
_____

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE
TO AMEND OR JOIN PARTIES**
_____

Plaintiff Amanda Wilson, by and through her attorneys, Aaron D. Goldhamer and Ross W. Pulkrabek of Keating Wagner Polidori Free, P.C., pursuant to F.R.C.P. 16(b)(4) and D.C.COLO.LCivR 6.1, for her Unopposed Motion for Extension of Deadline to Amend or Join Parties ("Unopposed Motion"), states the following:

**Certificate of Conferral**

Plaintiff's counsel has conferred with counsel for Defendants, who advise that Defendants do not oppose the relief sought by this Unopposed Motion.

1. The present deadline to amend pleadings or join parties is April 3, 2020. No extension of this deadline has been previously sought or granted.

2. According to documents produced by Defendants thus far:

   a. Defendant Two Mile Ranch conveyed certain mineral interests to Defendant Lardyn Consulting, LLC ("Lardyn").

1

    b. On or around March 27, 2018, Lardyn conveyed those mineral interests to non-party Redtail Resources, LLC ("Redtail").

    c. Prior to March 27, 2018, the members of Redtail were Defendant Elyce York and non-party Pauling Hauling, LLC.

    d. Simultaneous with the above-described transfer of assets from Lardyn to Redtail, Lardyn acquired a membership interest in Redtail that it then distributed to its members.

    e. On and after March 27, 2018, the members of Redtail were Defendant Elyce York and non-parties Pauling Hauling, LLC, and Cherry Creek Cattle Company, LLC.

3. Colorado Secretary of State records show that attorney Brian Bates is the registered agent in Colorado for Cherry Creek Cattle Company. Plaintiff also has obtained documents reflecting that Mr. Bates is the Manager of Cherry Creek Cattle Company.

4. Plaintiff is aware that Mr. Bates is or has been an attorney for each Defendant in this case with the exception of Farmers State Bank.

5. Mr. Bates is a longtime attorney for Defendants Jonathan Pauling and Mark Pauling. Records of the Colorado Secretary of State show that Mr. Bates formed several Two Mile Ranch-related business entities for Jonathan and Mark Pauling. These include (a) Two Mile Ranch Processing Co., LLC, (b) Two Mile Ranch Cattle Feeders Co., LLC, (c) Two Mile Ranch Land Co., LLC, (d) Two Mile Ranch Market Co., LLC, (e) JMP Enterprises of Colorado, LLC. Mr. Bates represented these entities in the underlying state court case.

6. Mr. Bates also has been an attorney for Defendant Elyce York, having represented Ms. York in connection with a request for her deposition in the underlying case.

7. Mr. Bates is the attorney who filed Lardyn's corporate documents in Colorado and is Lardyn's registered agent for service of process in Colorado.

8. Defendants assert that the transfers of assets from Two Mile Ranch at issue in this case were done at arms length. However, it reasonably appears based on discovery obtained thus

far that Defendants coordinated some or all of the asset transfers in question through their mutual attorney, Mr. Bates. Mr. Bates was involved in forming multiple business entities through which some or all of the transferred assets were routed. The fact that Mr. Bates is the common lawyer who represents essentially all parties to the asset transfers in question—except perhaps Farmers State Bank—is significant. It also is significant that Mr. Bates is managing a company that apparently received certain transferred assets.

9. Accordingly, Plaintiff believes that Cherry Creek Cattle Company is likely to have material information pertaining to Plaintiff's joinder of parties and amendment of pleadings.

10. On March 2, 2020, Plaintiffs served Cherry Creek Cattle Company with a subpoena for documents. The subpoena had a return date of March 17, 2020.

11. On March 17, 2020, Mr. Bates asserted various objections to the subpoena—in which one or more Defendants joined—based on, *inter alia*, the attorney-client privilege.

12. Mr. Bates asserted, however, that he would provide documents responsive to the subpoena by the following week (i.e., by March 24, 2020).

13. Before considering any discovery motions, Plaintiff's counsel believes it is prudent to see what documents Mr. Bates actually produces as well as any privilege log he may provide.

14. Unfortunately, however, Cherry Creek Cattle Company has not provided Plaintiff with any documents responsive to the subpoena, nor has it or any Defendant provided a privilege log.

15. On April 1, 2020, Mr. Bates advised undersigned counsel that Cherry Creek Cattle Company's plan had been to produce documents responsive to the subpoena by March 24, 2020, but that production has been delayed, due to COVID-19 issues, "by several weeks." Plaintiff is

continuing to confer with Mr. Bates to see whether and how documents might be produced in the near term.

16. Plaintiff is respectful of delays caused by COVID-19. However, to ensure that Plaintiff has the benefit of duly-served discovery prior to the expiration of the deadline to amend or join parties—and to give Mr. Bates additional time to provide those documents he plans to produce voluntarily—Plaintiff requests that the Court extend the deadline within which the parties may amend their pleadings or join parties by approximately three weeks, through and including April 27, 2020.

17. No party will be prejudiced by the relief sought by this Unopposed Motion.

18. Good cause exists for granting the relief sought hereby.

19. Pursuant to D.C.COLO.LCivR 6.1(c), service of this Unopposed Motion will be made contemporaneously on Plaintiff by Plaintiff's counsel.

WHEREFORE, Plaintiff respectfully requests that the Court grant the Unopposed Motion.

DATED:  April 3, 2020

KEATING WAGNER POLIDORI FREE, P.C.

By:  *s/ Aaron D. Goldhamer*
Ross W. Pulkrabek
Aaron D. Goldhamer
1290 Broadway, Suite 600
Denver, CO 80203
Phone: (303) 534-0401
Email:  agoldhamer@keatingwagner.com
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

   I hereby certify that on April 3, 2020, a true and correct copy of the foregoing was electronically served via email upon the following:

R. Livingston Keithley
Antero Law, LLC
1700 Broadway, suite 640
Denver, CO 80290
Phone: 720-990-5530
Lkeithley@anterolaw.com
*Attorneys for Defendants Mark Pauling and Two Mile Ranch General Partnership*

Christopher Carr
Dill Carr Stonbraker & Hutchings, PC
455 Sherman Street, Suite 300
Denver, CO 80203
ccarr@dillanddill.com
*Attorney for Defendant Jonathan Pauling*

Tracy A. Oldemeyer
Beau B. Bump
CLINE WILLIAMS
WRIGHT JOHNSON & OLDFATHER, L.L.P.
215 Mathews Street, Suite 300
Fort Collins, Colorado 80524
toldemeyer@clinewilliams.com
bbump@clinewilliams.com
*Attorneys for Farmers State Bank*

Peter C. Forbes
Carver Schwarz McNab Kamper & Forbes, LLC
1888 Sherman Street, Suite 400
Denver, CO 80203
pforbes@csmkf.com
*Attorneys for Lardyn Consulting, LLC and Elyce York*

              *s/ Aaron D. Goldhamer*
              Aaron D. Goldhamer