IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01224-RBJ-STV

AMANDA WILSON, a Michigan citizen,

Plaintiff,

v.

JONATHAN PAULING, an individual Colorado citizen, et al.

Defendants.

**FARMERS STATE BANK'S ERRATA TO RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Due to human error, Defendant Farmers State Bank failed to submit the three exhibits along with its Response in Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. 58). The three exhibits are filed concurrently herewith.

>           FARMERS STATE BANK,
>           Defendant
>
> By:    /s/ *Tracy A. Oldemeyer*
>           Tracy A. Oldemeyer, #28246
>           CLINE WILLIAMS
>               WRIGHT JOHNSON & OLDFATHER, L.L.P.
>           215 Mathews Street, Suite 300
>           Fort Collins, Colorado 80524
>           Telephone: (970) 221-2637
>           Fax: (970) 221-2638
>           toldemeyer@clinewilliams.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of May 2020, I electronically filed the foregoing Farmer State Bank's Response in Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Ross W. Pulkrabek<br>Aaron D. Goldhammer<br>Keating Wagner Polidori Free, PC<br>1290 Broadway, Suite 600<br>Denver, CO 80203<br>rpulkrabek@keatingwagner.com<br>agoldhamer@keatingwagner.com | R. Livingston Keithley<br>Antero Law, LLC<br>1700 Broadway, Suite 640<br>Denver, CO  80290<br>LKeithley@anterolaw.com |
| Christopher Carr<br>Dill Carr Stonbraker & Hutchings, PC<br>455 Sherman Street, Suite 300<br>Denver, CO 80203<br>ccarr@dillanddill.com | Peter C. Forbes<br>Carver Schwarz McNab Kamper & Forbes, LLC<br>1888 Sherman Street, Suite 400<br>Denver, CO 80203<br>pforbes@csmkf.com |

/s/*Tracy A. Oldemeyer*
Tracy A. Oldemeyer

4824-2582-5212, v. 1