| | |
|---|---|
| **From:** | Livingston Keithley |
| **To:** | Tracy A. Oldemeyer |
| **Cc:** | Peter C. Forbes; Aaron D. Goldhamer; Chris Carr; Ross W. Pulkrabek |
| **Subject:** | Re: Wilson v. Pauling et al -- Conferral re extension of deadline to amend |
| **Date:** | Thursday, April 2, 2020 11:18:18 AM |
| **Attachments:** | Antero_logo.png |

No objection.

Thanks,
Livingston



Livingston Keithley
Partner
Antero Law, LLC
1700 Broadway, Suite 640
Denver, Colorado 80290
LKeithley@anterolaw.com
720.990.5530
anterolaw.com

*The contents of this email and its attachments are intended solely for the addressee(s). In addition, this e-mail transmission may be confidential and may be subject to privilege protecting communications between attorneys and clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail, and delete any copies of it from your system.*

On Apr 2, 2020, at 11:03 AM, Tracy A. Oldemeyer <toldemeyer@clinewilliams.com> wrote:

No objection.

**From:** Peter C. Forbes [mailto:pforbes@csmkf.com]
**Sent:** Wednesday, April 1, 2020 3:30 PM
**To:** Aaron D. Goldhamer <Agoldhamer@keatingwagner.com>; Livingston Keithley <lkeithley@anterolaw.com>; Chris Carr <ccarr@dillanddill.com>; Tracy A. Oldemeyer <toldemeyer@clinewilliams.com>
**Cc:** Ross W. Pulkrabek <Rpulkrabek@keatingwagner.com>
**Subject:** RE: Wilson v. Pauling et al -- Conferral re extension of deadline to amend

Aaron – no objection here.

Thanks. Peter

**From:** Aaron D. Goldhamer <Agoldhamer@keatingwagner.com>
**Sent:** Wednesday, April 1, 2020 3:06 PM
**To:** Peter C. Forbes <pforbes@csmkf.com>; Livingston Keithley <lkeithley@anterolaw.com>; Chris Carr <ccarr@dillanddill.com>; Tracy A. Oldemeyer <toldemeyer@clinewilliams.com>
**Cc:** Ross W. Pulkrabek <Rpulkrabek@keatingwagner.com>

**Subject:** Wilson v. Pauling et al -- Conferral re extension of deadline to amend

Counsel,

I'm writing to confer in the Amanda Wilson matter. We would like a three week extension of the deadline to amend/add parties, to April 27, given the COVID-19 crisis and Cherry Creek Cattle's continued failure to provide documents in response to the subpoena, despite representing that they would and our follow up.

Please advise as to your clients' respective positions.

Best,

AG

In light of COVID-19 issues in Colorado, almost all of Keating Wagner Polidori Free's lawyers and staff are working from home. During this time, the easiest way to reach us is via email. Our lawyers and staff will be checking email regularly. During this period, all outgoing correspondence will also be primarily email based and we would prefer to receive the same rather than paper mail. Please do not send faxes during this time, as access to the office may be limited. If you have any urgent needs and cannot reach me, please email Tamara Harris at tamara@keatingwagner.com, Zach Warzel at zwarzel@keatingwagner.com, or Deirdre Ostrowski at deo@keatingwagner.com. Thank you for your patience and cooperation.

Aaron D. Goldhamer | Attorney at Law
Keating Wagner Polidori Free, P.C.
1290 Broadway, Suite 600
Denver, CO  80203
303.534.0401 Main
303.534.8333 Fax
www.keatingwagner.com

<image001.jpg>  <image002.png>

*******************************Confidentiality Notice*******************************

This email, including attachments, may contain information that is confidential and protected by the attorney/client privilege. If you are not the intended recipient, or an employee or agent responsible for delivery to that recipient, you are hereby notified that you have received this transmission in error and that any disclosure, copying, distribution, or action taken in reliance on the contents of this transmission is prohibited. If you have received this email in error, please immediately notify us by telephone at 303.534.0401 and delete the original message.