| | |
|---|---|
| From: | Tracy A. Oldemeyer |
| To: | "Ross W. Pulkrabek" |
| Cc: | Aaron D. Goldhamer; Tamara Harris; Livingston Keithley; Peter C. Forbes; Chris Carr |
| Subject: | RE: Wilson v. Pauling et al -- scheduling rule 26(f) meet and confer |
| Date: | Wednesday, December 11, 2019 11:05:00 AM |
| Attachments: | image001.jpg |
| | image002.jpg |
| | image003.png |
| | image004.jpg |
| | image005.png |

Ross,

The information you requested below is in the Rule 26 Disclosures served yesterday at FSB000426, 2016-04-29FSB001-000280, and FSB000711-00104.

Please advise today if Plaintiff accepts the offer. I believe the bank will soon be taking a deed in lieu of foreclosure.

Tracy

**From:** Ross W. Pulkrabek [mailto:Rpulkrabek@keatingwagner.com]
**Sent:** Wednesday, December 4, 2019 4:15 PM
**To:** Tracy A. Oldemeyer <toldemeyer@clinewilliams.com>
**Cc:** Aaron D. Goldhamer <Agoldhamer@keatingwagner.com>; Tamara Harris <tamara@keatingwagner.com>
**Subject:** RE: Wilson v. Pauling et al -- scheduling rule 26(f) meet and confer

Dear Tracy,

In connection with the bank's offer below we request the following:

1. Any documentation supporting the purported unpaid principal balance of $2,050,000.00.
2. Any documentation supporting the purported unpaid interest of $43,448.60 as of October 7, 2019.
3. Any documentation of the late fees and bank's fees and costs that the bank is charging.
4. Any appraisal reports on the property that the bank may have.

Thank you.

Yours,

Ross Pulkrabek | Attorney at Law
Keating Wagner Polidori Free, P.C.
1290 Broadway, Suite 600

FSB001530

Denver, CO 80203
303.534.0401 Main
303.534.8333 Fax
www.keatingwagner.com



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Confidentiality Notice\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email, including attachments, contains information that is confidential and may be protected by the attorney/client privileges. It is intended only for the use of the individual or entity named above. If you are not the intended recipient, or an employee or agent responsible for delivery to that recipient, you are hereby notified that you have received this transmission in error and that any disclosure, copying, distribution, or action taken in reliance on the contents of this transmission is prohibited. If you have reached this transmission in error, please immediately notify us by telephone, (303.534.0401) and delete the original message.

**From:** Tracy A. Oldemeyer <toldemeyer@clinewilliams.com>
**Sent:** Tuesday, December 3, 2019 8:32 AM
**To:** Ross W. Pulkrabek <Rpulkrabek@keatingwagner.com>; Aaron D. Goldhamer <Agoldhamer@keatingwagner.com>; Tamara Harris <tamara@keatingwagner.com>
**Cc:** Chris Carr <ccarr@dillanddill.com>; Livingston Keithley <lkeithley@anterolaw.com>; Beau B. Bump <BBump@clinewilliams.com>; Peter C. Forbes <pforbes@csmkf.com>
**Subject:** RE: Wilson v. Pauling et al -- scheduling rule 26(f) meet and confer

Ross and Aaron,

      The bank will very soon either be foreclosing on the residence at 22434 N. Turkey Creek Road, Morrison, Jefferson County, Colorado ("Turkey Creek") or taking a deed in lieu of foreclosure. The bank offers to Plaintiff to acquire Turkey Creek by paying off the debt encumbering the residence, which, as of October 7, 2019, is: unpaid principal balance of $2,050,000.00, together with accrued interest of $43,448.60 (interest accrues after October 7, 2019 at the rate of $398.6111 per day), a late fees, and the Bank's fees and costs. Please advise this week if Plaintiff is interested. Thank you.

Tracy



TRACY A. OLDEMEYER | Attorney
CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P.
215 Mathews St. | Suite 300 | Fort Collins, CO 80524
Phone: 970.221.2637 | Fax: 970.221.2638 | www.clinewilliams.com
Lincoln | Omaha | Aurora | Scottsbluff | Fort Collins | Holyoke

FSB001531