## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01224-RBJ-STV

**AMANDA WILSON**, a Michigan citizen,

Plaintiff,

v.

**JONATHAN PAULING**, an individual Colorado citizen, **MARK PAULING**, an individual Colorado citizen, **TWO MILE RANCH a/k/a TWO MILE RANCH GENERAL PARTNERSHIP**, a Colorado General Partnership, **ELYCE YORK**, an individual Nebraska or Colorado citizen, **LARDYN CONSULTING LLC**, a Nebraska Limited Liability Company, and **FARMERS STATE BANK**, a Nebraska Corporation.

Defendants.

_____

### PLAINTIFF'S MOTION TO COMPEL OR,
### ALTERNATIVELY, FOR TELEPHONIC DISCOVERY HEARING

_____

Plaintiff, by and through undersigned counsel and pursuant to instructions from the Court's Chambers, for her Motion to Compel or, alternatively, for Telephonic Discovery Hearing ("Motion"), states the following:

1.      Plaintiff has conferred with Defendants' counsel concerning the relief sought hereby, which Defendants oppose.

### Depositions of Richard Stull and Steven Stull

2.      In this case, all Defendants generally have denied that Lardyn Consulting is a mere continuation of Two Mile Ranch that is controlled by Jon Pauling using Elyce York (his girlfriend and mother of his child) as a straw man proxy. Jon Pauling has denied using email or text messaging to communicate with anyone.

3.      Defendants' initial disclosures did not include evidence of communication between Jon Pauling and Farmers State Bank ("FSB") related to the transfer of assets from Two Mile Ranch

1

to Lardyn. It was unclear which personnel at FSB would be knowledgeable of Jon Pauling's involvement in the transfer of assets or his control of Lardyn. In the Scheduling Order, Plaintiff stated that she indented to take a deposition of FSB under Fed.R.Civ.P. 30(b)(6).

4.     Through discovery, Plaintiff has acquired evidence showing that Jon Pauling communicated *extensively* by email and text messaging with two of FSB's owners and executives—Richard Stull and Steven Stull—to coordinate the transfer of assets from Two Mile Ranch to Lardyn and to provide FSB with continuing reporting regarding Lardyn's business operations and financial performance. Richard Stull and Steven Stull exchanged scores of emails with Jon Pauling. Many emails used a fictitious name "Joe Henry" in lieu of Jon Pauling's name, which one reasonably may infer was done (albeit unsuccessfully) to disguise his identity. Richard Stull and Steven Stull also exchanged dozens of text messages with Jon Pauling through a secret phone number—970-380-0542—which Jon Pauling concealed in the face of an interrogatory specifically requiring him to disclose all phone numbers that he used.

5.     Plaintiff now seeks the depositions of Richard Stull and Steven Stull, given that they clearly are the two owners and executives of FSB most intimately involved in coordinating Jon Pauling's fraudulent transfer of assets from Two Mile Ranch to Lardyn. Those depositions tentatively have been scheduled for June 8 and 9, 2020.  FSB contends that because those individuals were not listed in the Scheduling Order, they cannot be deposed unless Plaintiff first waives any right to any future deposition of FSB under Fed.R.Civ.P. 30(b)(6). Plaintiff is unwilling to waive that right, because she may require a Fed.R.Civ.P. 30(b)(6) deposition if Richard Stull or Steven Stull are unable to answer certain questions due to lack of memory or otherwise.  No depositions have been taken in this case to date.

6.     Plaintiff requests an order compelling the depositions of the Stulls to proceed without waiver of her right to seek a Rule 30(b)(6) deposition of Farmers State Bank.

**Jonathan Pauling's Failure to Produce Relevant Communications**

7.     Plaintiff has conferred with counsel for Jon Pauling about his failure to disclose the telephone number he has used for text messages, failure to disclose those text messages, and failure to disclose emails that he has sent under multiple accounts, including the "Joe Henry" as well as the account lardynconsulting@gmail.com. Jon Pauling provided supplemental responses to Plaintiff's written discovery requests on May 18, 2020. In those supplemental responses, Jon Pauling *still* did not disclose the phone number that he uses to send text messages, 970-380-0542. He also continued to assert that he has no written or electronic communications with Mark Pauling, Elyce York, Brian Bates, or any representative of FSB. Those responses are now contradicted printouts of text messages showing that Jon Pauling communicated extensively with Dick Stull and Steven Stull using his secret 970-380-0542 telephone number. Jon Pauling's responses also are refuted by a large volume of documents obtained from FSB, Elyce York, and Brian Bates showing that Jon Pauling has sent and received emails pertaining to the transfer of assets from Two Mile Ranch to Lardyn, and pertaining to his ongoing control of Lardyn, through both the "Joe Henry" email account as well as the lardynconsulting@gmail.com account. Plaintiff requests an order compelling Jon Pauling to provide all of his written or electronic communications with FSB, Mark Pauling, and Elyce York from 2013 to the present.

DATED:  May 22, 2020                    KEATING WAGNER POLIDORI FREE, P.C.

By:      *s/ Ross W. Pulkrabek*
         Ross W. Pulkrabek
         1290 Broadway, Suite 600
         Denver, CO 80203
         Phone: (303) 534-0401
         Email:  rpulkrabek@keatingwagner.com
         *Attorneys for Plaintiff*

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2020, a true and correct copy of the foregoing was electronically served via email upon the following:

R. Livingston Keithley
Antero Law, LLC
1700 Broadway, suite 640
Denver, CO 80290
Phone: 720-990-5530
Lkeithley@anterolaw.com
*Attorneys for Defendants Mark Pauling and Two Mile Ranch General Partnership*

Tracy A. Oldemeyer
CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P.
215 Mathews Street, Suite 300
Fort Collins, Colorado 80524
toldemeyer@clinewilliams.com
bbump@clinewilliams.com
*Attorneys for Farmers State Bank*

Christopher Carr
Dill Carr Stonbraker & Hutchings, PC
455 Sherman Street, Suite 300
Denver, CO 80203
ccarr@dillanddill.com
*Attorney for Defendant Jonathan Pauling*

Peter C. Forbes
Carver Schwarz McNab Kamper & Forbes, LLC
1888 Sherman Street, Suite 400
Denver, CO 80203
pforbes@csmkf.com
*Attorneys for Lardyn Consulting, LLC and Elyce York*

*s/ Tamara Harris*
Tamara Harris

4