IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01224

AMANDA WILSON, a Michigan resident,

    Plaintiff,

v.

JONATHAN PAULING, an individual Colorado resident,
MARK PAULING, an individual Colorado resident,
TWO MILE RANCH a/k/a TWO MILE RANCH GENERAL PARTNERSHIP, a Colorado general partnership,
ELYCE YORK, an individual Nebraska or Colorado resident,
LARDYN CONSULTING, LLC, a Nebraska limited liability company, and
FARMER STATE BANK,

    Defendants.

---

## DEFENDANT JONATHAN PAULING'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL OR, ALTERNATIVELY, FOR TELEPHONIC DISCOVERY HEARING

---

COMES NOW the Defendant Jonathan Pauling, through counsel, Christopher W. Carr of Dill Dill Carr Stonbraker & Hutchings, P.C., and in response to Plaintiff's Motion to Compel or Alternatively, for Telephonic Discovery Hearing states as follows:

Jonathan Pauling has not failed to disclose a telephone number, text messages, or e-mails. Jonathan Pauling has not had a computer, an internet connection or a cell phone since he was placed on probation clear back in 2013. While on probation these things were prohibited and after probation was terminated, he did not find them to be necessary.

Plaintiff's interrogatory regarding the telephones numbers and Jonathan Pauling's answer are stated below.

    1.    Please identify any and all phone numbers and phone carriers you have used since 2013.

>**Answer:** 970-437-5752, I did not have a long distance carrier. I also used to have 970-437-5751, but this number was cancelled when I went on probation. I don't remember the exact date, but it was more than 5 years ago and I do not have any records. Over the past 7 years, I have probably "used" family and friends telephones for the occasional call or text messages, but they are my phone, I do not know the numbers or have any records. Although none of them were my personal numbers, my old office in Denver, the wine shop and the market, all had telephones in 2013, I do not remember the numbers, and I no longer have any of the records.

Plaintiff claims in her motion to compel that Jonathan Pauling still did not disclose his "secret" phone number of 970-380-0542. That number is not now nor has it ever been Jonathan Pauling's phone number. As stated in his answer to the interrogatory above, Jonathan Pauling has used other people's phones for the occasional phone call or text message, the numbers and records of which he does not have and does not have access to. Jonathan Pauling does not have a phone with that number, he has not received or paid a bill for a phone with that number and he has not ever had an account with a phone provider with that number

Plaintiff is also requesting this Court to compel Jonathan Pauling to provide all of his written communication with FSB, Mark Pauling, and Elyce York. Jonathan Pauling does not have any written or electronic communication in his possession, custody or control. The Plaintiff seems to think that because someone else has disclosed documents that means Jonathan Pauling also has these documents. This position is absurd. If one were to send a letter or message to someone else that in no way shape or form means that both the sender and the recipient are in possession or control of that statement. It very well could be that one person or the other did not retain a copy of said statement. As mentioned above Jonathan Pauling does not have a computer or internet access. Jonathan Pauling does not now nor has he ever had a username or password

for "Joe Henry" or lardynconsulting@gmail.com e-mail addresses. He can't possibly be considered to be in custody or control of e-mail messages to an account he cannot access.

WHEREFORE, Defendant Jonathan Pauling respectfully requests the Court deny the Motion to Compel.

Respectfully submitted this 29th day of May, 2020.

s/ *Christopher W. Carr*
Christopher W. Carr
Dill Dill Carr Stonbraker & Hutchings, P.C.
455 Sherman Street, Suite 300
Denver, CO 80203
Telephone: (303) 777-3737
Fax: (303) 777-3823
E-mail: ccarr@dillanddill.com
*Attorney for Defendant Jonathan Pauling*

### CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Ross W. Pulkrabek
Aaron D. Goldhamer
Keating Wagner Polidori Free, PC
1290 Broadway, Suite 600
Denver, Colorado 80203
rpulkrabek@keatingwagner.com
agoldhamer@keatingwagner.com
*Attorneys for Plaintiff*

R. Livingston Keithley
Antero Law, LLC
1700 Broadway, Suite 640
Denver, Colorado 80290
LKeithley@anterolaw.com
*Attorneys for Defendants Mark Pauling and*
  *Two Mile Ranch General Partnership*

3

Tracy A. Oldemeyer
Beau B. Bump
Cline Williams Wright Johnson & Oldfather, L.L.P.
215 Mathews Street, Suite 300
Fort Collins, Colorado 80524
toldemeyer@clinewilliams.com
bbump@clinewilliams.com
*Attorneys for Defendant Farmers State Bank*

Peter C. Forbes
Carver Schwarz McNab Kamper & Forbes, LLC
1888 Sherman Street, Suite 400
Denver, Colorado 80203
pforbes@csmkf.com
*Attorneys for Defendants Lardyn Consulting, LLC and Elyce York*

                                                   s/ *Christopher W. Carr*
                                                   Christopher W. Carr
                                                   Dill Dill Carr Stonbraker & Hutchings, P.C.
                                                   455 Sherman Street, Suite 300
                                                   Denver, CO 80203
                                                   Telephone: (303) 777-3737
                                                   Fax:  (303) 777-3823
                                                   E-mail: ccarr@dillanddill.com
                                                   *Attorney for Defendant Jonathan Pauling*