2020014548          2/5/2020 11:33 AM
PGS   3          $23.00      DF $0.00
Electronically Recorded Jefferson County, CO
George P Stern, Clerk and Recorder      TD1000 Y

## Warranty Deed

THIS WARRANTY DEED is made this 30th day of December, 2019 between Two Mile Ranch, a general partnership ("Grantor") and Farmers State Bank whose mailing address is 355 2nd Street, P.O. Box 67, Dodge, NE 68633 ("Grantee"):

WITNESSETH, that the Grantor for and in consideration of that Agreement for Deed in Lieu of Foreclosure of even date, hereby sells and conveys unto the Grantee and its successors and assigns, forever, all the real property, together with improvements, if any, situate, lying and being in the said County of Jefferson and State of Colorado described as follows:

Parcel A:

Commencing at the S ¼ corner of said Section 29, also being the N ¼ corner of said Section 32, from which the SW corner of said Section 29, also being the NW corner of said Section 32, bears S 88°13'29" W at a distance of 2559.37';
Thence S 88°13'29" W, along said line, 503.64' to the Point of Beginning;
Thence N 16°00'00" E, 138.00';
Thence N 0°00'00" E, 384.00';
Thence N 71°51'23" W, 1122.48' to a point on the Southeasterly line of an access easement described at Book 1158 at Page 275 of the Jefferson County Records;
Thence following the Southeasterly line of said easement, the following five courses:

1) S 44°05'37" W, 432.31';
2) S 38°26'37" W, 357.91';
3) S 46°59'37" W, 115.11';
4) S 31°40'37" W, 312.38';
5) S 35°30'37" W, 317.17';

Thence departing said Southeasterly line, S 83°08'15" E, 367.52';
Thence N 88°33'00" E, 325.77';
Thence S 85°51'24" E, 203.27';
Thence N 88°35'32" E, 182.09';
Thence S 81°39'01" E, 214.66';
Thence S 80°36'09" E, 372.79';
Thence N 35°16'11" E, 569.64' to the Point of Beginning,

County of Jefferson, State of Colorado;

Parcel B:

Access to an existing county road known as County Road 64 (N. Turkey Creek Road) follows the access easement described at Book 1158 at Page 275 of the Jefferson County Records, and continuing, on the same road, along the access easement described at Book 302 at Pages 67-68, of the Jefferson County Records, through 22334 N. Turkey Creek Road, a distance of approximately 275 feet.

Also known as: 22434 North Turkey Creek Road, Morrison, CO 80465

TOGETHER with and singular the hereditaments and appurtenances thereto belonging, or in anywise appertaining, the reversion and reversions, remainder and remainders, leases, rents, issues and profits thereof, and all the estate, right, title, interest, claim and demand whatsoever of the Grantor, either in law or equity, of, in and to the above bargained and described, with the hereditaments and appurtenances and warrants the title to the same subject to the exceptions set forth on Exhibit A attached hereto and incorporated herein by reference.

**WILSON_06912**

IN WITNESS WHEREOF, the Grantor has executed this Warranty Deed on the date set forth above.

        TWO MILE RANCH, a Colorado general partnership

By: _/s/ Mark A. Pauling_____
Mark Pauling, general partner

By: _/s/ Jonathan M Pauling_____
Jonathan Pauling, general partner

STATE OF COLORADO )
                         ) ss.
COUNTY OF _Logan_ )

The foregoing instrument was acknowledged before me this _30_ day of _Dec_, 2019, by Mark Pauling, who acknowledged that he is a general partner of Two Mile Ranch, a Colorado general partnership.

_/s/ Kenneth A Skipworth_
Notary Public

> KENNETH A SKIPWORTH
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20174029830
> MY COMMISSION EXPIRES JULY 17, 2021

STATE OF COLORADO )
                         ) ss.
COUNTY OF _Logan_ )

The foregoing instrument was acknowledged before me this _30_ day of _Dec_, 2019, by Jonathan Pauling who acknowledged that he is a general partner of Two Mile Ranch, a Colorado general partnership.

_/s/ Kenneth A Skipworth_
Notary Public

> KENNETH A SKIPWORTH
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20174029830
> MY COMMISSION EXPIRES JULY 17, 2021

4823-1322-7438, v. 1

Exhibit A

None

4817-1926-9810, v. 1

WILSON_06914