## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01224-RBJ-STV

**AMANDA WILSON**, a Michigan citizen,

Plaintiff,

v.

**JONATHAN PAULING**, an individual Colorado citizen, **MARK PAULING**, an individual Colorado citizen, **TWO MILE RANCH a/k/a TWO MILE RANCH GENERAL PARTNERSHIP**, a Colorado General Partnership, **ELYCE YORK**, an individual Nebraska or Colorado citizen, **LARDYN CONSULTING LLC**, a Nebraska Limited Liability Company, and **FARMERS STATE BANK**, a Nebraska Corporation.

Defendants.

---

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF EXPERT DEADLINES

---

Plaintiff Amanda Wilson, by and through her attorneys, Aaron D. Goldhamer and Ross W. Pulkrabek of Keating Wagner Polidori Free, P.C., and pursuant to pursuant to Fed. R. Civ. P. 6(b)(1), for her Unopposed Motion for Extension of Expert Deadlines ("Unopposed Motion"), states the following:

#### Certificate of Conferral

Undersigned counsel has conferred with counsel for Defendants concerning the relief sought by this Unopposed Motion, who advise that Defendants do not oppose the relief sought hereby.  In light of the difficulties scheduling Ms. York's deposition, discussed below, Plaintiff conferred on May 18, 2020, via email with all counsel concerning the extension of Plaintiff's expert disclosure deadline requested herein.  Counsel for Ms. York and Lardyn responded on May 19, 2020 indicating that they did not oppose the requested extension (stating "Agreed re: extension" and agreement "to extending the expert deadline in light of my schedule"), and clarified

1

on May 20, 2020, that if "the issue is the alleged need to take Ms. York's deposition before the expert report(s) are done" that they would "agree to deferring the expert reports until after Ms. York's deposition can be taken."  Counsel for Farmers State Bank responded on May 19, 2020, indicating that Farmers State Bank "will not oppose" the requested extension as long as the Defendants' expert disclosure deadlines were extended by a similar amount of time.  Counsel for Mark Pauling and Two Mile Ranch responded on May 19, 2020, stating there was "no objection to the extension."  Counsel for Jonathan Pauling did not respond to this first round of conferral. As the parties continued to try to schedule Ms. York's deposition, undersigned counsel conferred again via email on June 17, 2020, with all counsel respect to the extension requested herein, and referred to the previous round of conferral responses.  On June 17, 2020, counsel for Jonathan Pauling stated that there was "no objection."  Given the apparent completion of the conferral process with Jonathan Pauling's counsel's June 17, 2020, response, on June 22, 2020, undersigned counsel emailed all counsel expressing Plaintiff's understanding that there was no objection to the relief sought hereby, and requested Farmers State Bank's explicit reconfirmation of same given its previous issues with conferral in this matter.  On June 25, 2020, counsel for Farmers State Bank referred to its previous May 19, 2020, lack of objection.   As no other party has expressed any objection to the extension sought hereby, and in light of the extensive conferral process, Plaintiff understands that this motion is unopposed.

1.     On May 12, 2020, after having propounded written discovery to Defendants, Plaintiff began trying to schedule the deposition of Elyce York.

2.     The parties could not come to mutual agreement on dates in May, June, or July for Ms. York's deposition.

3.      Plaintiff intends to disclose experts in this matter with respect to (i) valuation of the assets transferred from Two Mile Ranch to Lardyn Consutling, LLC and/or Redtail Resources LLC (both of which are nominally controlled by Elyce York) and (ii) an expert with respect to standard banking industry practices, including the nature of Farmers State Bank's relationship with Ms. York / Lardyn / Redtail in light of standard banking practices.

4.      Plaintiff believes that the testimony of Ms. York will inform the disclosed reports of both of these experts.

5.      The present deadlines for expert disclosures are as follows:

> Plaintiff's disclosure deadline – July 6, 2020
>
> Defendants' disclosure deadline – August 6, 2020
>
> Rebuttal disclosure deadline – September 3, 2020

*See* [#52].

6.      In light of the inability to schedule Ms. York's deposition prior to the present expert disclosure deadline and the relevance of her deposition testimony to Plaintiff's expert disclosures, Plaintiff respectfully requests that the expert deadlines be modified as follows:

> Plaintiff's disclosure deadline – August 14, 2020
>
> Defendants' disclosure deadline – September 14, 2020
>
> Rebuttal disclosure deadline – October 12, 2020

7.      No party will be prejudiced by the requested extension.

8.      The trial date in this matter is April 12, 2021.  As such, the requested extension does not threaten the trial date.

9.      The Scheduling Order notes that "a showing of good cause" pursuant to written motion and approval by the Court is required for its modification.  [#52 at § 13.]

3

10.     No other extensions of the expert disclosure deadline have been sought in this matter.  To the extent required by D.C.COLO.LCivR 6.1(b), Plaintiff states that extensions of time to serve Ms. York [#28], to respond to Farmers State Bank's Motion to Dismiss Amended Complaint [#29], and to Amend or Join Parties [#54] were previously sought and granted.

11.     As set forth above, "good cause" exists pursuant to Fed. R. Civ. P. 6(b)(1) to modify the present scheduling order.

12.     Consistent with D.C.COLO.LCivR 6.1 and the Scheduling Order in this case, a copy of this Unopposed Motion will be contemporaneously served by counsel on Plaintiff.

13.     As of the date of the filing of this Unopposed Motion, the parties have still not come to agreement on the date of Ms. York's deposition.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Unopposed Motion and extend the expert disclosure deadlines for Plaintiff to August 14, 2020, for Defendants to September 14, 2020, and for rebuttal experts to October 12, 2020.

DATED:  July 1, 2020

KEATING WAGNER POLIDORI FREE, P.C.

By:     *s/ Aaron D. Goldhamer*
        Ross W. Pulkrabek
        Aaron D. Goldhamer
        1290 Broadway, Suite 600
        Denver, CO 80203
        Phone: (303) 534-0401
        Email:  agoldhamer@keatingwagner.com
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2020, a true and correct copy of the foregoing was electronically served via E-mail upon the following:

R. Livingston Keithley
Antero Law, LLC
1700 Broadway, suite 640
Denver, CO 80290
Phone: 720-990-5530
Lkeithley@anterolaw.com
*Attorneys for Defendants Mark Pauling and Two Mile Ranch General Partnership*

Christopher Carr
Dill Carr Stonbraker & Hutchings, PC
455 Sherman Street, Suite 300
Denver, CO 80203
ccarr@dillanddill.com
*Attorney for Defendant Jonathan Pauling*

Tracy A. Oldemeyer
Beau B. Bump
CLINE WILLIAMS
WRIGHT JOHNSON & OLDFATHER, L.L.P.
215 Mathews Street, Suite 300
Fort Collins, Colorado 80524
toldemeyer@clinewilliams.com
bbump@clinewilliams.com
*Attorneys for Farmers State Bank*

Peter C. Forbes
Carver Schwarz McNab Kamper & Forbes, LLC
1888 Sherman Street, Suite 400
Denver, CO 80203
pforbes@csmkf.com
*Attorneys for Lardyn Consulting, LLC and Elyce York*

*s/ Aaron D. Goldhamer*
Aaron D. Goldhamer