## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01224-RBJ-STV

**AMANDA WILSON**, a Michigan citizen,

Plaintiff,

v.

**JONATHAN PAULING**, an individual Colorado citizen, **MARK PAULING**, an individual Colorado citizen, **TWO MILE RANCH a/k/a TWO MILE RANCH GENERAL PARTNERSHIP**, a Colorado General Partnership, **ELYCE YORK**, an individual Nebraska or Colorado citizen, **LARDYN CONSULTING LLC**, a Nebraska Limited Liability Company, and **FARMERS STATE BANK**, a Nebraska Corporation.

Defendants.

---

### PLAINTIFF'S UNOPPOSED SECOND MOTION
### FOR EXTENSION OF EXPERT DEADLINES

---

Plaintiff Amanda Wilson, by and through her attorneys, Aaron D. Goldhamer and Ross W. Pulkrabek of Keating Wagner Polidori Free, P.C., and pursuant to pursuant to Fed. R. Civ. P. 6(b)(1), for her Unopposed Second Motion for Extension of Expert Deadlines ("Unopposed Motion"), states the following:

#### Certificate of Conferral

Undersigned counsel has conferred with counsel for Defendants concerning the relief sought by this Unopposed Motion, who advise that Defendants do not oppose the relief sought hereby.  Counsel for Plaintiffs conferred with counsel for Defendants concerning the relief sought by this Unopposed Motion via email on August 4, 2020.  On that date, counsel for Farmers State Bank, Mark Pauling and Two Mile Ranch, and Ms. York and Lardyn Consulting, LLC, all indicated that those parties had no objection to the relief sought hereby.  On August 6, 2020, counsel for Jonathan Pauling indicated he had no objection to the relief sought hereby.

1.      On May 12, 2020, after having propounded written discovery to Defendants, Plaintiff began trying to schedule the deposition of Elyce York.

2.      At and shortly after that time, the parties could not come to mutual agreement on dates in May, June, or July for Ms. York's deposition, which led to the filing of Plaintiff's first Unopposed Motion for Extension of Expert Deadlines ("First Unopposed Motion"). [#67].

3.      After the Court granted the First Unopposed Motion (*see* [#68]), the first date that Ms. York stated she was available for deposition was August 14, 2020, and the parties scheduled Plaintiff's deposition of Ms. York for that date.

4.      The present deadlines for expert disclosures are as follows:

> Plaintiff's disclosure deadline – August 14, 2020
>
> Defendants' disclosure deadline – September 14, 2020
>
> Rebuttal disclosure deadline – October 12, 2020

*See* [#68].

5.      Plaintiff intends to disclose experts in this matter with respect to (i) valuation of the assets transferred from Two Mile Ranch to Lardyn Consulting, LLC and/or Redtail Resources LLC (both of which are nominally controlled by Elyce York) and (ii) an expert with respect to standard banking industry practices, including the nature of Farmers State Bank's relationship with Ms. York / Lardyn / Redtail in light of standard banking practices.

6.      Plaintiff believes that the testimony of Ms. York will inform the disclosed reports of both of these experts.

7.      In light of the inability to schedule Ms. York's deposition prior to the present expert disclosure deadline, the relevance of her deposition testimony to Plaintiff's expert disclosures, and the additional time needed to generate a transcript of Ms. York's deposition and Plaintiff's experts

2

to incorporate her deposition testimony into their reports, Plaintiff respectfully requests that the expert deadlines be extended by two weeks, to be modified as follows:

> Plaintiff's disclosure deadline – August 28, 2020
>
> Defendants' disclosure deadline – September 28, 2020
>
> Rebuttal disclosure deadline – October 26, 2020

8.      No party will be prejudiced by the requested extension.

9.      The trial date in this matter is April 12, 2021.  As such, the requested extension does not threaten the trial date.

10.     The Scheduling Order notes that "a showing of good cause" pursuant to written motion and approval by the Court is required for its modification.  [#52 at § 13.]

11.     The expert disclosure deadline was once previously extended in this matter in light of earlier scheduling issues for Ms. York's deposition.  [## 67, 68].  To the extent required by D.C.COLO.LCivR 6.1(b), Plaintiff states that extensions of time to serve Ms. York [#28], to respond to Farmers State Bank's Motion to Dismiss Amended Complaint [#29], and to Amend or Join Parties [#54] were previously sought and granted.

12.     As set forth above, "good cause" exists pursuant to Fed. R. Civ. P. 6(b)(1) to modify the present scheduling order.

13.     Consistent with D.C.COLO.LCivR 6.1 and the Scheduling Order in this case, a copy of this Unopposed Motion will be contemporaneously served by counsel on Plaintiff.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Unopposed Motion and extend the expert disclosure deadlines for Plaintiff to August 28, 2020, for Defendants to September 28, 2020, and for rebuttal experts to October 26, 2020.

DATED:  August 10, 2020

KEATING WAGNER POLIDORI FREE, P.C.

By:     *s/ Aaron D. Goldhamer*
      Ross W. Pulkrabek
      Aaron D. Goldhamer
      1290 Broadway, Suite 600
      Denver, CO 80203
      Phone: (303) 534-0401
      Email:  agoldhamer@keatingwagner.com
      *Attorney for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 10, 2020, a true and correct copy of the foregoing was electronically served via E-mail upon the following:

R. Livingston Keithley
Antero Law, LLC
1700 Broadway, suite 640
Denver, CO 80290
Phone: 720-990-5530
Lkeithley@anterolaw.com
*Attorneys for Defendants Mark Pauling and Two Mile
Ranch General Partnership*

Christopher Carr
Dill Carr Stonbraker & Hutchings, PC
455 Sherman Street, Suite 300
Denver, CO 80203
ccarr@dillanddill.com
*Attorney for Defendant Jonathan Pauling*

Tracy A. Oldemeyer
Beau B. Bump
CLINE WILLIAMS
WRIGHT JOHNSON & OLDFATHER, L.L.P.
215 Mathews Street, Suite 300
Fort Collins, Colorado 80524
toldemeyer@clinewilliams.com
bbump@clinewilliams.com
*Attorneys for Farmers State Bank*

Peter C. Forbes
Carver Schwarz McNab Kamper & Forbes, LLC
1888 Sherman Street, Suite 400
Denver, CO 80203
pforbes@csmkf.com
*Attorneys for Lardyn Consulting, LLC and Elyce York*

*s/ Aaron D. Goldhamer*
Aaron D. Goldhamer