IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01224-RBJ-STV

AMANDA WILSON, a Michigan citizen,

Plaintiff,

v.

JONATHAN PAULING, an individual Colorado citizen, et al.

Defendants.

**FARMERS STATE BANK'S UNOPPOSED MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINES**

Defendant Farmers State Bank ("FSB") files this Unopposed Motion for Extension of Dispositive Motion Deadlines ("Unopposed Motion") and states the following:

**Certificate of Conferral pursuant to D.C.COLO.LCivR 7.1(a)**.

Undersigned counsel has conferred in good faith with counsel for Plaintiff and the other Defendants. All have indicated that they do not oppose the relief requested herein.

1. On July 1, 2020, Plaintiff requested an extension for expert disclosures (Doc. #67).

2. On August 10, 2020, Plaintiff requested a second extension for expert disclosures (Doc. #69).

1

3. On August 28, 2020, Plaintiff disclosed two experts in accordance with the amended deadline.

4. On September 14, 2020, FSB first requested dates to take the depositions of Plaintiffs' two experts. Conferrals about the availability of counsel and the witnesses on certain dates followed. Ultimately, the dates of November 19 and November 23, 2020, were selected and the depositions have been noticed by agreement of counsel.

5. On September 28, 2020, FSB disclosed its experts.

6. Pursuant to the Scheduling Order (Doc. 52 at ¶9(c)), the current dispositive motion deadline is November 11, 2020.

7. At the present time, FSB intends to file a dispositive motion, but transcripts of its depositions of Plaintiffs' two experts will be necessary to support its dispositive motion.

8. In light of the foregoing, and after conferral with counsel, FSB respectfully requests that the dispositive motion deadline, as well as the resulting response and reply deadlines, be modified as follows:

    Proposed Dispositive Motion Deadline – December 11, 2020

    Proposed Response Deadline – January 20, 2021

    Proposed Reply Deadline – February 3, 2021

9. The extended response time is requested due to the December holidays and Plaintiff's counsel's trial in early January 2021.

10. No party will be prejudiced by the requested extensions.

11. The trial date in this matter is April 12, 2021. As such, the requested extension does not threaten the trial date.

12. Under the Scheduling Order, "a showing of good cause" pursuant to a written motion and approval by the Court is required for its modification (Doc. 52 at ¶13).

13. As set forth above, "good cause" exists pursuant to Fed. R. Civ. P. 6(b)(1) to modify the present scheduling order.

14. Pursuant to D.C.COLO.LCivR 6.1(c), a copy of this motion for extension of time is being served on all parties by email.

WHEREFORE, FSB respectfully requests that the Court extend the deadlines to file, respond, and reply to dispositive motions as follows: December 11, 2020 (Motion Deadline), January 20, 2021 (Response Deadline), and February 3, 2021 (Reply Deadline).

Respectfully submitted this 1st day of October, 2020

        FARMERS STATE BANK,
        Defendant
By:   */s/Tracy A. Oldemeyer*
        Tracy A. Oldemeyer, #28246
        CLINE WILLIAMS
            WRIGHT JOHNSON & OLDFATHER, L.L.P.
        215 Mathews Street, Suite 300
        Fort Collins, Colorado 80524
        Telephone: (970) 221-2637
        Fax: (970) 221-2638
        toldemeyer@clinewilliams.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of October 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Ross W. Pulkrabek<br>Aaron D. Goldhammer<br>Keating Wagner Polidori Free, PC<br>1290 Broadway, Suite 600<br>Denver, CO 80203<br>rpulkrabek@keatingwagner.com<br>agoldhamer@keatingwagner.com | R. Livingston Keithley<br>Antero Law, LLC<br>1700 Broadway, Suite 640<br>Denver, CO  80290<br>LKeithley@anterolaw.com |
| Christopher Carr<br>Dill Dill Carr Stonbraker & Hutchings, PC<br>455 Sherman Street, Suite 300<br>Denver, CO 80203<br>ccarr@dillanddill.com | Peter C. Forbes<br>Carver Schwarz McNab Kamper & Forbes, LLC<br>1888 Sherman Street, Suite 400<br>Denver, CO 80203<br>pforbes@csmkf.com |

            /s/*Tracy A. Oldemeyer*
            Tracy A. Oldemeyer

4813-9797-5245, v. 1

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of October 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Ross W. Pulkrabek
Aaron D. Goldhammer
Keating Wagner Polidori Free, PC
1290 Broadway, Suite 600
Denver, CO 80203
rpulkrabek@keatingwagner.com
agoldhamer@keatingwagner.com

R. Livingston Keithley
Antero Law, LLC
1700 Broadway, Suite 640
Denver, CO  80290
LKeithley@anterolaw.com

Christopher Carr
Dill Dill Carr Stonbraker & Hutchings, PC
455 Sherman Street, Suite 300
Denver, CO 80203
ccarr@dillanddill.com

Peter C. Forbes
Carver Schwarz McNab Kamper & Forbes, LLC
1888 Sherman Street, Suite 400
Denver, CO 80203
pforbes@csmkf.com

    /s/*Tracy A. Oldemeyer*
    Tracy A. Oldemeyer

4813-9797-5245, v. 1