IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: 19-cv-01224-RBJ | Date: November 9, 2020 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| AMANDA WILSON | *Aaron Goldhamer* |
| | *Ross Pulkrabek* |
| **Plaintiff** | |
| v. | |
| JONATHAN PAULING | |
| MARK PAULING | |
| TWO MILE RANCH | |
| ELYCE YORK | |
| LARDYN CONSULTING LLC | |
| FARMERS STATE BANK | *Tracy Oldemeyer* |
| **Defendants** | |

**COURTROOM MINUTES**

**TELEPHONE DISCOVERY CONFERENCE**

Court in Session: 1:00 p.m.

Appearance of counsel – all participants appear via telephone.

Discussion held on discovery dispute.

For the reasons stated on the record it is

**ORDERED:** Internal communications involving the six bank officers that refer to the various defendants from January 1, 2015-present are to be produced on or before November 30, 2020. A privilege log is to be produced, if needed.

Court in Recess: 1:25 p.m.          Hearing concluded.          Total time in Court: 00:25