IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01224

AMANDA WILSON, a Michigan resident,

    Plaintiff,

v.

JONATHAN PAULING, an individual Colorado resident,
MARK PAULING, an individual Colorado resident,
TWO MILE RANCH a/k/a TWO MILE RANCH GENERAL PARTNERSHIP, a Colorado general partnership,
ELYCE YORK, an individual Nebraska or Colorado resident,
LARDYN CONSULTING, LLC, a Nebraska limited liability company, and
FARMER STATE BANK,

    Defendants.

---

## MOTION FOR WITHDRAWAL AS COUNSEL AND WRITTEN NOTIFICATION CERTIFICATE

---

COMES NOW Christopher W. Carr and the law firm of DILL DILL CARR STONBRAKER & HUTCHINGS, P.C., and hereby move this Court for an Order allowing withdrawal as counsel for Defendant Jonathan Pauling and affirm to the Court, the client and all other attorneys and parties of record:

1. Jonathan Pauling has requested counsel to withdraw from representing him in this matter.

2. The client may object to the request to withdraw by filing a written objection within 14 days of the date on the Certificate of Mailing of the notice and by mailing a copy of the objection to the attorney.

3. Counsel has notified the client of his intention to seek an Order permitting withdrawal and a copy of the letter sent to the client is attached to this Motion and included herein.

4. Counsel states that he has complied with the requirements of D.C.Colo.LAttyR 5(b) concerning the withdrawal of counsel.

5. Notification requirements concerning withdrawal of counsel have been met.

6. A letter was sent via (a) first class mail, and (b) Certified Mail, Return Receipt Requested on January 5, 2021, a copy of which is attached hereto, to Jonathan Pauling notifying him of the intention to withdraw.

6. Last known address, telephone number and e-mail address of client:

60773 North Highway 71
Stoneham, CO 80754
Telephone: None
Email: None

WHEREFORE, counsel requests that this Court issue an Order permitting them to withdraw from this case.

s/ *Christopher W. Carr*
Christopher W. Carr
Dill Dill Carr Stonbraker & Hutchings, P.C.
455 Sherman Street, Suite 300
Denver, CO 80203
Telephone: (303) 777-3737
Fax: (303) 777-3823
E-mail: ccarr@dillanddill.com
*Attorney for Defendant Jonathan Pauling*

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Ross W. Pulkrabek
Aaron D. Goldhamer
Keating Wagner Polidori Free, PC
1290 Broadway, Suite 600
Denver, Colorado 80203
rpulkrabek@keatingwagner.com
agoldhamer@keatingwagner.com
*Attorneys for Plaintiff*

R. Livingston Keithley
Antero Law, LLC
1700 Broadway, Suite 640
Denver, Colorado 80290
LKeithley@anterolaw.com
*Attorneys for Defendants Mark Pauling and
 Two Mile Ranch General Partnership*

Tracy A. Oldemeyer
Beau B. Bump
Cline Williams Wright Johnson & Oldfather, L.L.P.
215 Mathews Street, Suite 300
Fort Collins, Colorado 80524
toldemeyer@clinewilliams.com
bbump@clinewilliams.com
*Attorneys for Defendant Farmers State Bank*

Peter C. Forbes
Carver Schwarz McNab Kamper & Forbes, LLC
1888 Sherman Street, Suite 400
Denver, Colorado 80203
pforbes@csmkf.com
*Attorneys for Defendants Lardyn Consulting, LLC and Elyce York*

3

and via U.S. Mail and Certified Mail, Return Receipt Requested addressed to:

Jonathan Pauling
60773 North Highway 71
Stoneham, CO 80754

                                                  s/ *Christopher W. Carr*
                                                  Christopher W. Carr
                                                  Dill Dill Carr Stonbraker & Hutchings, P.C.
                                                  455 Sherman Street, Suite 300
                                                  Denver, CO 80203
                                                  Telephone: (303) 777-3737
                                                  Fax:  (303) 777-3823
                                                  E-mail: ccarr@dillanddill.com
                                                  *Attorney for Defendant Jonathan Pauling*