

Christopher W. Carr
ccarr@dillanddill.com
303-282-4123

January 5, 2021

Jonathan Pauling  	Via U.S. Mail
60773 North Highway 71  	and Certified Mail, Return Receipt Requested
Stoneham, CO 80754

Re:   *Amanda Wilson v. Jonathan Pauling, et al.*
      U.S. District Court for the District of Colorado
      Case No. 19-cv-01224

Dear Jonathan:

Pursuant to your request during our telephone call on January 5, 2021, I am seeking an order permitting withdrawal from your case. You have 14 days to object to this request. I am enclosing a copy of the pleading I am filing with the Court for your records.

Sincerely,

Christopher W. Carr

CWC/clt
Enclosure