

Christopher W. Carr
ccarr@dillanddill.com
303-282-4123

January 11, 2021

Jonathan Pauling                                    Via U.S. Mail
60773 North Highway 71          and Certified Mail, Return Receipt Requested
Stoneham, CO 80754

Re:   *Amanda Wilson v. Jonathan Pauling, et al.*
      U.S. District Court for the District of Colorado
      Case No. 19-cv-01224

Dear Jonathan:

Pursuant to your request during our telephone call on January 5, 2021, I am seeking an order permitting withdrawal from your case.  You have 14 days to object to this request.  I am enclosing a copy of the pleading I am filing with the Court for your records.

Sincerely,

Christopher W. Carr

CWC/clt
Enclosure