IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01224-RBJ-STV

**AMANDA WILSON**, a Michigan citizen,

Plaintiff,

v.

**JONATHAN PAULING**, an individual Colorado citizen, **MARK PAULING**, an individual Colorado citizen, **TWO MILE RANCH a/k/a TWO MILE RANCH GENERAL PARTNERSHIP**, a Colorado General Partnership, **ELYCE YORK**, an individual Nebraska or Colorado citizen, **LARDYN CONSULTING LLC**, a Nebraska Limited Liability Company, and **FARMERS STATE BANK**, a Nebraska Corporation.

Defendants.

---

**PLAINTIFF'S RESPONSE TO MOTION FOR WITHDRAWAL AS COUNSEL [#78]**

---

Plaintiff Amanda Wilson, by and through her attorneys, Aaron D. Goldhamer and Ross W. Pulkrabek of Keating Wagner Polidori Free, P.C., responds to the Motion for Withdrawal as Counsel [#78] as follows:

1. Plaintiff's counsel understands that Jonathan Pauling terminated Mr. Carr's representation during a phone call wherein Mr. Carr presented Jonathan Pauling with the request that he accept service of a subpoena requiring his appearance at trial.

2. Plaintiff's counsel believes Jonathan Pauling's termination of Mr. Carr, especially in this context, foreshadows a general lack of cooperation and difficulty communicating with him in the lead up to trial. Along these same lines, although discovery leaves no doubt that Jonathan Pauling routinely communicates by telephone and email (including with Farmers State Bank), and even though Mr. Carr's motions to withdraw [##76, 78] refer to a phone call with Jonathan Pauling, those motions provide no telephone number or email address that counsel can use to confer with

1

him about pretrial matters. The implication is that counsel will have to meet their obligation to confer with Jonathan Pauling solely by exchanging letters through U.S. mail.

3. Although Plaintiff does not object to Mr. Carr's withdrawal, to mitigate against undue delay as well as any allegations of a failure to confer, Plaintiff's counsel respectfully asks the Court to clarify the parties' obligations to confer with Jonathan Pauling so long as he is *pro se*.

4. Specifically, Plaintiff respectfully asks the Court to order Jonathan Pauling to provide a valid telephone number and email address that counsel may use to confer with him in a timely and meaningful manner. Plaintiff also asks that, should Jonathan Pauling nonetheless fail to comply, the Court allow counsel to discharge their duty to confer with Jonathan Pauling by correspondence sent through first-class U.S. Mail, postage prepaid, then waiting three business days for any response. Plaintiff's counsel submits that such terms fairly balance the parties' respective interests with respect to conferral on pretrial matters.

5. Additionally, Plaintiff objects to any continuance of the March 23, 2021, Trial Preparation Conference or the April 12, 2021, trial in this matter based on Mr. Carr's withdrawal.

DATED: January 11, 2021

*s/ Ross W. Pulkrabek*
Keating Wagner Polidori Free, P.C.
Ross W. Pulkrabek
1290 Broadway, Suite 600
Denver, CO 80203
Phone: (303) 534-0401
Email: rpulkrabek@keatingwagner.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I, Amanda Sauermann, hereby affirm that on January 11, 2021, I electronically served a copy of the foregoing on the following counsel for Defendants in this matter.

Christopher Wenzel Carr
Dill Dill Carr Stonbraker & Hutchings, P.C.
455 Sherman Street
Suite 300
Denver, CO 80203
ccarr@dillanddill.com

Beau Bryan Bump Tracy A. Oldemeyer
Cline Williams Wright Johnson & Oldfather
215 Mathews Street Suite 300
Fort Collins, CO 80524
bbump@clinewilliams.com
toldemeyer@clinewilliams.com

R. Livingston Keithley
Antero Law, LLC
1700 Broadway, Suite 640
Denver, Colorado 80290
lkeithley@anterolaw.com

Peter C. Forbes
CARVER SCHWARZ McNAB KAMPER
& FORBES, LLC
1888 Sherman Street — Suite 400
Denver, Colorado 80203
pforbes@csmkf.com

                                      */s/ Amanda Sauermann*
                                      Amanda Sauermann