**From:** "Roach, Kelly" <kroach@fsb-ne.com>
**Sent:** Tue, 10 May 2016 21:13:11 +0000
**To:** "Gray, Chris" <cgray@fsb-ne.com>
**Subject:** RE: Two Mile

---

That makes sense. I just feel like every time you turn around it's a new "plan" and nothing ever gets accomplished. I hope it all works out and in the 60-90 days that Dick is telling me but like you said this "unicorn investor group" just really has me nervous. I will continue not to hold my breath.

**From:** Gray, Chris
**Sent:** Tuesday, May 10, 2016 4:10 PM
**To:** Roach, Kelly
**Subject:** RE: Two Mile

Not exactly good news, BUT, we expected this would happen months ago and they just delayed.

BK doesn't really hurt us, we have the assets tied up, the debt is valid. And this should force them to come up with a plan asap for paying us back. The only plan they have, though, is for this "unicorn like investor group" to buy them out of BK. So that's our real risk, that they back out or don't step up to the plate for the $ amount we want.

My understanding is that our attorney and the their BK attorney will have this agreed upon before going to the BK court and get it stamped approved at that time and then the transaction can take place. The BK really just protects the partnership from the plaintiff for the long run.

So- I don't feel any better or worse at this time, when the attorneys start talking we should get some real facts and plans to go forward with.

Don't know if that help, but it's all I got right now.

cG

**From:** Roach, Kelly
**Sent:** Tuesday, May 10, 2016 4:01 PM

**EXHIBIT 3**
FSB 0014066

**To:** Gray, Chris
**Subject:** Two Mile

Explain to me how TMR filing for bankruptcy is a "good thing" for FSB?

**Kelly Roach**

**Loan Officer**

**NMLS #1419804**

823 Main Street

PO Box 220

Bridgeport, NE 69336

Phone (308) 262-1500

Fax (308) 262-1502

Cell (308) 279-2208



**EXHIBIT 3**
FSB 0014067