**From:** Richard Stull <rstull@fsb-ne.com>
**Sent:** Thu, 08 Dec 2016 22:47:56 +0000
**To:** Steve Stull <sstull@fsb-ne.com>, Chris Gray <cgray@fsb-ne.com>, Kevin Kudera <kkudera@fsb-ne.com>, Jim Nelson <jnelson@fsb-ne.com>, Gus Bentz <gbentz@fsbspencer.com>, Jarrod Hamik <jhamik@fsbspencer.com>, Kelly Roach <kroach@fsb-ne.com>, Pam Strotheide <pstrotheide@fsb-ne.com>, Paula Ruskamp <pruskamp@fsb-ne.com>, Rebecca Stecher <bstecher@fsb-ne.com>, Clayton Riesen <criesen@fsb-ne.com>, Dustin Chester <dchester@fsb-ne.com>, LeAnn Placek <lplacek@fsb-ne.com>
**Subject:** Updated Watchlist Reports
**Attachments:**
· Two Mile Ranch Part.. 11-30-16.xlsx *(44 kb)*
· Two Mile Ranch FSB 11-30-16.xlsx *(42 kb)*
· Jon Pauling 12-15-16.xlsx *(41 kb)*
· Jon Pauling 11-30-16.xlsx *(41 kb)*
· Mark Pauling 11-30-16 -Spencer.xlsx *(40 kb)*
· Mark Pauling 11-30-16 Dodge.xlsx *(40 kb)*
· [REDACTED] 11-30-16.xlsx *(41 kb)*
· [REDACTED] 1-30-16.xlsx *(43 kb)*

---

Jon Pauling will be at -0- after the OREO posting




Richard A Stull

Executive Vice President

P O Box 220

Bridgeport, NE 69336

308-262-1500

308-279-0153 (cell)

**EXHIBIT 4**

## FARMERS STATE BANK
## CLASSIFIED / WATCHLIST LOAN REPORT

| | | | | | |
|---|---|---|---|---|---|
| Borrower | Two Mile Ranch (ETAL) Term Loans Participated | | | Report for Month Ending: | 11/30/16 |
| Guarantor | Mark and Jon Pauling | | | Is Loan on Non-Accrual Yes/No | No |
| Amount Charged off to Date | Date | | Amount | $0 | ≥ 30 P/D Yes/No | Yes |
| Future Potential Chargeoff | Date | | Amount | $0 | Part. Sold Yes/No | Yes |
| Original Classification | Date | 11/30/13 | Amount | $0 | Classification | Pass |
| Current Classification | Date | 11/30/16 | Amount | $0 | Classification | Pass |

### CURRENT LOAN INFORMATION

| Loan # | Type Code | Rate | Amt Principal | | Amt Interest | | Amt |
|---|---|---|---|---|---|---|---|
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| 2352 | 91 | 6.00 | 7,600,000 | Accrued Int. | 706,800 | Total Prin. & Int. | $8,306,800 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| Gross Balance to Borrower | | | **$7,600,000** | Accrued Int. | **$706,800** | Total Prin. & Int. | **$8,306,800** |
| Less Participated Amount | | | $5,700,000 | Accrued Int. | $459,853 | Total Prin. & Int. | $6,159,853 |
| Net Current Book Balance | | | **$1,900,000** | Accrued Int. | **$246,947** | Total Prin. & Int. | **$2,146,947** |
| Less Adjustment for: | Desc. | | Amt | Accrued Int. | Amt | Total Prin. & Int. | Amt |
| US Govt GTE (SBA or FSA) | % GTE - or - None | | | Accrued Int. | | Total Prin. & Int. | $0 |
| Cash, Cattle, Crops & Feed……………..See Below | | | $11,724,652 | Accrued Int. | | Total Prin. & Int. | $11,724,652 |
| Net Current Critisized Amount | | | **$0** | Accrued Int. | **$0** | Total Prin. & Int. | **$0** |

### BACKGROUND (Include brief history of borrowers operation and circumstances that led to classification)

Jon has traditionally been a farmer - rancher, and tried to vertically integrate his beef by starting to retail "Natural" food store. Jon had issues with managing the store and had theft and management consumed his time. The store is closed. The South Ranch has been sold to Cervi for $917,000 (1031 Exchange) plus $205,000 for Undivided 15% of 668 acres of minerals. Sold North Ranch to Mark for $1,000,000 less the mineral interests. Mark has shown the farm to various parties. No contract yet, water is being tested for dairy use. Balance of breeding herd being sold through Superior Livestock video. Taking pictures of cattle after Thanksgiving day. Still trying to market minerals, feed and machinery & equipment.

### PRESENT STATUS (Include increases or decreases in outstanding balance, past due and non-performing status and progress or deterioration)

Working with Mark and Jon so they can get through the Chapter 11 Bankruptcy, which is being done to protect the proposed asset sale from the Judgement against Jon. The buyers want this to make sure they are not subject to future legal claims. Since the last quarter Oil Prices have increased substantially from the lows from last quarter so the value of the Mineral rights have been increased. Like wise we have ordered new appraisals on the Farm and the North Turkey Creek Ranch and expect the values to change slightly down for the farm and slightly up for North Turkey Creek Ranch.

Bank has pulled O&E reports for all real estate for Two Mile Ranch, a General Partnership; Mark Pauling; and Jon Pauling. Only one Judgement apprears of record which is on the house that is in Jon Pauling name only. The bank has requested legal counsel to start the foreclosure process on Jon Pauling which includes this house which is cross secured for all of our loans. Record does show that Farmers State Bank has a priority position on all real estate pledged as collateral.

### PROPOSED ACTION TO ELIMINATE CLASSIFICATION AND TIME FRAME FOR ACCOMPLISHMENT

(Include specific details regarding corrective actions to be taken by the borrower or the bank, i.e. planned foreclosure, borrower has committed to sell assets, and the date for completion. Also include identified source of repayment and defined repayment program.)

From our attorney: [redacted]

### FINANCIAL SUPPORT (Include brief summary of most current financial information of the borrower and/or guarantors)

Jon house in Sterling was foreclosed on by the bank and $135,000 will be applied to debt and recorded as OREO

### COLLATERAL ANALYSIS (per planned sale)

| Describe | Gross Amt. | Disc. Fact. | Disc. Value | Prior Liens | Net Coll. |
|---|---|---|---|---|---|
| **Readily Marketable Collateral - (Include cash or cattle, crop and feed inventory if supported by current inspection)** | | | | | |
| Equity in Mark's Ranch (Guaranty) | $339,652 | 70% | $101,896 | | $101,896 |
| Breeding Livestock | | | $0 | | $0 |
| Feed | | | $0 | | $0 |
| Embryo's | | | $0 | | $0 |
| Minerals | $3,850,000 | 35% | $2,502,500 | | $2,502,500 |
| **Total Readily Marketable Collateral** | **$4,189,652** | | $2,604,396 | $0 | **$2,604,396** |
| **Other Collateral - (Include real estate, machinery & equipment, furniture, fixtures, retail & wholesale inventory, etc.)** | | | | | |
| Equipment TMR Market | $400,000 | 50% | $200,000 | | $200,000 |
| M&E TMR | $650,000 | 38% | $403,000 | | $403,000 |
| N Turkey Creek Real Estate, Morrison CO | $2,100,000 | 20% | $1,680,000 | | $1,680,000 |
| Ag Real Estate Logan Co. CO | $4,250,000 | 20% | $3,400,000 | | $3,400,000 |
| Home Sterling (OREO) | $135,000 | 0% | $135,000 | | $135,000 |
| **Total Other Collateral** | $7,535,000 | | $5,818,000 | $0 | $5,818,000 |
| Total Collateral | $11,724,652 | | | | $8,422,396 |
| Total Bank Debt | $8,306,800 | | | | $8,306,800 |
| Margin (Net of Prior Liens) | $3,417,852 | | | | $115,596 |

| REQUIRED RESERVE | Low Exposure | High Exposure |
|---|---|---|
| Reserve Needed Per Collateral Analysis | $0 | $0 |
| Adjustment to Reserve +/(-) as warranted | $0 | |
| Total Reserve Required | $0 | $0 |

### JUSTIFICATION FOR ADJUSTMENT TO RESERVE (Include complete explanation of the increase or decrease to the Reserve needed per collateral analysis i.e. decreases for government or other outside guarantees that would support the decrease and economic, environmental or other factors that would warrant an increase.)

| | | | |
|---|---|---|---|
| **Specific Allocation / Future Potential Charge Off Determined by Reserve Analysis** | | | **$0** |
| **Officer** | ss | **Branch** | bport |

**EXHIBIT 4**

FSB 0015252

## IMPAIRMENT CALCULATION
## CLASSIFIED CREDIT

| | | | |
|---|---|---|---|
| **BORROWER** | Two Mile Ranch (ETAL) Term Loans Participated | **REPORT FOR MONTH ENDING:** | 11/30/16 |
| **GUARANTOR** | Mark and Jon Pauling | | |

**REASON FOR IMPAIRMENT CALCULATION**

Credit reflects high side exposure per collateral analysis. Bank is in process of restructuring credit facilities in an attempt to improve cashflow. Based on the amount of debt it is likely cash flow will remain weak.

**IMPAIRMENT CALCULATION METHOD USED AND WHY**

This calculation utilizes the Fair Value of Collateral method of measuring Impairment. Cash flow from operations is weak, therefore the bank relies heavily on collateral as the ultimate source of repayment for this loan.

**COLLATERAL EVALUATION**

| Item # | Item Description | Valuation Method | Date of Valuation | Value |
|---|---|---|---|---|
| 1 | Equity in Mark's Ranch (Guaranty) | | 11/30/16 | $101,896 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $101,896 |
| 2 | Breeding Livestock | | 11/30/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 3 | Feed | | 11/30/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 4 | Embryo's | | 11/30/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 5 | Minerals | | 11/30/16 | $2,502,500 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $2,502,500 |
| 6 | Equipment TMR Market | | 11/30/16 | $200,000 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $200,000 |
| 7 | M&E TMR | | 11/30/16 | $403,000 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $403,000 |
| 8 | N Turkey Creek Real Estate, Morrison CO | | 11/30/16 | $1,680,000 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $1,680,000 |
| 9 | Ag Real Estate Logan Co. CO | | 11/30/16 | $3,400,000 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $3,400,000 |
| 10 | Home Sterling (OREO) | | 11/30/16 | $135,000 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $135,000 |

| | |
|---|---|
| **TOTAL FAIR VALUE OF COLLATERAL INDICATED BY EVALUATION** | $8,422,396 |
| **TOTAL GROSS BANK DEBT (includes interest)** | $8,306,800 |
| **EXCESS / DEFICIT COLLATERAL COVERAGE INDICATED BY IMPAIRMENT ANALYSIS** | $115,596 |
| **AMOUNTS GUARANTEED BY GOVERNMENT AGENCY** | $0 |
| **FAIR VALUE OF COLLATERAL PLEDGED TO GOVERNMENT GUARANTEED LOANS** | |
| **REDUCTION TO RESERVE REQUIREMENT RESULTING FROM SUPPORT OF GOVERNMENT GUARANTEE** | $0 |
| **TOTAL RESERVE REQUIRED PER IMPAIRMENT ANALYSIS** | **$0** |
| **AMOUNTS PARTICIPATED TO OTHER FINANCIAL INSTITUTIONS (includes interest)** | |

**SPECIFIC ALLOCATION REQUIREMENT**

| Location | % Ownership | Reserve Req. | Bank Name | % Ownership | Reserve Req. |
|---|---|---|---|---|---|
| | 26% | $0 | | | $0 |

**EXHIBIT 4**

FSB 0015253

# FARMERS STATE BANK
## CLASSIFIED / WATCHLIST LOAN REPORT

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Two Mile Ranch (ETAL) | | | Report for Month Ending: | | 11/30/16 |
| Guarantor | | | | Is Loan on Non-Accrual Yes/No | | No |
| Amount Charged off to Date | Date | | Amount | $0 | ≥ 30 P/D Yes/No | No |
| Future Potential Chargeoff | Date | | Amount | $57,657 | Part. Sold Yes/No | Yes |
| Original Classification | Date | 11/30/13 | Amount | $0 | Classification | Pass |
| Current Classification | Date | 11/30/16 | Amount | $103,642 | Classification | watch |

## CURRENT LOAN INFORMATION

| Loan # | Type Code | Rate | Principal (Amt) | | Interest (Amt) | | Amt |
|---|---|---|---|---|---|---|---|
| 2097 | 12 | 5.25 | 74,980 | Accrued Int. | 3,373 | Total Prin. & Int. | $78,353 |
| 2351 | 91 | 6.00 | 620,521 | Accrued Int. | 39,749 | Total Prin. & Int. | $660,270 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| 2353 | 91 | 6.00 | 73,350 | Accrued Int. | 4,093 | Total Prin. & Int. | $77,443 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| Gross Balance to Borrower | | | **$768,852** | Accrued Int. | **$47,215** | Total Prin. & Int. | **$816,067** |
| Less Participated Amount | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| Net Current Book Balance | | | **$768,852** | Accrued Int. | **$47,215** | Total Prin. & Int. | **$816,067** |
| Less Adjustment for: | | Desc. | Amt | Accrued Int. | Amt | Total Prin. & Int. | Amt |
| US Govt GTE (SBA or FSA) | % GTE - or - None | | | Accrued Int. | | Total Prin. & Int. | $0 |
| Cash, Cattle, Crops & Feed................See Below | | | $665,210 | Accrued Int. | | Total Prin. & Int. | $665,210 |
| Net Current Critisized Amount | | | **$103,642** | Accrued Int. | **$47,215** | Total Prin. & Int. | **$150,857** |

## BACKGROUND (Include brief history of borrowers operation and circumstances that led to classification)

Jon has traditionally been a farmer - rancher, and tried to vertically integrate his beef by starting to retail "Natural" food store. Jon had issues with managing the store and had theft and management consumed his time. The store is closed. The South Ranch has been sold to Cervi for $917,000 (1031 Exchange) plus $205,000 for Undivided 15% of 668 acres of minerals. Sold North Ranch to Mark for $1,000,000 less the mineral interests. Mark has shown the farm to various parties. No contract yet, water is being tested for dairy use. Balance of breeding herd being sold through Superior Livestock video. Taking pictures of cattle after Thanksgiving day. Still trying to market minerals, feed and machinery & equipment.

## PRESENT STATUS (Include increases or decreases in outstanding balance, past due and non-performing status and progress or deterioration)

Working with Mark and Jon so they can get through the Chapter 11 Bankruptcy, which is being done to protect the proposed asset sale from the Judgement against Jon. The buyers want this to make sure they are not subject to future legal claims. Since the last quarter Oil Prices have increased substantially from the lows from last quarter so the value of the Mineral rights have been increased. Like wise we have ordered new appraisals on the Farm and the North Turkey Creek Ranch and expect the values to change slightly down for the farm and slightly up for North Turkey Creek Ranch.

## PROPOSED ACTION TO ELIMINATE CLASSIFICATION AND TIME FRAME FOR ACCOMPLISHMENT

(Include specific details regarding corrective actions to be taken by the borrower or the bank, i.e. planned foreclosure, borrower has committed to sell assets, and the date for completion. Also include identified source of repayment and defined repayment program.)

From our attorney: [redacted]

## FINANCIAL SUPPORT (Include brief summary of most current financial information of the borrower and/or guarantors)

## COLLATERAL ANALYSIS

| Describe | Gross Amt. | Disc. Fact. | Disc. Value | Prior Liens | Net Coll. |
|---|---|---|---|---|---|
| **Readily Marketable Collateral - (Include cash or cattle, crop and feed inventory if supported by current inspection)** | | | | | |
| Discounted Equity From Term Loan Sheet | $115,596 | 0% | $115,596 | | $115,596 |
| Breeding Livestock | $120,000 | 20% | $96,000 | | $96,000 |
| 2800 T silage 500 T alfalfa | $133,000 | 20% | $106,400 | | $106,400 |
| Embryo's 150*1200 | | 50% | $0 | | $0 |
| Equity in Mark's Ranch (Guarantee) | $434,017 | 20% | $347,214 | | $347,214 |
| **Total Readily Marketable Collateral** | **$802,613** | | $665,210 | $0 | **$665,210** |
| **Other Collateral - (Include real estate, machinery & equipment, furniture, fixtures, retail & wholesale inventory, etc.)** | | | | | |
| 240 Acre Farm Weld County | $74,000 | 10% | $66,600 | | $66,600 |
| | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |
| | | | | | $0 |
| **Total Other Collateral** | $74,000 | | $66,600 | $0 | $66,600 |
| Total Collateral | $876,613 | | | | $731,810 |
| Total Bank Debt | $816,067 | | | | $816,067 |
| Margin (Net of Prior Liens) | $60,546 | | | | ($84,257) |

## REQUIRED RESERVE

| | Low Exposure | High Exposure |
|---|---|---|
| Reserve Needed Per Collateral Analysis | $0 | $84,257 |
| Adjustment to Reserve +/(-) as warranted | $0 | |
| Total Reserve Required | $0 | $84,257 |

## JUSTIFICATION FOR ADJUSTMENT TO RESERVE (Include complete explanation of the increase or decrease to the Reserve needed per collateral analysis i.e. decreases for government or other outside guarantees that would support the decrease and economic, environmental or other factors that would warrant an increase.)

| | |
|---|---|
| **Specific Allocation / Future Potential Charge Off Determined by Reserve Analysis** | **$57,657** |

| | | | |
|---|---|---|---|
| **Officer** | ss | **Branch** | bport |

**EXHIBIT 4**

FSB 0015254

**IMPAIRMENT CALCULATION**
**CLASSIFIED CREDIT**

| | | | |
|---|---|---|---|
| **BORROWER** | Two Mile Ranch (ETAL) | **REPORT FOR MONTH ENDING:** | 11/30/16 |
| **GUARANTOR** | | | |

**REASON FOR IMPAIRMENT CALCULATION**

Credit reflects high side exposure per collateral analysis. Bank is in process of restructuring credit facilities in an attempt to improve cashflow. Based on the amount of debt it is likely cash flow will remain weak.

**IMPAIRMENT CALCULATION METHOD USED AND WHY**

This calculation utilizes the Fair Value of Collateral method of measuring Impairment. Cash flow from operations is weak, therefore the bank relies heavily on collateral as the ultimate source of repayment for this loan.

**COLLATERAL EVALUATION**

| Item # | Item Description | Valuation Method | Date of Valuation | Value |
|---|---|---|---|---|
| 1 | Discounted Equity From Term Loan Sheet | | 11/30/16 | $115,596 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $115,596 |
| 2 | Breeding Livestock | | 11/30/16 | $96,000 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $96,000 |
| 3 | 2016crops 500 T hay; 2800 tons silage | | 11/30/16 | $133,000 |
| | Less: Estimated Liquidation Costs (Itemize) | | | $0 |
| | Fair value of collateral indicated by evaluation | | | $133,000 |
| 4 | Embryo's 150*1200 | | 11/30/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 5 | Equity in Mark's Ranch (Guarantee) | | 11/30/16 | $347,214 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $347,214 |
| 6 | 240 Acre Farm Weld County | | 11/30/16 | $66,600 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $66,600 |
| 7 | 0 | | 11/30/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 8 | 0 | | 11/30/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 9 | 0 | | 11/30/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 10 | 0 | | 11/30/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |

| | |
|---|---|
| TOTAL FAIR VALUE OF COLLATERAL INDICATED BY EVALUATION | $758,410 |
| TOTAL GROSS BANK DEBT (includes interest) | $816,067 |
| EXCESS / DEFICIT COLLATERAL COVERAGE INDICATED BY IMPAIRMENT ANALYSIS | ($57,657) |
| AMOUNTS GUARANTEED BY GOVERNMENT AGENCY | $0 |
| FAIR VALUE OF COLLATERAL PLEDGED TO GOVERNMENT GUARANTEED LOANS | |
| REDUCTION TO RESERVE REQUIREMENT RESULTING FROM SUPPORT OF GOVERNMENT GUARANTEE | $0 |
| TOTAL RESERVE REQUIRED PER IMPAIRMENT ANALYSIS | **$57,657** |
| AMOUNTS PARTICIPATED TO OTHER FINANCIAL INSTITUTIONS (includes interest) | |

**SPECIFIC ALLOCATION REQUIREMENT**

| Location | % Ownership | Reserve Req. | Bank Name | % Ownership | Reserve Req. |
|---|---|---|---|---|---|
| | 100% | $57,657 | | | $57,657 |

**EXHIBIT 4**

FSB 0015255

# FARMERS STATE BANK
## CLASSIFIED / WATCHLIST LOAN REPORT

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Jonathan M. Pauling | | | Report for Month Ending: | | 12/15/16 |
| Guarantor | Two Mile Ranch | | | Is Loan on Non-Accrual Yes/No | | Yes |
| Amount Charged off to Date | Date | | Amount | $0 | ≥ 30 P/D Yes/No | Yes |
| Future Potential Chargeoff | Date | | Amount | $0 | Part. Sold Yes/No | No |
| Original Classification | Date | | Amount | $0 | Classification | Pass |
| Current Classification | Date | 12/15/16 | Amount | $55,811 | Classification | Substandard |

## CURRENT LOAN INFORMATION

| Loan # | Type Code | Rate | Amt Principal | | Amt Interest | | Amt |
|---|---|---|---|---|---|---|---|
| 2217 | 91 | 16.00 | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| Gross Balance to Borrower | | | $0 | Accrued Int. | $0 | Total Prin. & Int. | $0 |
| Less Participated Amount | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| Net Current Book Balance | | | $0 | Accrued Int. | $0 | Total Prin. & Int. | $0 |
| Less Adjustment for: | | Desc. | Amt | Accrued Int. | Amt | Total Prin. & Int. | Amt |
| US Govt GTE (SBA or FSA) | | % GTE - or - None | | Accrued Int. | | Total Prin. & Int. | $0 |
| Cash, Cattle, Crops & Feed................See Below | | | $0 | Accrued Int. | | Total Prin. & Int. | $0 |
| Net Current Critisized Amount | | | $0 | Accrued Int. | $0 | Total Prin. & Int. | $0 |

## BACKGROUND (Include brief history of borrowers operation and circumstances that led to classification)

Jon has traditionally been a farmer - rancher, and tried to vertically integrate his beef by starting to retail "Natural" food store. Jon had issues with managing the store and had theft and management consumed his time. The store is closed. The South Ranch has been sold to Cervi for $917,000 (1031 Exchange) plus $205,000 for Undivided 15% of 668 acres of minerals. Sold North Ranch to Mark for $1,000,000 less the mineral interests. Mark has shown the farm to various parties. No contract yet, water is being tested for dairy use. Balance of breeding herd being sold through Superior Livestock video. Taking pictures of cattle after Thanksgiving day. Still trying to market minerals, feed and machinery & equipment.

## PRESENT STATUS (Include increases or decreases in outstanding balance, past due and non-performing status and progress or deterioration)

Working with Mark and Jon on Chapter 11 to get rid of Jon's Judgement so the assets can be sold without concern for legal recourse to the buyers.

## PROPOSED ACTION TO ELIMINATE CLASSIFICATION AND TIME FRAME FOR ACCOMPLISHMENT

(Include specific details regarding corrective actions to be taken by the borrower or the bank, i.e. planned foreclosure, borrower has committed to sell assets, and the date for completion. Also include identified source of repayment and defined repayment program.)

From our attorney: [redacted]

## FINANCIAL SUPPORT (Include brief summary of most current financial information of the borrower and/or guarantors)

## COLLATERAL ANALYSIS

| Describe | Gross Amt. | Disc. Fact. | Disc. Value | Prior Liens | Net Coll. |
|---|---|---|---|---|---|
| **Readily Marketable Collateral - (Include cash or cattle, crop and feed inventory if supported by current inspection)** | | | | | |
| | $0 | | $0 | | $0 |
| | | | $0 | | $0 |
| | | | $0 | | $0 |
| | | | $0 | | $0 |
| | | | $0 | | $0 |
| **Total Readily Marketable Collateral** | $0 | | $0 | $0 | $0 |
| **Other Collateral - (Include real estate, machinery & equipment, furniture, fixtures, retail & wholesale inventory, etc.)** | | | | | |
| | | | $0 | | $0 |
| | | | $0 | | $0 |
| | | | $0 | | $0 |
| | | | $0 | | $0 |
| | | | $0 | | $0 |
| **Total Other Collateral** | $0 | | $0 | $0 | $0 |
| Total Collateral | $0 | | | | $0 |
| Total Bank Debt | $0 | | | | $0 |
| Margin (Net of Prior Liens) | $0 | | | | $0 |

## REQUIRED RESERVE

| | Low Exposure | | High Exposure |
|---|---|---|---|
| Reserve Needed Per Collateral Analysis | $0 | | $0 |
| Adjustment to Reserve +/(-) as warranted | $0 | | |
| Total Reserve Required | $0 | | $0 |

## JUSTIFICATION FOR ADJUSTMENT TO RESERVE (Include complete explanation of the increase or decrease to the Reserve needed per collateral analysis i.e. decreases for government or other outside guarantees that would support the decrease and economic, environmental or other factors that would warrant an increase.)

| | | | |
|---|---|---|---|
| **Specific Allocation / Future Potential Charge Off Determined by Reserve Analysis** | | | $0 |
| **Officer** | SES | **Branch** | Bridgeport |

**EXHIBIT 4**

**IMPAIRMENT CALCULATION**
**CLASSIFIED CREDIT**

| | | | |
|---|---|---|---|
| **BORROWER** | Jonathan M. Pauling | **REPORT FOR MONTH ENDING:** | 12/15/16 |
| **GUARANTOR** | Two Mile Ranch | | |

**REASON FOR IMPAIRMENT CALCULATION**

Credit reflects high side exposure per collateral analysis. Bank is in process of restructuring credit facilities in an attempt to improve cashflow. Based on the amount of debt it is likely cash flow will remain weak.

**IMPAIRMENT CALCULATION METHOD USED AND WHY**

This calculation utilizes the Fair Value of Collateral method of measuring Impairment. Cash flow from operations is weak, therefore the bank relies heavily on collateral as the ultimate source of repayment for this loan.

**COLLATERAL EVALUATION**

| Item # | Item Description | Valuation Method | Date of Valuation | Value |
|---|---|---|---|---|
| 1 | 0 | | 12/15/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 2 | House & vehicle | | 12/15/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | House $135,000 transferred to OREO | | | |
| | Vehicle 35,000 | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 3 | 0 | | 12/15/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 4 | 0 | | 12/15/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 5 | 0 | | 12/15/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 6 | 0 | | 12/15/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 7 | 0 | | 12/15/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 8 | 0 | | 12/15/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 9 | 0 | | 12/15/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 10 | 0 | | 12/15/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |

| | |
|---|---|
| TOTAL FAIR VALUE OF COLLATERAL INDICATED BY EVALUATION | $0 |
| TOTAL GROSS BANK DEBT (includes interest) | $0 |
| EXCESS / DEFICIT COLLATERAL COVERAGE INDICATED BY IMPAIRMENT ANALYSIS | $0 |
| AMOUNTS GUARANTEED BY GOVERNMENT AGENCY | $0 |
| FAIR VALUE OF COLLATERAL PLEDGED TO GOVERNMENT GUARANTEED LOANS | |
| REDUCTION TO RESERVE REQUIREMENT RESULTING FROM SUPPORT OF GOVERNMENT GUARANTEE | $0 |
| TOTAL RESERVE REQUIRED PER IMPAIRMENT ANALYSIS | **$0** |
| AMOUNTS PARTICIPATED TO OTHER FINANCIAL INSTITUTIONS (includes interest) | |

**SPECIFIC ALLOCATION REQUIREMENT**

| Location | % Ownership | Reserve Req. | Bank Name | % Ownership | Reserve Req. |
|---|---|---|---|---|---|
| | 100% | $0 | | | |

**EXHIBIT 4**

FSB 0015257

## FARMERS STATE BANK
## CLASSIFIED / WATCHLIST LOAN REPORT

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Jonathan M. Pauling | | | Report for Month Ending: | | 11/30/16 |
| Guarantor | Two Mile Ranch | | | Is Loan on Non-Accrual Yes/No | | Yes |
| Amount Charged off to Date | Date | | Amount | $0 | ≥ 30 P/D Yes/No | Yes |
| Future Potential Chargeoff | Date | | Amount | $23,725 | Part. Sold Yes/No | No |
| Original Classification | Date | | Amount | $0 | Classification | Pass |
| Current Classification | Date | 11/30/16 | Amount | $55,811 | Classification | Substandard |

**CURRENT LOAN INFORMATION**

| Loan # | Type Code | Rate | Amt Principal | | Amt Interest | | Amt |
|---|---|---|---|---|---|---|---|
| 2217 | 91 | 16.00 | 46,150 | Accrued Int. | 11,650 | Total Prin. & Int. | $46,150 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| Gross Balance to Borrower | | | **$46,150** | Accrued Int. | **$11,650** | Total Prin. & Int. | **$57,800** |
| Less Participated Amount | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| Net Current Book Balance | | | **$46,150** | Accrued Int. | **$11,650** | Total Prin. & Int. | **$57,800** |
| Less Adjustment for: | | Desc. | Amt | Accrued Int. | Amt | Total Prin. & Int. | Amt |
| US Govt GTE (SBA or FSA) | | % GTE - or - None | | Accrued Int. | | Total Prin. & Int. | $0 |
| Cash, Cattle, Crops & Feed................See Below | | | $66,725 | Accrued Int. | | Total Prin. & Int. | $66,725 |
| Net Current Critisized Amount | | | **$0** | Accrued Int. | **$11,650** | Total Prin. & Int. | **$11,650** |

**BACKGROUND** (Include brief history of borrowers operation and circumstances that led to classification)

Jon has traditionally been a farmer - rancher, and tried to vertically integrate his beef by starting to retail "Natural" food store. Jon had issues with managing the store and had theft and management consumed his time. The store is closed. The South Ranch has been sold to Cervi for $917,000 (1031 Exchange) plus $205,000 for Undivided 15% of 668 acres of minerals. Sold North Ranch to Mark for $1,000,000 less the mineral interests. Mark has shown the farm to various parties. No contract yet, water is being tested for dairy use. Balance of breeding herd being sold through Superior Livestock video. Taking pictures of cattle after Thanksgiving day. Still trying to market minerals, feed and machinery & equipment.

**PRESENT STATUS** (Include increases or decreases in outstanding balance, past due and non-performing status and progress or deterioration)

Working with Mark and Jon on Chapter 11 to get rid of Jon's Judgement so the assets can be sold without concern for legal recourse to the buyers.

**PROPOSED ACTION TO ELIMINATE CLASSIFICATION AND TIME FRAME FOR ACCOMPLISHMENT**
(Include specific details regarding corrective actions to be taken by the borrower or the bank, i.e. planned foreclosure, borrower has committed to sell assets, and the date for completion. Also include identified source of repayment and defined repayment program.)

From our attorney: [redacted]

**FINANCIAL SUPPORT** (Include brief summary of most current financial information of the borrower and/or guarantors)

**COLLATERAL ANALYSIS**

| Describe | Gross Amt. | Disc. Fact. | Disc. Value | Prior Liens | Net Coll. |
|---|---|---|---|---|---|
| **Readily Marketable Collateral - (Include cash or cattle, crop and feed inventory if supported by current inspection)** | | | | | |
| 2014 GMC Denali Pickup Crew Cab | $0 | #DIV/0! | $0 | | $0 |
| | $160,000 | 20% | $128,000 | $93,275 | $34,725 |
| | | | $0 | | $0 |
| | | | $0 | | $0 |
| | | | $0 | | $0 |
| **Total Readily Marketable Collateral** | **$160,000** | | $128,000 | $93,275 | **$34,725** |
| **Other Collateral - (Include real estate, machinery & equipment, furniture, fixtures, retail & wholesale inventory, etc.)** | | | | | |
| | | | $0 | | $0 |
| | | | $0 | | $0 |
| | | | $0 | | $0 |
| | | | $0 | | $0 |
| | | | $0 | | $0 |
| **Total Other Collateral** | $0 | | $0 | $0 | $0 |
| Total Collateral | $160,000 | | | | $34,725 |
| Total Bank Debt | $57,800 | | | | $57,800 |
| Margin (Net of Prior Liens) | $8,925 | | | | ($23,075) |

| REQUIRED RESERVE | Low Exposure | High Exposure |
|---|---|---|
| Reserve Needed Per Collateral Analysis | $0 | $23,075 |
| Adjustment to Reserve +/(-) as warranted | $0 | $650 |
| Total Reserve Required | $0 | $23,725 |

**JUSTIFICATION FOR ADJUSTMENT TO RESERVE** (Include complete explanation of the increase or decrease to the Reserve needed per collateral analysis i.e. decreases for government or other outside guarantees that would support the decrease and economic, environmental or other factors that would warrant an increase.)

| | | | |
|---|---|---|---|
| **Specific Allocation / Future Potential Charge Off Determined by Reserve Analysis** | | | **$23,725** |
| **Officer** | SES | **Branch** | Bridgeport |

**EXHIBIT 4**

## IMPAIRMENT CALCULATION
## CLASSIFIED CREDIT

| | | | |
|---|---|---|---|
| BORROWER | Jonathan M. Pauling | REPORT FOR MONTH ENDING: | 11/30/16 |
| GUARANTOR | Two Mile Ranch | | |

### REASON FOR IMPAIRMENT CALCULATION

Credit reflects high side exposure per collateral analysis. Bank is in process of restructuring credit facilities in an attempt to improve cashflow. Based on the amount of debt it is likely cash flow will remain weak.

### IMPAIRMENT CALCULATION METHOD USED AND WHY

This calculation utilizes the Fair Value of Collateral method of measuring Impairment. Cash flow from operations is weak, therefore the bank relies heavily on collateral as the ultimate source of repayment for this loan.

### COLLATERAL EVALUATION

| Item # | Item Description | Valuation Method | Date of Valuation | Value |
|---|---|---|---|---|
| 1 | 2014 GMC Denali Pickup Crew Cab | | 11/30/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | $650 |
| | Fair value of collateral indicated by evaluation | | | ($650) |
| 2 | 0 | | 11/30/16 | $34,725 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $34,725 |
| 3 | 0 | | 11/30/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 4 | 0 | | 11/30/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 5 | 0 | | 11/30/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 6 | 0 | | 11/30/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 7 | 0 | | 11/30/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 8 | 0 | | 11/30/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 9 | 0 | | 11/30/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 10 | 0 | | 11/30/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |

| | |
|---|---|
| TOTAL FAIR VALUE OF COLLATERAL INDICATED BY EVALUATION | $34,075 |
| TOTAL GROSS BANK DEBT (includes interest) | $57,800 |
| EXCESS / DEFICIT COLLATERAL COVERAGE INDICATED BY IMPAIRMENT ANALYSIS | ($23,725) |
| AMOUNTS GUARANTEED BY GOVERNMENT AGENCY | $0 |
| FAIR VALUE OF COLLATERAL PLEDGED TO GOVERNMENT GUARANTEED LOANS | |
| REDUCTION TO RESERVE REQUIREMENT RESULTING FROM SUPPORT OF GOVERNMENT GUARANTEE | $0 |
| **TOTAL RESERVE REQUIRED PER IMPAIRMENT ANALYSIS** | **$23,725** |
| AMOUNTS PARTICIPATED TO OTHER FINANCIAL INSTITUTIONS (includes interest) | |

### SPECIFIC ALLOCATION REQUIREMENT

| Location | % Ownership | Reserve Req. | Bank Name | % Ownership | Reserve Req. |
|---|---|---|---|---|---|
| | 100% | $23,725 | | | |

**EXHIBIT 4**

FSB 0015259

# FARMERS STATE BANK- Spencer
## CLASSIFIED / WATCHLIST LOAN REPORT

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Mark Pauling | | | Report for Month Ending: | | 08/31/16 |
| Guarantor | Two Mile Ranch | | | Is Loan on Non-Accrual Yes/No | | Yes |
| Amount Charged off to Date | Date | | Amount | $0 | ≥ 30 P/D Yes/No | Yes |
| Future Potential Chargeoff | Date | | Amount | $0 | Part. Sold Yes/No | Yes |
| Original Classification | Date | | Amount | $0 | Classification | Pass |
| Current Classification | Date | 08/31/16 | Amount | $0 | Classification | Pass |

## CURRENT LOAN INFORMATION

| Loan # | Type Code | Rate | Amt Principal | | Amt Interest | | Amt |
|---|---|---|---|---|---|---|---|
| 2346 | 12 | 6.00 | 730,000 | Accrued Int. | 43,785 | Total Prin. & Int. | $773,785 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| Gross Balance to Borrower | | | **$730,000** | Accrued Int. | **$43,785** | Total Prin. & Int. | **$773,785** |
| Less Originator Balance | | | $5,000 | Accrued Int. | $3,925 | Total Prin. & Int. | $8,925 |
| Net Current Book Balance | | | **$725,000** | Accrued Int. | **$39,860** | Total Prin. & Int. | **$764,860** |
| Less Adjustment for: | | Desc. | Amt | Accrued Int. | Amt | Total Prin. & Int. | Amt |
| US Govt GTE (SBA or FSA) | | % GTE - or - None | | Accrued Int. | | Total Prin. & Int. | $0 |
| Cash, Cattle, Crops & Feed................See Below | | | $110,625 | Accrued Int. | | Total Prin. & Int. | $110,625 |
| Net Current Critisized Amount | | | **$615,133** | Accrued Int. | **$39,860** | Total Prin. & Int. | **$654,993** |

**BACKGROUND** (Include brief history of borrowers operation and circumstances that led to classification)

Mark has traditionally been a farmer - rancher, He and Jon tried to vertically integrate his beef by starting to retail "Natural" food store. Jon had issues with managing the store and had theft and management consumed his time. The store is closed. The South Ranch has been sold to Cervi for $917,000 (1031 Exchange) plus $205,000 for Undivided 15% of 668 acres of minerals. Sold North Ranch to Mark for $1,000,000 less the mineral interests. Mark has shown the farm to various parties. No contract yet, water is being tested for dairy use. Balance of breeding herd being sold through Superior Livestock video. Taking pictures of cattle after Thanksgiving day. Still trying to market minerals, feed and machinery & equipment.

**PRESENT STATUS** (Include increases or decreases in outstanding balance, past due and non-performing status and progress or deterioration)

Working with Mark and Jon on the Two Mile Ranch Chapter 11. Mark's Payment is tied up in monies owed him and the plan should be approved shortly. In addition Mark does have calves to sell to make his payments.

**PROPOSED ACTION TO ELIMINATE CLASSIFICATION AND TIME FRAME FOR ACCOMPLISHMENT**

(Include specific details regarding corrective actions to be taken by the borrower or the bank, i.e. planned foreclosure, borrower has committed to sell assets, and the date for completion. Also include identified source of repayment and defined repayment program.)

From our attorney: [redacted]

**FINANCIAL SUPPORT** (Include brief summary of most current financial information of the borrower and/or guarantors)

## COLLATERAL ANALYSIS

| Describe | Gross Amt. | Disc. Fact. | Disc. Value | Prior Liens | Net Coll. |
|---|---|---|---|---|---|
| **Readily Marketable Collateral - (Include cash or cattle, crop and feed inventory if supported by current inspection)** | | | | | |
| 49 Bred Cows | $73,500 | 25% | $55,125 | | $55,125 |
| 45 Calves | $37,125 | 25% | $27,844 | $0 | $27,844 |
| | | | $0 | | $0 |
| | | | $0 | | $0 |
| | | | $0 | | $0 |
| **Total Readily Marketable Collateral** | **$110,625** | | $82,969 | $0 | **$82,969** |
| **Other Collateral - (Include real estate, machinery & equipment, furniture, fixtures, retail & wholesale inventory, etc.)** | | | | | |
| Mark's Ranch | $1,100,000 | 20% | $880,000 | | $880,000 |
| | | | $0 | | $0 |
| | | | $0 | | $0 |
| | | | $0 | | $0 |
| | | | $0 | | $0 |
| **Total Other Collateral** | $1,100,000 | | $880,000 | $0 | $880,000 |
| Total Collateral | $1,210,625 | | | | $962,969 |
| Total Bank Debt | $773,785 | | | | $773,785 |
| Margin (Net of Prior Liens) | $436,840 | | | | $189,184 |

| REQUIRED RESERVE | Low Exposure | High Exposure |
|---|---|---|
| Reserve Needed Per Collateral Analysis | $0 | $0 |
| Adjustment to Reserve +/(-) as warranted | $0 | $0 |
| Total Reserve Required | $0 | $0 |

**JUSTIFICATION FOR ADJUSTMENT TO RESERVE** (Include complete explanation of the increase or decrease to the Reserve needed per collateral analysis i.e. decreases for government or other outside guarantees that would support the decrease and economic, environmental or other factors that would warrant an increase.)

| | | | |
|---|---|---|---|
| **Specific Allocation / Future Potential Charge Off Determined by Reserve Analysis** | | | **$0** |
| **Officer** | SES | **Branch** | Bridgeport |

**EXHIBIT 4**

FSB 0015260

**IMPAIRMENT CALCULATION**
**CLASSIFIED CREDIT**

| | | | |
|---|---|---|---|
| **BORROWER** | Mark Pauling | **REPORT FOR MONTH ENDING:** | 08/31/16 |
| **GUARANTOR** | Two Mile Ranch | | |

**REASON FOR IMPAIRMENT CALCULATION**

Credit reflects high side exposure per collateral analysis. Bank is in process of restructuring credit facilities in an attempt to improve cashflow. Based on the amount of debt it is likely cash flow will remain weak.

**IMPAIRMENT CALCULATION METHOD USED AND WHY**

This calculation utilizes the Fair Value of Collateral method of measuring Impairment. Cash flow from operations is weak, therefore the bank relies heavily on collateral as the ultimate source of repayment for this loan.

**COLLATERAL EVALUATION**

| Item # | Item Description | Valuation Method | Date of Valuation | Value |
|---|---|---|---|---|
| 1 | 49 Bred Cows | | 08/31/16 | $55,125 |
| | Less: Estimated Liquidation Costs (Itemize) | | | $650 |
| | Fair value of collateral indicated by evaluation | | | $54,475 |
| 2 | 45 Calves | | 08/31/16 | $27,844 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $27,844 |
| 3 | 0 | | 08/31/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 4 | 0 | | 08/31/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 5 | 0 | | 08/31/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 6 | Mark's Ranch | | 08/31/16 | $880,000 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $880,000 |
| 7 | 0 | | 08/31/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 8 | 0 | | 08/31/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 9 | 0 | | 08/31/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 10 | 0 | | 08/31/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |

| | |
|---|---|
| TOTAL FAIR VALUE OF COLLATERAL INDICATED BY EVALUATION | $962,319 |
| TOTAL GROSS BANK DEBT (includes interest) | $773,785 |
| EXCESS / DEFICIT COLLATERAL COVERAGE INDICATED BY IMPAIRMENT ANALYSIS | $188,534 |
| AMOUNTS GUARANTEED BY GOVERNMENT AGENCY | $0 |
| FAIR VALUE OF COLLATERAL PLEDGED TO GOVERNMENT GUARANTEED LOANS | |
| REDUCTION TO RESERVE REQUIREMENT RESULTING FROM SUPPORT OF GOVERNMENT GUARANTEE | $0 |
| TOTAL RESERVE REQUIRED PER IMPAIRMENT ANALYSIS | **$0** |
| AMOUNTS PARTICIPATED TO OTHER FINANCIAL INSTITUTIONS (includes interest) | |

**SPECIFIC ALLOCATION REQUIREMENT**

| Location | % Ownership | Reserve Req. | Bank Name | % Ownership | Reserve Req. |
|---|---|---|---|---|---|
| | 100% | $0 | | | |

**EXHIBIT 4**

FSB 0015261

## FARMERS STATE BANK- Dodge
## CLASSIFIED / WATCHLIST LOAN REPORT

| | | | |
|---|---|---|---|
| Borrower | Mark Pauling | Report for Month Ending: | 08/31/16 |
| Guarantor | Two Mile Ranch | Is Loan on Non-Accrual Yes/No | Yes |

| | | | | | | |
|---|---|---|---|---|---|---|
| Amount Charged off to Date | Date | | Amount | $0 | ≥ 30 P/D Yes/No | Yes |
| Future Potential Chargeoff | Date | | Amount | $0 | Part. Sold Yes/No | Yes |
| Original Classification | Date | | Amount | $0 | Classification | Pass |
| Current Classification | Date | 08/31/16 | Amount | $0 | Classification | Pass |

### CURRENT LOAN INFORMATION

| Loan # | Type Code | Rate | Amt Principal | | Amt Interest | | Amt |
|---|---|---|---|---|---|---|---|
| **2346** | 12 | 6.00 | 730,000 | Accrued Int. | 43,785 | Total Prin. & Int. | $773,785 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| | | | | Accrued Int. | | Total Prin. & Int. | $0 |
| Gross Balance to Borrower | | | **$730,000** | Accrued Int. | **$43,785** | Total Prin. & Int. | **$773,785** |
| Less Participated Amount | | | $725,000 | Accrued Int. | $39,860 | Total Prin. & Int. | $764,860 |
| Net Current Book Balance | | | **$5,000** | Accrued Int. | **$3,925** | Total Prin. & Int. | **$8,925** |
| Less Adjustment for: | | Desc. | Amt | Accrued Int. | Amt | Total Prin. & Int. | Amt |
| US Govt GTE (SBA or FSA) | % GTE - or - None | | | Accrued Int. | | Total Prin. & Int. | $0 |
| Cash, Cattle, Crops & Feed................See Below | | | $110,625 | Accrued Int. | | Total Prin. & Int. | $110,625 |
| Net Current Critisized Amount | | | **$4,242** | Accrued Int. | **$3,925** | Total Prin. & Int. | **$8,167** |

**BACKGROUND** (Include brief history of borrowers operation and circumstances that led to classification)

Mark has traditionally been a farmer - rancher, He and Jon tried to vertically integrate his beef by starting to retail "Natural" food store. Jon had issues with managing the store and had theft and management consumed his time. The store is closed. The South Ranch has been sold to Cervi for $917,000 (1031 Exchange) plus $205,000 for Undivided 15% of 668 acres of minerals. Sold North Ranch to Mark for $1,000,000 less the mineral interests. Mark has shown the farm to various parties. No contract yet, water is being tested for dairy use. Balance of breeding herd being sold through Superior Livestock video. Taking pictures of cattle after Thanksgiving day. Still trying to market minerals, feed and machinery & equipment.

**PRESENT STATUS** (Include increases or decreases in outstanding balance, past due and non-performing status and progress or deterioration)

Working with Mark and Jon on the Two Mile Ranch Chapter 11. Mark's Payment is tied up in monies owed him and the plan should be approved shortly. In addition Mark does have calves to sell to make his payments.

**PROPOSED ACTION TO ELIMINATE CLASSIFICATION AND TIME FRAME FOR ACCOMPLISHMENT**
(Include specific details regarding corrective actions to be taken by the borrower or the bank, i.e. planned foreclosure, borrower has committed to sell assets, and the date for completion. Also include identified source of repayment and defined repayment program.)

From our attorney: [redacted]

**FINANCIAL SUPPORT** (Include brief summary of most current financial information of the borrower and/or guarantors)

### COLLATERAL ANALYSIS

| Describe | Gross Amt. | Disc. Fact. | Disc. Value | Prior Liens | Net Coll. |
|---|---|---|---|---|---|
| **Readily Marketable Collateral - (Include cash or cattle, crop and feed inventory if supported by current inspection)** | | | | | |
| 49 Bred Cows | $73,500 | 25% | $55,125 | | $55,125 |
| 45 Calves | $37,125 | 25% | $27,844 | $0 | $27,844 |
| | | | $0 | | $0 |
| | | | $0 | | $0 |
| | | | $0 | | $0 |
| **Total Readily Marketable Collateral** | **$110,625** | | $82,969 | $0 | **$82,969** |
| **Other Collateral - (Include real estate, machinery & equipment, furniture, fixtures, retail & wholesale inventory, etc.)** | | | | | |
| Mark's Ranch | $1,100,000 | 20% | $880,000 | | $880,000 |
| | | | $0 | | $0 |
| | | | $0 | | $0 |
| | | | $0 | | $0 |
| | | | $0 | | $0 |
| **Total Other Collateral** | $1,100,000 | | $880,000 | $0 | $880,000 |
| Total Collateral | $1,210,625 | | | | $962,969 |
| Total Bank Debt | $773,785 | | | | $773,785 |
| Margin (Net of Prior Liens) | $436,840 | | | | $189,184 |

| REQUIRED RESERVE | Low Exposure | High Exposure |
|---|---|---|
| Reserve Needed Per Collateral Analysis | $0 | $0 |
| Adjustment to Reserve +/(-) as warranted | $0 | $0 |
| Total Reserve Required | $0 | $0 |

**JUSTIFICATION FOR ADJUSTMENT TO RESERVE** (Include complete explanation of the increase or decrease to the Reserve needed per collateral analysis i.e. decreases for government or other outside guarantees that would support the decrease and economic, environmental or other factors that would warrant an increase.)

| | | | |
|---|---|---|---|
| **Specific Allocation / Future Potential Charge Off Determined by Reserve Analysis** | | | **$0** |
| **Officer** | SES | **Branch** | Bridgeport |

**EXHIBIT 4**

# IMPAIRMENT CALCULATION
## CLASSIFIED CREDIT

| | | | |
|---|---|---|---|
| **BORROWER** | Mark Pauling | **REPORT FOR MONTH ENDING:** | 08/31/16 |
| **GUARANTOR** | Two Mile Ranch | | |

**REASON FOR IMPAIRMENT CALCULATION**

Credit reflects high side exposure per collateral analysis. Bank is in process of restructuring credit facilities in an attempt to improve cashflow. Based on the amount of debt it is likely cash flow will remain weak.

**IMPAIRMENT CALCULATION METHOD USED AND WHY**

This calculation utilizes the Fair Value of Collateral method of measuring Impairment. Cash flow from operations is weak, therefore the bank relies heavily on collateral as the ultimate source of repayment for this loan.

**COLLATERAL EVALUATION**

| Item # | Item Description | Valuation Method | Date of Valuation | Value |
|---|---|---|---|---|
| 1 | 49 Bred Cows | | 08/31/16 | $55,125 |
| | Less: Estimated Liquidation Costs (Itemize) | | | $650 |
| | Fair value of collateral indicated by evaluation | | | $54,475 |
| 2 | 45 Calves | | 08/31/16 | $27,844 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $27,844 |
| 3 | 0 | | 08/31/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 4 | 0 | | 08/31/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 5 | 0 | | 08/31/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 6 | Mark's Ranch | | 08/31/16 | $880,000 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $880,000 |
| 7 | 0 | | 08/31/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 8 | 0 | | 08/31/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 9 | 0 | | 08/31/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |
| 10 | 0 | | 08/31/16 | $0 |
| | Less: Estimated Liquidation Costs (Itemize) | | | |
| | Fair value of collateral indicated by evaluation | | | $0 |

| | |
|---|---|
| **TOTAL FAIR VALUE OF COLLATERAL INDICATED BY EVALUATION** | $962,319 |
| **TOTAL GROSS BANK DEBT (includes interest)** | $773,785 |
| **EXCESS / DEFICIT COLLATERAL COVERAGE INDICATED BY IMPAIRMENT ANALYSIS** | $188,534 |
| **AMOUNTS GUARANTEED BY GOVERNMENT AGENCY** | $0 |
| **FAIR VALUE OF COLLATERAL PLEDGED TO GOVERNMENT GUARANTEED LOANS** | |
| **REDUCTION TO RESERVE REQUIREMENT RESULTING FROM SUPPORT OF GOVERNMENT GUARANTEE** | $0 |
| **TOTAL RESERVE REQUIRED PER IMPAIRMENT ANALYSIS** | **$0** |
| **AMOUNTS PARTICIPATED TO OTHER FINANCIAL INSTITUTIONS (includes interest)** | |

**SPECIFIC ALLOCATION REQUIREMENT**

| Location | % Ownership | Reserve Req. | Bank Name | % Ownership | Reserve Req. |
|---|---|---|---|---|---|
| | 100% | $0 | | | |

**EXHIBIT 4**

FSB 0015263