**From:** Richard Stull <rstull@fsb-ne.com>
**Sent:** Mon, 06 Mar 2017 21:06:42 +0000
**To:** Angela Harris <aharris@fsb-ne.com>, Gus Bentz <gbentz@fsbspencer.com>
**Subject:** RE: minutes
**Attachments:**
· Loan Meeting 3-02-17.docx *(36 kb)*

I changed the minutes and I am attaching with changes.



Richard A Stull

Executive Vice President

P O Box 220

Bridgeport, NE  69336

308-262-1500

308-279-0153  (cell)

---

**From:** Angela Harris
**Sent:** Monday, March 06, 2017 11:56 AM
**To:** Richard Stull; Gus Bentz
**Subject:** minutes

Hello if you get a chance would you please review the Loan Committee Minutes for 3/2/2017. Thank you, I appreciate it.

Have a great day, Angela

**Angela Harris** | Administrative Assistant | Farmers State Bank

Office: 308.432.2500 Mobile: 308.430.3719

205 W 3rd Street/ P O Box 252 Chadron, NE 69337

aharris@fsb-ne.com

**EXHIBIT 5**
FSB 0015622

**EXHIBIT 5**
FSB 0015623

**Farmers State Bank-Spencer**
**Loan Meeting 3-02-2017**

Present – Steve Stull, Dick Stull, Jarrod Hamik, Kevin Kudera,
Chris Gray, Dustin Chester, Jim Nelson, Gus Bentz, Mike Stull
Absent – None
Guests- Kelly Roach, Clayton Riesen, Pam Strotheide, LeAnn Placek,
Becky Stecher, Paula Ruskamp, and Angela Harris



Two Mile Ranch is 73 days past due, Two Mile Ranch filed a Chapter 11 Bankruptcy for re-organization which is the sale of assets. Looking at proposal to sell everything to get the bank paid , Jon Pauling  sent FSB proposed contracts that indicate Lardyn LLC would acquire the Logan County farm/feedlot, Weld County mineral rights and all of the machinery &  equipment plus feed from Two Mile Ranch subject to TMR dismissal from Bankruptcy and Lardyn is successful in acquiring a loan. Lardyn LLC has applied for a loan Firstier Bank and indications are that they will let them know by Tuesday or Wednesday of next week.



EXHIBIT 5
FSB 0015624



**EXHIBIT 5**

FSB 0015625