From: "Stull, Richard" <rstull@fsb-ne.com>
Sent: Fri, 03 Jun 2016 13:49:44 +0000
To: "Stull, Steve" <sstull@fsb-ne.com>, "Stull, Mike" <mstull@fsb-ne.com>, "Gray, Chris" <cgray@fsb-ne.com>
Subject: RE: Land Title OE(VACANT)(custname STULL)(our 663206)

**Attorney Client Privileged Information**

Now they just need the "investor" deal to get brought into the deal.

My opinion is that the "investor" is the group that has formed an LLC and the true identity of those individuals will not be disclosed, which is okay with me as long as we move forward.



Richard A Stull

Executive Vice President

P O Box 220

Bridgeport, NE  69336

308-262-1500

308-279-0153  (cell)

---

From: Stull, Steve
Sent: Thursday, June 02, 2016 7:02 PM
To: Stull, Mike; Stull, Richard; Gray, Chris
Subject: Fwd: Land Title OE(VACANT)(custname STULL)(our 663206)

Steve Stull

Sent from my iPhone

Begin forwarded message:

From: "Richard P. Garden Jr." <RGarden@CLINEWILLIAMS.COM>
Date: June 2, 2016 at 4:00:40 PM MDT

From: "Stull, Richard" <rstull@fsb-ne.com>
Sent: Fri, 03 Jun 2016 18:15:05 +0000
To: "Stull, Steve" <sstull@fsb-ne.com>
Subject: RE: Two Mile Ranch Update

I think this communication to them is prudent



Richard A Stull

Executive Vice President

P O Box 220

Bridgeport, NE  69336

308-262-1500

308-279-0153  (cell)

From: Stull, Steve
Sent: Friday, June 03, 2016 1:11 PM
To: JB Suddarth <jbsuddarth@hendersonstatebank.net> (jbsuddarth@hendersonstatebank.net); Don Moore (don@firstcentral.com)
Cc: Stull, Richard; Stull, Mike; Gray, Chris
Subject: Two Mile Ranch Update

JB and Don:

Just an update on the status of Two Mile Ranch.

We asked our attorney to verify that the Chapter 11 restructure is in process,  it was our thought that if we could verify that things are moving forward that we would do a 30 day extension on the Real Estate Loan, which would keep the loan from being 30 days past due for 6-30-2016 call.  Please let me know if you agree to this.  I am including the attorneys communication with us in regards to his communication with Two Mile Ranch's Bankruptcy attorney.  The only other issue I want to bring to your attention, from our conversations with Mark Pauling, it is our belief that the "Investor Group" and Mark have discussed the details but have not "finalized" the agreement because (The Investor Group) does not want to be known until the bankruptcy attorney

**From:** "Stull, Steve" <sstull@fsb-ne.com>
**Sent:** Fri, 03 Jun 2016 20:21:57 +0000
**To:** "Stull, Richard" <rstull@fsb-ne.com>, "Stull, Mike" <mstull@fsb-ne.com>, "Gray, Chris" <cgray@fsb-ne.com>
**Subject:** Fwd: Two Mile Ranch Update

Steve Stull

Sent from my iPhone

Begin forwarded message:

> **From:** JB Suddarth <jbsuddarth@hendersonstatebank.net>
> **Date:** June 3, 2016 at 1:04:59 PM MDT
> **To:** "Stull, Steve" <sstull@fsb-ne.com>
> **Subject: Re: Two Mile Ranch Update**
>
> Steve,
>
> I listened to your voicemail earlier this afternoon as well as read through this email. For the reasons suggested, HSB would be in agreement to extend the maturity of the RE loan.
>
> J.B.
>
> On Fri, Jun 3, 2016 at 1:10 PM, Stull, Steve <sstull@fsb-ne.com> wrote:
>
>> JB and Don:
>>
>> Just an update on the status of Two Mile Ranch.
>>
>> We asked our attorney to verify that the Chapter 11 restructure is in process, it was our thought that if we could verify that things are moving forward that we would do a 30 day extension on the Real Estate Loan, which would keep the loan from being 30 days past due for 6-30-2016 call. Please let me know if you agree to this. I am including the attorneys communication with us in regards to his communication with Two Mile Ranch's Bankruptcy attorney. ==The only other issue I want to bring to your attention, from our conversations with Mark Pauling, it is our belief that the "Investor Group" and Mark have discussed the details but have not "finalized" the agreement because (The Investor Group) does not want to be known until the bankruptcy attorney sees the plan and gives it a preliminary OK.==