**From:** Chris Gray <cgray@fsb-ne.com>
**Sent:** Wed, 26 Jul 2017 19:46:22 +0000
**To:** Kelly Roach <kroach@fsb-ne.com>
**Subject:** RE: seriously

TMR to York.

---

**From:** Kelly Roach
**Sent:** Wednesday, July 26, 2017 2:42 PM
**To:** Chris Gray <cgray@fsb-ne.com>
**Subject:** RE: seriously

Idk.  I have yet to "meet" any of them but Jon and Mark.  They keep coming out of the woodwork.  If there are so many of them w so much money just let them buy you out.  PLEASE.

We NEVER get rid of customers.  They just go from one to another. , TMR to Lardyn, Lardyn to Pauling Hauling.

I'm trusting as much as I can but this is getting real old on my end. Lien releases, application for titles, lien releases, application for titles…. They make the tension high then everyone is grouchy and really all I want to do is get Mike's peeps off the past due list and that's going nowhere.

---

**From:** Chris Gray
**Sent:** Wednesday, July 26, 2017 2:37 PM
**To:** Kelly Roach <kroach@fsb-ne.com>
**Subject:** RE: seriously

First – how many Paulings are there?

I was a little shocked too that when they said we were getting paid off from Paul that we were the ones doing the financing.

I hope we are upgrading, but it just seems like we are rewriting all the same loans into different names all still controlled by Jon.

**EXHIBIT 7**
FSB 0016487

Are we charging a high rate to get them out of the bank?  Did this go to loan committee or is it being stacked?

Hang in there. Gotta trust Stephen on this one.

CG

---

**From:** Kelly Roach
**Sent:** Wednesday, July 26, 2017 2:32 PM
**To:** Chris Gray <cgray@fsb-ne.com>
**Subject:** seriously

How many times am I going to rewrite loans pledging vehicles from Jon Pauling, TMR, Lardyn and now Pauling Hauling?  They say this is to get to the ultimate goal of them out of the bank.  I hope they're right.  Sorry, venting a little.

**Kelly Roach**

**Loan Officer**

**NMLS #1419804**

823 Main Street

PO Box 220

Bridgeport, NE 69336

Phone (308) 262-1500

Fax (308) 262-1502

Cell (308) 279-2208



**EXHIBIT 7**
FSB 0016488

**EXHIBIT 7**
FSB 0016489