**From:** Kelly Roach <kroach@fsb-ne.com>
**Sent:** Tue, 04 Jun 2019 21:28:28 +0000
**To:** Jarrod Hamik <jhamik@fsb-ne.com>
**Subject:** RE: FW: Lardyn Titles

What am I saying…. Sometimes I am the damn puppet!

**From:** Jarrod Hamik
**Sent:** Tuesday, June 4, 2019 4:28 PM
**To:** Kelly Roach <kroach@fsb-ne.com>
**Subject:** RE: FW: Lardyn Titles

110%!

**Jarrod P. Hamik**

**Vice President**

**Farmers State Bank**

605 N. Main Street

PO BOX 909

Atkinson, NE 68713

402-925-2100

**NMLS ID# 1026773**



**From:** Kelly Roach
**Sent:** Tuesday, June 4, 2019 4:27 PM
**To:** Jarrod Hamik <jhamik@fsb-ne.com>
**Subject:** RE: FW: Lardyn Titles

Yep.  Seriously she is Jon's puppet.

**EXHIBIT 8**
FSB 0019761

**From:** Jarrod Hamik
**Sent:** Tuesday, June 4, 2019 4:26 PM
**To:** Kelly Roach <kroach@fsb-ne.com>
**Subject:** RE: FW: Lardyn Titles

GOOOOOOOOOD LLLOOOORRRRDDDDD!!!!!!!!!

**Jarrod P. Hamik**

**Vice President**

**Farmers State Bank**

605 N. Main Street

PO BOX 909

Atkinson, NE 68713

402-925-2100

**NMLS ID# 1026773**



**From:** Kelly Roach
**Sent:** Tuesday, June 4, 2019 4:25 PM
**To:** Jarrod Hamik <jhamik@fsb-ne.com>
**Subject:** FW: FW: Lardyn Titles

This is the kind of crap I deal with…. See below.

**From:** elyce York [mailto:elyceyork@gmail.com]
**Sent:** Tuesday, June 4, 2019 4:17 PM
**To:** Kelly Roach <kroach@fsb-ne.com>
**Subject:** Re: FW: Lardyn Titles

What do you mean get a duplicate title. I don't understand what you mean.

**EXHIBIT 8**
FSB 0019762

On Tue, Jun 4, 2019 at 7:37 AM Kelly Roach <kroach@fsb-ne.com> wrote:

> Please get a duplicate title for the one no one can find and it needs to be in Lardyn's name. Thanks!
>
> **From:** elyce York [mailto:elyceyork@gmail.com]
> **Sent:** Tuesday, June 4, 2019 7:55 AM
> **To:** Kelly Roach <kroach@fsb-ne.com>
> **Subject:** Re: FW: Lardyn Titles
>
> Kelly,
>
> The 1995 Ford Truck and the 2002 Hitchcock Silage trailer were both sold through Miller Auction in Brush at auction. I don't remember if it was in the fall of 2017 or spring of 2018.
>
> The 2007 Peterbilt title was just found and it is still in Two Mile Ranch's name. Mark is going to Greeley to get it transferred, hopefully tomorrow. The other title no one can find. It was never transferred to Lardyn in our records. Truck is sitting at the farm, so I know it hasn't ever been sold, but nobody can find title.
>
> Let me know if you have any other questions.
>
> Thanks,
>
> Elyce York
>
> On Mon, Jun 3, 2019 at 4:24 PM Kelly Roach <kroach@fsb-ne.com> wrote:
>
>> **From:** Jarrod Hamik
>> **Sent:** Monday, June 3, 2019 5:22 PM
>> **To:** Steve Stull <sstull@fsb-ne.com>; Kelly Roach <kroach@fsb-ne.com>; Richard Stull <rstull@fsb-ne.com>
>> **Subject:** Lardyn Titles

**EXHIBIT 8**
FSB 0019763

Hi Guys – Please see the attached.  The vehicles highlighted are the titles we are still missing.

Thanks,

**Jarrod P. Hamik**

**Vice President**

**Farmers State Bank**

605 N. Main Street

PO BOX 909

Atkinson, NE 68713

402-925-2100

**NMLS ID# 1026773**



EXHIBIT 8
FSB 0019764