+IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01224-RBJ-STV

**AMANDA WILSON**, a Michigan citizen,

Plaintiff,

v.

**JONATHAN PAULING**, an individual Colorado citizen, **MARK PAULING**, an individual Colorado citizen, **TWO MILE RANCH a/k/a TWO MILE RANCH GENERAL PARTNERSHIP**, a Colorado General Partnership, **ELYCE YORK**, an individual Nebraska or Colorado citizen, **LARDYN CONSULTING LLC**, a Nebraska Limited Liability Company, and **FARMERS STATE BANK**, a Nebraska Corporation.

Defendants.
_____

**PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS
TO FARMERS STATE BANK**
_____

Plaintiff Amanda Wilson, by and through her attorneys, Aaron D. Goldhamer and Ross W. Pulkrabek of Keating Wagner Polidori Free, P.C., and pursuant to F.R.C.P. 33 and 34, makes the following discovery requests of Farmers State Bank ("FSB"):

**REQUESTS FOR PRODUCTION OF DOCUMENTS**

Produce the following documents and things within your possession, custody, or control for inspection or copying:

1.      Any document related to any loan for which Two Mile Ranch General Partnership, John Pauling, Mark Pauling, or any entity owned in part or whole by Two Mile Ranch, Jonathan Pauling, or Mark Pauling, applied. This includes without limitation any and all written requests or applications for loans, notes of any oral requests or applications for loans, documents submitted with or in support of requests or applications for loans, emails or other written communications that relate to requests or applications for loans, documents reflecting any individual banker's or

any committee's consideration of requests or applications for loans, the complete history of all draws or payments on each loan, and any written communications regarding the loan.

2. Any document related to the transfer of any money, personal or real property, or mineral interests between Two Mile Ranch, a/k/a Two Mile Ranch General Partnership and any one or more individuals or entities.

3. Any document related to any loan for which Elyce York applied. This includes without limitation any and all written requests or applications for loans, notes of any oral requests or applications for loans, documents submitted with or in support of requests or applications for loans, emails or other written communications that relate to requests or applications for loans, documents reflecting any individual banker's or any committee's consideration of requests or applications for loans, the complete history of all draws or payments on each loan, and any written communications regarding the loan.

4. Any document related to any loan for which Lardyn Consulting LLC applied. This includes without limitation any and all written requests or applications for loans, notes of any oral requests or applications for loans, documents submitted with or in support of requests or applications for loans, emails or other written communications that relate to requests or applications for loans, documents reflecting any individual banker's or any committee's consideration of requests or applications for loans, the complete history of all draws or payments on each loan, and any written communications regarding the loan. Please note that this request specifically includes, without limitation, written communications or documents sent to or received from the SBA pertaining to the SBA loan(s) involving Lardyn Consulting LLC. This request also specifically includes, without limitation, documents referenced in the document produced by

Farmers State Bank Bates labeled FSB000639, including "LPM," "Collateral Analysis," "credit score worksheet," "Pro Forma Balance Sheet."

5. Any document related to the transfer of any money, personal or real property or mineral interests between Lardyn Consulting LLC and any one or more individuals or entities. This request specifically includes, without limitation, documents pertaining to the "proposed contracts" referenced at FSB000578, FSB000580, FSB000582, any document related to the transmission or receipt thereof, or any document related to the revision thereof or any work or action related thereto.

6. Any document related to any loan for which Redtail Resources LLC applied. This includes without limitation any and all written requests or applications for loans, notes of any oral requests or applications for loans, documents submitted with or in support of requests or applications for loans, emails or other written communications that relate to requests or applications for loans, documents reflecting any individual banker's or any committee's consideration of requests or applications for loans, the complete history of all draws or payments on each loan, and any written communications regarding the loan. This request specifically includes, without limitation, documents pertaining to the loan(s) referenced in the documents produced by Farmers State Bank Bates labeled FSB000593 and FSB000619 and FSB000627 and FSB000668.

7. Any document related to the transfer of any money, personal or real property, or mineral interests between Redtail Resources LLC and any one or more individuals or entities.

8. Any document related to the transfer of any money, personal or real property, or mineral interests, between Elyce York Trust #1 or York Family Trust and any one or more individuals or entities

3

9. All emails, letters, facsimiles, or other written communications of any kind between Farmers State Bank or any officer or employee thereof and Jonathan Pauling since 2013. This request specifically includes, without limitation, emails between Jonathan Pauling on the one hand and Richard Stull, Stephen Stull, Mike Stull, Chris Gray, and/or LeAnne Placek on the other hand, whether sent on a business or personal email account.

10. All emails, letters, facsimiles, or other written communications of any kind between Farmers State Bank or any officer or employee thereof and Mark Pauling since 2013. This request specifically includes, without limitation, emails between Mark Pauling on the one hand and Richard Stull, Stephen Stull, Mike Stull, Chris Gray, and/or LeAnne Placek on the other hand, whether sent on a business or personal email account.

11. All emails, letters, facsimiles, or other written communications of any kind between Farmers State Bank or any officer or employee thereof and Elyce York since 2013. This request specifically includes, without limitation, emails between Elyce York on the one hand and Richard Stull, Stephen Stull, Mike Stull, Chris Gray, and/or LeAnne Placek on the other hand, whether sent on a business or personal email account.

12. All emails, letters, facsimiles, or other written communications of any kind between Farmers State Bank or any officer or employee thereof and any manager or member of Lardyn Consulting LLC. This request specifically includes, without limitation, emails between Mark Pauling or Elyce York on the one hand and Richard Stull, Stephen Stull, Mike Stull, Chris Gray, and/or LeAnne Placek on the other hand, whether sent on a business or personal email account.

13. All emails or other written communications between Mike Stull, Steven Stull, or other members of the "investment group" that is referenced on the document Bates labeled FSB000592 that relate in any way to any of the following individuals or entities: Jonathan Pauling,

4

Mark Pauling, Two Mile Ranch, Elyce York, Lardyn Consulting, LLC, Redtail Resources, LLC, Pauling Hauling, or Cherry Creek Cattle Co.

14. Any document identified in response to any interrogatory served upon you in this case.

## INTERROGATORIES

1. Please fully describe the nature of the "investment group" referenced in the document produced by Farmers State Bank Bates labeled FSB000592, including the name of the investment group, the name of each and every member of the investment group, a description of Michael Stull and Steve Stull's involvement in the investment group including their capital contributions and percentage interests in profits and losses, the amount of the investment(s) made by the investment group, the return(s) if any on the investment(s), and the names of each individual or entity that received any money invested by the investment group.

2. Please identify any and all telephone numbers that Michael Stull has used to communicate with each of the following named defendants since 2013: Jonathan Pauling, Mark Pauling, Elyce York.

3. Please identify any and all telephone numbers that Steve Stull has used to communicate with each of the following named defendants since 2013: Jonathan Pauling, Mark Pauling, Elyce York.

4. Please state the amount of interest and fees FSB has collected from Two Mile Ranch a/k/a Two Mile Ranch General Partnership during the course of their business relationship.

5. Please describe each and every manner of communication—including but not limited to the use of electronic applications or "apps," emails or text messages—that FSB or any of its officers or employees have used to communicate with Jonathan Pauling since 2013.

5

6. Please describe each and every manner of communication—including but not limited to the use of electronic applications or "apps," or emails or text messages—that FSB or any of its officers or employees have used to communicate with Mark Pauling since 2013.

7. Please describe each and every manner of communication—including but not limited to the use of electronic applications or "apps," emails or text messages—that FSB or any of its officers or employees have used to communicate with Elyce York since 2013.

8. Please state which, if any, of the following maintain or have maintained bank accounts at FSB and, if such accounts were maintained, the dates the accounts were maintained:

   a. Elyce York;
   b. Elyce York Trust #1;
   c. York Family Trust;
   d. Redtail Resources, LLC.
   e. Cherry Creek Cattle Co.
   f. Pauling Hauling LLC
   g. Jonathan Pauling
   h. Mark Pauling

DATED: March 2, 2020

KEATING WAGNER POLIDORI FREE, P.C.

By: *s/ Aaron D. Goldhamer*
Ross W. Pulkrabek
Aaron D. Goldhamer
1290 Broadway, Suite 600
Denver, CO 80203
Phone: (303) 534-0401
Email: agoldhamer@keatingwagner.com
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on March 2, 2020, a true and correct copy of the foregoing was electronically served via E-mail upon the following:

R. Livingston Keithley
Antero Law, LLC
1700 Broadway, suite 640
Denver, CO 80290
Phone: 720-990-5530
Lkeithley@anterolaw.com
*Attorneys for Defendants Mark Pauling and Two Mile Ranch General Partnership*

Christopher Carr
Dill Carr Stonbraker & Hutchings, PC
455 Sherman Street, Suite 300
Denver, CO 80203
ccarr@dillanddill.com
*Attorney for Defendant Jonathan Pauling*

Tracy A. Oldemeyer
Beau B. Bump
CLINE WILLIAMS
WRIGHT JOHNSON & OLDFATHER, L.L.P.
215 Mathews Street, Suite 300
Fort Collins, Colorado 80524
toldemeyer@clinewilliams.com
bbump@clinewilliams.com
*Attorneys for Farmers State Bank*

Peter C. Forbes
Carver Schwarz McNab Kamper & Forbes, LLC
1888 Sherman Street, Suite 400
Denver, CO 80203
pforbes@csmkf.com
*Attorneys for Lardyn Consulting, LLC and Elyce York*

                                            *s/ Aaron D. Goldhamer*
                                            Aaron D. Goldhamer