IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01224-RBJ-STV

**AMANDA WILSON**, a Michigan citizen,

Plaintiff,

v.

**JONATHAN PAULING**, an individual Colorado citizen, **MARK PAULING**, an individual Colorado citizen, **TWO MILE RANCH a/k/a TWO MILE RANCH GENERAL PARTNERSHIP**, a Colorado General Partnership, **ELYCE YORK**, an individual Nebraska or Colorado citizen, **LARDYN CONSULTING LLC**, a Nebraska Limited Liability Company, and **FARMERS STATE BANK**, a Nebraska Corporation.

Defendants.
_____

**PLAINTIFF'S THIRD SET OF DISCOVERY REQUESTS
TO FARMERS STATE BANK**
_____

Plaintiff Amanda Wilson, by and through her attorneys, Aaron D. Goldhamer and Ross W. Pulkrabek of Keating Wagner Polidori Free, P.C., and pursuant to F.R.C.P. 34, makes the following discovery requests of Farmers State Bank ("FSB"):

**REQUESTS FOR PRODUCTION OF DOCUMENTS**

16. Please produce any and all communications among and between employees, agents, personnel, or officers of FSB since 2015 pertaining to Jonathan Pauling, Mark Pauling, Two Mile Ranch General Partnership, Lardyn Consulting LLC, Redtail Resources, LLC, or Elyce York.

17. Please produce any and all communications between FSB and any bank or investment group since 2015 pertaining to participation in any loan made by FSB to Jonathan Pauling, Mark Pauling, Two Mile Ranch General Partnership, Lardyn Consulting LLC, Redtail Resources, LLC, or Elyce York.

2

DATED:  June 29, 2020

                    KEATING WAGNER POLIDORI FREE, P.C.

By:     *s/ Aaron D. Goldhamer*
        Ross W. Pulkrabek
        Aaron D. Goldhamer
        1290 Broadway, Suite 600
        Denver, CO 80203
        Phone: (303) 534-0401
        Email:  agoldhamer@keatingwagner.com
        *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2020, a true and correct copy of the foregoing was electronically served via E-mail upon the following:

R. Livingston Keithley
Antero Law, LLC
1700 Broadway, suite 640
Denver, CO 80290
Phone: 720-990-5530
Lkeithley@anterolaw.com
*Attorneys for Defendants Mark Pauling and Two Mile Ranch General Partnership*

Christopher Carr
Dill Carr Stonbraker & Hutchings, PC
455 Sherman Street, Suite 300
Denver, CO 80203
ccarr@dillanddill.com
*Attorney for Defendant Jonathan Pauling*

Tracy A. Oldemeyer
Beau B. Bump
CLINE WILLIAMS
WRIGHT JOHNSON & OLDFATHER, L.L.P.
215 Mathews Street, Suite 300
Fort Collins, Colorado 80524
toldemeyer@clinewilliams.com
bbump@clinewilliams.com
*Attorneys for Farmers State Bank*

Peter C. Forbes
Carver Schwarz McNab Kamper & Forbes, LLC
1888 Sherman Street, Suite 400
Denver, CO 80203
pforbes@csmkf.com
*Attorneys for Lardyn Consulting, LLC and Elyce York*

*s/ Aaron D. Goldhamer*
Aaron D. Goldhamer

3