IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01224-RBJ-STV

AMANDA WILSON, a Michigan citizen,

Plaintiff,

v.

JONATHAN PAULING, an individual Colorado citizen, et al.

Defendants.

---

**FARMERS STATE BANK'S OBJECTIONS AND RESPONSES TO
PLAINTIFF'S THIRD SET OF REQUESTS FOR PRODUCTION OF
DOCUMENTS**

---

Defendant Farmers State Bank ("the bank"), by and through its undersigned counsel, hereby serves the following Objections and Responses to Plaintiff's Third Set of Requests for Production of Documents pursuant to Fed. R. Civ. P. 34 and in accordance with Judge Jackson's Practice Standards.

The bank notes its prior position that Plaintiff's Second Set of Requests for Production requested multiple items, and, given the limitations in the Scheduling Order and the proper objections that needed to be made to subparts of the Request, broke the Responses to the Second Set of Requests for Production into their parts and is to Requests for Production 15, 16, 17, 18, 19, and 20 (versus just Request 15).   Plaintiff subsequently noted her objection.

21.   Please produce any and all communications among and between employees, agents, personnel, or officers of FSB since 2015 pertaining to Jonathan Pauling, Mark Pauling, Two Mile Ranch General Partnership, Lardyn Consulting LLC, Redtail Resources, LLC, or Elyce York.

RESPONSE:   Objection under Fed. R. Civ. P. 26(b)(1) as seeking information not relevant to a claim or defense and not proportional to the needs of the case in light of the considerations listed in the rule.   The Request asks for the production of "any and all communications" and cover a seven year period despite all of the documents previously produced, such as loan committee minutes.   Moreover, the broad and unlimited scope of the Request encompasses the production of attorney-client privileged information.

22.   Please produce any and all communications between FSB and any bank or investment group since 2015 pertaining to participation in any loan made by FSB to Jonathan Pauling, Mark Pauling, Two Mile Ranch General Partnership, Lardyn Consulting LLC, Redtail Resources, LLC, or Elyce York.

RESPONSE:   See documents previously produced.   In addition, see additional documents bates numbered FSB012207-13896.

Dated this 29th day of July 2020.      FARMERS STATE BANK, Defendant

By:   /s/ *Tracy A. Oldemeyer*
      Tracy A. Oldemeyer, #28246
      CLINE WILLIAMS
          WRIGHT JOHNSON & OLDFATHER, L.L.P.
      215 Mathews Street, Suite 300
      Fort Collins, Colorado 80524
      Telephone: (970) 221-2637
      Fax: (970) 221-2638
      toldemeyer@clinewilliams.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of July 2020, I served the foregoing to the following email addresses:

Ross W. Pulkrabek
Aaron D. Goldhammer
Keating Wagner Polidori Free, PC
1290 Broadway, Suite 600
Denver, CO 80203
rpulkrabek@keatingwagner.com
agoldhamer@keatingwagner.com

R. Livingston Keithley
Antero Law, LLC
1700 Broadway, Suite 640
Denver, CO  80290
LKeithley@anterolaw.com

Christopher Carr
Dill Dill Carr Stonbraker & Hutchings, PC
455 Sherman Street, Suite 300
Denver, CO 80203
ccarr@dillanddill.com

Peter C. Forbes
Carver Schwarz McNab Kamper & Forbes, LLC
1888 Sherman Street, Suite 400
Denver, CO 80203
pforbes@csmkf.com

/s/ *Tracy A. Oldemeyer*
Tracy A. Oldemeyer

4840-2731-3345, v. 1

3