IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01224-RBJ-STV

**AMANDA WILSON**, a Michigan citizen,

Plaintiff,

v.

**JONATHAN PAULING**, an individual Colorado citizen, **MARK PAULING**, an individual Colorado citizen, **TWO MILE RANCH a/k/a TWO MILE RANCH GENERAL PARTNERSHIP**, a Colorado General Partnership, **ELYCE YORK**, an individual Nebraska or Colorado citizen, **LARDYN CONSULTING LLC**, a Nebraska Limited Liability Company, and **FARMERS STATE BANK**, a Nebraska Corporation.

Defendants.

---

**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATIONS IN CONSOLIDATED REPLY IN SUPPORT OF MOTION FOR LEAVE TO AMEND TO PERMIT COURT TO CONSIDER EXEMPLARY DAMAGES**

---

Plaintiff Amanda Wilson, by and through her attorneys, Aaron D. Goldhamer and Ross W. Pulkrabek of Keating Wagner Polidori Free, P.C., for her Unopposed Motion for Leave to Exceed Page Limitations in Consolidated Reply in Support of Motion for Leave to Amend to Permit Court to Consider Exemplary Damages ("Unopposed Motion"), states the following:

**Certificate of Conferral**

Plaintiff's counsel conferred via email on February 18, 2021, with Defendants concerning the relief sought by this Unopposed Motion. *Pro se* Defendant Jonathan Pauling did not respond. Counsel for the remaining Defendants do not object to the relief sought hereby.

1. The Court's Practice Standards state that, with the exception of summary judgment motions, a reply in support of a motion is limited to five (5) pages.

1

2.      Following Plaintiff's Motion for Leave to Amend to permit Court to Consider Exemplary Damages [#82], Defendant Farmers State Bank filed a sixteen (16) page response [#83], Defendants Lardyn Consulting LLC and Elyce York filed a nine (9) page response [#84], and Defendants Mark Pauling and Two Mile Ranch filed a twelve (12) page response [#85]. Defendant Jonathan Pauling did not file a response.

3.      Plaintiff has diligently tried to confine her reply to the above three responses to one consolidated reply that does not exceed five (5) pages. However, in light of the number and diversity of arguments made in Defendants' three separate responses, she cannot do so.

4.      As such, Plaintiff respectfully requests the Court's leave to file one consolidated reply to the three responses [##83-85] to her Motion for Leave to Amend that is no longer than fifteen (15) total pages in length.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Unopposed Motion for Leave to Exceed Page Limits and permit Plaintiff to file one consolidated reply in support of her Motion for Leave to Amend up to fifteen (15) pages in length.

DATED: February 24, 2021

*s/ Ross W. Pulkrabek*
Keating Wagner Polidori Free, P.C.
Ross W. Pulkrabek
1290 Broadway, Suite 600
Denver, CO 80203
Phone: (303) 534-0401
Email: rpulkrabek@keatingwagner.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, Amanda Sauermann, hereby affirm that on February 24, 2021, I electronically served a copy of the foregoing on the following counsel for Defendants in this matter:

Beau Bryan Bump, Tracy A. Oldemeyer
Cline Williams Wright Johnson & Oldfather
215 Mathews Street Suite 300
Fort Collins, CO 80524
bbump@clinewilliams.com
toldemeyer@clinewilliams.com

R. Livingston Keithley
Antero Law, LLC
1700 Broadway, Suite 640
Denver, Colorado 80290
lkeithley@anterolaw.com

Peter C. Forbes
CARVER SCHWARZ McNAB KAMPER
& FORBES, LLC
1888 Sherman Street — Suite 400
Denver, Colorado 80203
pforbes@csmkf.com

I also mailed via U.S.P.S. and emailed a copy of the foregoing to Jonathan Pauling at the below addresses:

60773 North Highway 71
Stoneham, CO 80754
paulingjonathan2@gmail.com

*/s/ Amanda Sauermann*
Amanda Sauermann
