Elyce York  08/14/2020
AMANDA WILSON vs JONATHAN PAULING

```
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
 2
      Civil Action No. 19-cv-01224-RBJ-STV
 3    _____

 4    VIDEOTAPE DEPOSITION OF:   ELYCE YORK - August 14, 2020
                                 (Via RemoteDepo)
 5    _____

 6    AMANDA WILSON, a Michigan citizen,

 7    Plaintiff,

 8    v.

 9    JONATHAN PAULING, an individual Colorado citizen, MARK
      PAULING, an individual Colorado citizen, TWO MILE
10    RANCH a/k/a TWO MILE RANCH GENERAL PARTNERSHIP, a
      Colorado General Partnership, ELYCE YORK, an
11    individual Nebraska or Colorado citizen, LARDYN
      CONSULTING LLC, a Nebraska Limited Liability Company,
12    and FARMERS STATE BANK, a Nebraska Corporation,

13    Defendants.
      _____
14

15
                   PURSUANT TO NOTICE, the videotape
16    deposition of ELYCE YORK was taken on behalf of the
      Plaintiff in Cheyenne County, Nebraska, via remote
17    means, on August 14, 2020, at 9:04 a.m., before
      Tiffany D. Goulding, Registered Professional Reporter
18    and Notary Public within Colorado, appearing remotely
      from Arapahoe County, Colorado.
19

20

21

22

23

24

25
```

U.S. LEGAL SUPPORT, INC
303-832-5966

EXHIBIT 12

```
09:06:58    1                MR. FORBES:  Peter Forbes for the
09:07:00    2    defendants Elyce York and Lardyn Consulting, and
09:07:03    3    agreed.
09:07:06    4                MR. KEITHLEY:  Good morning.  Livingston
09:07:06    5    Keithley on behalf of defendants Mark Pauling and Two
09:07:12    6    Mile Ranch.  I also agree to the remote deposition of
09:07:14    7    this witness.
09:07:17    8                MS. OLDEMEYER:  Tracy Oldemeyer for
09:07:18    9    Farmer's State Bank, and we also agree.
09:07:22   10                THE REPORTER:  Ms. York.
09:07:24   11                THE DEPONENT:  Elyce York with Elyce York
09:07:27   12    and Lardyn Consulting, and I also agree.
09:07:31   13                THE REPORTER:  Ms. York, I'll just ask
09:07:31   14    you to hold your government-issued ID up to the camera
09:07:35   15    for identification.
09:07:40   16                (Deponent complied.)
09:07:40   17                THE REPORTER:  Thank you.  I will also
09:07:40   18    ask you to agree and declare that the testimony you
09:07:43   19    are about to give will be under the penalty of
09:07:45   20    perjury.
09:07:48   21                THE DEPONENT:  I agree.
09:07:49   22                     ELYCE YORK,
09:07:49   23    having verbally declared that her testimony is under
09:07:49   24    the penalty of perjury, testified as follows:
09:07:49   25                      EXAMINATION
```

| | | |
|---|---|---|
| 01:53:34 | 1 | A. Yes. |
| 01:53:34 | 2 | Q. So going back to the third -- going back |
| 01:53:38 | 3 | to the page 6029, which is what your balance is going |
| 01:53:42 | 4 | to be -- or your personal net worth is going to be on |
| 01:53:46 | 5 | May 1, 2017, are you back on that page? |
| 01:53:49 | 6 | A. Yes, I am. |
| 01:53:50 | 7 | Q. So this page was sort of forward-looking. |
| 01:53:53 | 8 | This is the picture of your financial status after |
| 01:53:59 | 9 | Lardyn acquires the farm; right? |
| 01:54:02 | 10 | A. Right. |
| 01:54:04 | 11 | Q. And so what you and Mr. Pauling, Jon |
| 01:54:09 | 12 | Pauling, had determined was that your net worth after |
| 01:54:14 | 13 | Lardyn Consulting acquires assets from Two Mile Ranch |
| 01:54:18 | 14 | is going to be $1,739,211; correct? |
| 01:54:24 | 15 | A. Correct. |
| 01:54:25 | 16 | Q. All right. And so what you and |
| 01:54:30 | 17 | Mr. Pauling discussed when you put together these two |
| 01:54:35 | 18 | balance sheets, the one dated 3/15/2017 and then the |
| 01:54:41 | 19 | one dated 5/1/2017 -- what you and Mr. Pauling |
| 01:54:45 | 20 | discussed was that your net worth was going to go from |
| 01:54:48 | 21 | $125,420 to $1,739,211; right? |
| 01:54:58 | 22 | A. Right. |
| 01:55:00 | 23 | Q. And you discussed how that was going to |
| 01:55:03 | 24 | happen simply by virtue of Lardyn acquiring these |
| 01:55:07 | 25 | assets from Two Mile Ranch; correct? |

```
01:55:10    1          A.   Right.
01:55:10    2          Q.   And the big factor in how your net worth
01:55:15    3    was going to increase by over $1.6 million, it all is
01:55:21    4    under this 85 percent investment in Lardyn Consulting
01:55:27    5    that we see on the balance sheet dated 5/1/2017;
01:55:31    6    correct?
01:55:34    7          A.   Yes.
01:55:35    8          Q.   Okay.  So let me drill down a little bit
01:55:40    9    on that number.  Why 85 percent; do you know?
01:55:47   10          A.   Because I'm 85 percent in Lardyn.
01:55:53   11          Q.   All right.  And why -- who is the other
01:55:56   12    15 percent?
01:55:59   13          A.   Mark Pauling.
01:56:00   14          Q.   So do you have an understanding of why
01:56:03   15    you were going to be 85 percent of Lardyn and Mark
01:56:07   16    Pauling was going to be 15 percent?
01:56:13   17          A.   I can't exactly say why, but I know that,
01:56:16   18    you know, this is something that I wanted to do and
01:56:21   19    so -- but the only way I could do it is if I had Mark
01:56:25   20    Pauling be a part of it.  So...
01:56:29   21          Q.   Did you negotiate with Mark Pauling over
01:56:31   22    the 15 percent versus some other percentage?
01:56:35   23          A.   No.
01:56:36   24          Q.   Did Jon Pauling just tell you that's what
01:56:39   25    it was going to be?
```