IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: 19-cv-01224-RBJ | Date: March 23, 2021 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| AMANDA WILSON **Plaintiff** | *Ross Pulkrabek* |
| v. | |
| JONATHAN PAULING | |
| MARK PAULING | *R. Livingston Keithley* |
| TWO MILE RANCH | |
| ELYCE YORK | *Peter Forbes* |
| LARDYN CONSULTING LLC | |
| FARMERS STATE BANK | *Tracy Oldemeyer* |
| **Defendants** | |

## COURTROOM MINUTES

**TELEPHONE TRIAL PREPARATION CONFERENCE**

Court in Session:  1:34 p.m.

Appearance of counsel – all participants appear via telephone. *Pro Se* defendant Jonathan Pauling does not appear.

Discussion held on remote testimony, courtroom technology, and electronic and physical exhibits.

Discussion held on trial protocols, trial briefs, distancing logistics, and time limits on opening statements.

Court in Recess:  2:39 p.m.          Hearing concluded.          Total time in Court:  01:05