IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01224-RBJ-STV

AMANDA WILSON, a Michigan citizen,

Plaintiff,

v.

JONATHAN PAULING, an individual Colorado citizen,
MARK PAULING, an individual Colorado citizen,
TWO MILE RANCH a/k/a TWO MILE RANCH GENERAL PARTNERSHIP, a Colorado General Partnership,
ELYCE YORK, an individual Nebraska or Colorado citizen,
LARDYN CONSULTING, LLC, a Nebraska Limited Liability Company, and
FARMERS STATE BANK, a Nebraska corporation,

Defendants.

---

## STIPULATED FACTS – FACTS AND TRIAL MATTERS

---

Amanda Wilson, Mark Pauling, Two Mile Ranch, Elyce York, Lardyn Consulting, LLC, and Farmers State Bank, by and through their respective undersigned counsel, hereby stipulate to the following facts:

1. Jon Pauling and Mark Pauling formed Two Mile Ranch General Partnership ("TMR") on February 14, 1986.

2. TMR obtained its initial secured loans from Farmers State Bank ("FSB") on January 11, 2013.

3. Jon Pauling assaulted Amanda Wilson on February 26, 2013.

4. Amanda Wilson filed suit against Jon Pauling on December 4, 2013.

5. Between May 15, 2015 and May 18, 2015, TMR engaged in several transactions, including transactions in connection with TMR's purchase and sale of real property, as follows:

    a. On May 15, 2015, FSB entered into loan 2288 to TMR.

    b. On May 15, 2015, FSB entered into loan 2346 to Mark Pauling.

    c. On May 15, 2015, FSB renewed loans 2094, 2097, and 2098 to TMR as loans 2351, 2352, and 2353 to TMR.

    d. On May 15, 2015, TMR sold the "South Ranch" to Cervi Enterprises, Inc.

    e. On May 15, 2015, TMR sold the "North Ranch" to Mark Pauling.

    f. On May 18, 2015, TMR bought the North Turkey Creek property.

6. In Denver District Court Case No. 2013CV53298 (the "State Case"), Amanda Wilson obtained a jury verdict in her favor against Jonathan Pauling and, on October 23, 2015, judgment was entered on the jury verdict in the amount of $3,918,166.00, representing economic damages in the amount of $732,136.00, non-economic damages in the amount of $936,000, and punitive damages in the amount of $2,250,000.00. The trial court awarded Plaintiff costs and prejudgment interest. However, the court did not reduce the prejudgment interest to a sum certain.

7. Plaintiff obtained a charging order on Jonathan Pauling's partnership interest in Two Mile Ranch General Partnership in the State Case on November 19, 2015.

8. TMR filed for Chapter 11 Bankruptcy on July 1, 2016.

9. Lardyn Consulting was formed on August 14, 2016.

10. TMR signed contracts to sell real property, mineral rights, equipment, and other assets to Lardyn between February 27, 2017 and April 20, 2017.

11. TMR's Chapter 11 Bankruptcy was dismissed on March 31, 2017.

12. FSB's Loan Committee approved a loan to Lardyn on April 7, 2017.

13. TMR and Lardyn closed on the purchase/sale/transfer of assets on April 27, 2017.

14. Lardyn transferred mineral interests to Redtail Resources, LLC on March 27, 2018.

15. On July 25, 2018, an additional award of $40,292.98 for costs in the State Case was entered in Plaintiff's favor against Jonathan Pauling.

16. On December 19, 2018, the State Case judgment was amended to include certain prejudgment interest, which added $430,971.24 to the judgment.

17. On December 19, 2018, the State Case judgment was further increased when the Denver District Court granted Plaintiff's motion and increased the punitive damage award by an additional $1,948,274.48 and entered judgment.

18. TMR deeded FSB title to the North Turkey Creek property on December 30, 2019.

19. The judgment in the State Case in favor of Amanda Wilson and against Jon Pauling remains unpaid in any amount.

Amanda Wilson, Mark Pauling, Two Mile Ranch, Elyce York, Lardyn Consulting, LLC, and Farmers State Bank, by and through their respective undersigned counsel, hereby stipulate to the following for purposes of trial:

Testimony from Jon Pauling is offered through the parties' designations of portions of the transcript of his February 10, 2016 Rule 69 Deposition:

Trial Exhibit 2 = Jon Pauling and Mark Pauling Deposition Exhibit 201
Trial Exhibit 3 = Jon Pauling and Mark Pauling Deposition Exhibit 202
Trial Exhibit 7 = Jon Pauling and Mark Pauling Deposition Exhibit 208
Trial Exhibit 2059 = Jon Pauling and Mark Pauling Deposition Exhibit 203 and 204
Trial Exhibit 2058 = Jon Pauling and Mark Pauling Deposition Exhibit 205 and 206 and 207
Trial Exhibit 1045 at Bates Nos. FSB000092-100= Jon Pauling and Mark Pauling Deposition Exhibit 209

Trial Exhibit 62 contains redaction in black.  The Parties stipulate that the redaction blocks a reference to Farmers State Bank customers unrelated to the Parties.

Dated: April 6, 2021



By: /s/ Ross W. Pulkrabek
Ross W. Pulkrabek
Aaron D. Goldhammer
Keating Wagner Polidori Free, PC
1290 Broadway, Suite 600
Denver, CO 80203
rpulkrabek@keatingwagner.com
agoldhamer@keatingwagner.com

*Counsel for Plaintiff Amanda Wilson*

/s/ Peter C. Forbes
Peter C. Forbes
Carver Schwarz McNab Kamper & Forbes, LLC
1888 Sherman Street, Suite 400
Denver, CO 80203
pforbes@csmkf.com

*Counsel for Defendants Elyce York and Lardyn Consulting, LLC*

/s/ Tracy A. Oldemeyer
Tracy A. Oldemeyer
CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P.
215 Mathews Street, Suite 300
Fort Collins, Colorado 80524
toldemeyer@clinewilliams.com

*Counsel for Defendant Farmers State Bank*

/s/ R. Livingston Keithley
R. Livingston Keithley
Antero Law, LLC
1700 Broadway, Suite 640
Denver, CO 80290
LKeithley@anterolaw.com

*Counsel for Defendants Mark Pauling and Two Mile Ranch GP*

4836-3308-6690, v. 1