*Exhibit A*
*To*
*Trial Brief*

**Trial Brief — Exhibit A**
(Lutz Property Values v. Liens – property sold to Lardyn)

| TMR Property | Value as of 4/27/17* | Sold to Lardyn | Source of Lien** | Valid liens against property*** | Equity in property**** |
|---|---|---|---|---|---|
| Farm (Logan County) | $4,270,000 | Yes | Logan County Deed of Trust | $6,566,919.46 | -$0- |
| Water Rights (Logan County) | $280,745 | Yes | Logan County Deed of Trust | $6,566,919.46 | -$0- |
| Crops (Logan County) | $135,000 | Yes | Security Agreement | $10,141,626.08 | -$0- |
| Equipment (Logan County) | $565,000 | Yes | Security Agreement | $10,141,626.08 | -$0- |
| Mineral Rights – leased and unleased (Weld County) | $3,400,000 | Yes | Weld County Deed of Trust | $6,566,919.46 | -$0- |
| Turkey Creek | $1,675,000 | No | Jefferson County Deed of Trust | n/a | n/a |
| Mark Pauling Receivable | $275,000 | No | Logan/Weld County Deeds of Trust and Security Agreements | n/a | n/a |

*Per Lutz Report, Schedule 1.

**TMR debt was secured by liens on all real and personal property pursuant to Deeds of Trust and security agreements. *See* FSB2016-04-29 000136-145, FSB 2016-04-29 000150-159, FSB2016-04-29 000116-119 (FSB Trial Exhibit 1015).

***TMR outstanding debt based on FSB summary of outstanding TMR loan balances as of 4/27/17. *See* FSB12171-12206 (Lardyn Trial Exhibit 2049). Liens under the Deeds of Trust are limited to $5.5 million in outstanding principal plus interest and fees. Liens under the security agreements have no limitation on amount.

**** Amount (if any) of property value exceeding valid liens against property.

{00414939.DOCX / 1 }