*Exhibit B*
*To*
*Trial Brief*

**Trial Brief — Exhibit B**
("Partners' Capital" Illustrations)

| TMR Property | Illustration No. 1 (Per Lutz — include all TMR property but no post-July 1, 2016 interest/fees and no TMR liability under guaranty) | Illustration No. 2 (include all TMR property and include all TMR debt) | Illustration No. 3 (only include TMR property sold to Lardyn but no post-July 1, 2016 interest and no TMR liability under guaranty) | Illustration No. 4 (only include TMR property sold to Lardyn and include all TMR debt) |
|---|---|---|---|---|
| Farm (Logan County) | $4,270,000* | $4,270,000* | $4,270,000* | $4,270,000* |
| Crops (Logan County) | $135,000 | $135,000 | $135,000 | $135,000 |
| Equipment (Logan County) | $565,000 | $565,000 | $565,000 | $565,000 |
| Water Rights (Logan County) | $280,745 | $280,745 | $280,745 | $280,745 |
| Mineral Rights (Weld County) | $3,400,000 | $3,400,000 | $3,400,000 | $3,400,000 |
| Turkey Creek (Jefferson County) | $1,675,000 | $1,675,000 | n/a | n/a |
| M. Pauling Receivable | $275,000 | $275,000 | n/a | n/a |
| **Total Value** | **$10,600,745** | **$10,600,745** | **$8,650,745** | **$8,650,745** |
| **TMR Debt** | **$8,827,920**\*\* | **$10,141,626**\*\*\* | **$8,827,920**\*\* | **$10,141,626**\*\*\* |
| **Total "Partners' Capital"** | **$1,772,825** | **$459,119** | **($177,175)** | **($1,490,881)** |

*Property values as of April 27, 2017 per Lutz Report, Schedule 1.
**Debt as of 4/27/17 excluding TMR liability under guaranty and post-July 1, 2016 interest/fees per Lutz Report, Schedules 1 and 2.
***Total TMR secured debt as of April 27, 2017 per FSB summary (Lardyn Trial Ex. 2049).

{00414940.DOCX / 1 }