## PLAINTIFF AMANDA WILSON'S TIMELINE

### PHASE 1 – BACKDATED AMENDMENT TO UNDERMINE CHARGING ORDER

| | |
|---|---|
| 2/4/86 | Jon Pauling and Mark Pauling sign partnership agreement for TMR – 50/50 profits split. |
| 12/4/13 | Amanda Wilson files suit against Jon Pauling in Denver District Court. |
| 9/15/14* | Backdated Amendment purports to reduce Jon Pauling's share of profits to 10%. |
| 12/31/14 | Per K-1s, Jon Pauling still owns 50% interest in profits of TMR. |
| 5/13/15 | Jon Pauling and Mark Pauling sign letter to Land Title Guaranty Company affirming that there have been no amendments to TMR partnership agreement. |
| 10/23/15 | Jury reaches verdict for Plaintiff and against Jon Pauling; judgment enters in favor of Plaintiff and against Jon Pauling for $3,918,166.00. |
| 11/19/15 | Charging Order enters against Jon Pauling's interest in TMR. |
| 12/4/15 | Jon Pauling delivers backdated Amendment to Amanda Wilson's counsel. |

### PHASE 2 – SCHEME TO USE BANKRUPTCY TO TRANSFER ASSETS TO FICTIONAL ENTITY

| | |
|---|---|
| 5/10/16 | FSB employees discuss scheme for TMR to file bankruptcy and have court "stamp approve[]" prearranged plan to transfer assets to "unicorn investor" "to "protect[] the partnership from the plaintiff for the long run." |
| 7/1/16 | TMR Files Chapter 11 Bankruptcy. |
| 7/20/16 | Jon Pauling and Dick Stull arrange loan to not-yet existent entity "Lardyn Consulting." |
| 11/8/16 | FSB gives Jon Pauling commitment letter for loan to Lardyn to buy TMR assets. |
| 12/8/16 | FSB memo states it is "[w]orking with Mark and Jon on Chapter 11 to get rid of Jon's Judgement [sic] so the assets can be sold without legal recourse to the buyers." |
| 2/21/17 | Defendants change plans, agree TMR will dismiss bankruptcy and then transfer assets. |
| 2/27/17 | TMR and Lardyn sign contracts to transfer assets after bankruptcy dismissal. |
| 3/22/17 | FSB prepares Loan Presentation Memo for loan to Lardyn, calculates more than $1,600,000 in equity to be transferred from TMR to Lardyn. |
| 3/31/17 | Chapter 11 Bankruptcy case dismissed. |

### PHASE 3 – TRANSFER OF ASSETS TO LARDYN AND REDTAIL; EXIT OF MARK PAULING

| | |
|---|---|
| 4/7/17 | FSB approves loan and transfer of assets from TMR to Lardyn. |
| 4/21/17 | Jon Pauling and York prepare and discuss balance sheets showing how transfer of assets will enrich her by more than $1,600,000, then send the balance sheets to FSB. |
| 4/27/17 | Defendants transfer assets from TMR to Lardyn. |
| 3/27/18 | Defendants transfer minerals to new entity "Redtail Resources, LLC." |
| 12/19/18 | Judge Buchanan enters judgments for costs, interest, and increased punitive damages. |
| 1/28/19 | York signs balance sheets stating that she now is worth $2,997,308. |
| 6/20/19 | York Trust #1 buys out Mark Pauling's 15% in Lardyn for $500,000. |