IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01224-RBJ-STV

AMANDA WILSON, a Michigan citizen,

Plaintiff,

v.

JONATHAN PAULING, an individual Colorado citizen, et al.

Defendants.

## DEFENDANT FARMERS STATE BANK'S TRIAL EXHIBIT LIST

In advance of the bench trial set to commence April 12, 2021, Defendant Farmers State Bank ("FSB"), submits the following Trial Exhibit List.

| Trial Ex. | Date | Description | Depo. Ex./Bates Number | Offered | Stipulated | Excluded | Admitted |
|---|---|---|---|---|---|---|---|
| 1001. | | Loan History - Summary under Fed. R. Evid. 1006 | | | | | |
| 1002. | | Cross-References for Loan History - Summary under Fed. R. Evid. 1006 | | | | | |
| 1003. | | May 2015 Transactions - Summary under Fed. R. Evid. 1006 | | | | | |
| 1004. | | 2016 Debt Calculations - Summary under Fed. R. Evid. 1006 | | | | | |
| 1005. | | Summary of Appraisals Requested by FSB - Summary under Fed. R. Evid. 1006 | | | | | |
| 1006. | 4/28/2017 | FSB Debts and Use of Funds - Two Mile Ranch and Lardyn | 197/232*; FSB012171-12182 | | | | |

1

| Trial Ex. | Date | Description | Depo. Ex./Bates Number | Offered | Stipulated | Excluded | Admitted |
|---|---|---|---|---|---|---|---|
| 1007. | 5/11/2017 | Two Mile Ranch Fees and Expenses | 232*;FSB012183-12206 | | | | |
| 1008. | 12/15/2011 | Loan Meeting Minutes | 3; FSB000434-435 | | X | | |
| 1009. | 1/18/2012 | Guaranty | 170; FSB000198-199 | | X | | |
| 1010. | 1/22/2012 | Real Estate Deed of Trust - 717 S. 7th Ave. Sterling, CO | 168; FSB000190-197 | | X | | |
| 1011. | 9/13/2012 | Loan Meeting Minutes | 4; FSB000437 | | X | | |
| 1012. | 10/19/2012 | Promissory Note Loan 2069<br>Line of Credit Loan 2069<br>Guaranty | 180; 2016-04-29FSB000243-244<br>2016-04-29FSB000252<br>2016-04-29FSB000255-256 | | X | | |
| 1013. | 11/13/2012 | Appraisal of Two Mile Ranch - Logan County - US Appraisal Service - Pennington | 216; FSB000711-718 | | | | |
| 1014. | 11/13/2012 | Appraisal of Two Mile Ranch - Weld County - US Appraisal Service - Pennington | 217; FSB000719-724 | | | | |
| 1015. | 1/11/2013 | Loan 2094 Promissory Note, Line of Credit, Deed of Trust, Commercial Security Agreement | 181; 2016-04-29FSB00097-98<br>2016-04-29FSB000110-142<br>2016-04-29FSB000144-145<br>2016-04-29FSB000150-159<br>FSB000227 | | | | |
| 1016. | 1/11/2013 | Loan 2095 Promissory Note, Line of Credit, Deed of Trust, Commercial Security Agreement | 182; 2016-04-29FSB000176-184 | | X | | |
| 1017. | 1/11/2013 | Loan 2096 Promissory Note, Line of Credit, Deed of Trust, Commercial Security Agreement | 183; 2016-04-29FSB000196-200<br>2016-04-29FSB000192-193 | | X | | |
| 1018. | 1/11/2013 | Loan 2097 Promissory Note | 184; 2016-04-29FSB000209-211 | | X | | |
| 1019. | 1/11/2013 | Loan 2098 Promissory Note | 185; 2016-04-29FSB000214-220 | | X | | |
| 1020. | 1/29/2014 | Promissory Note Loan 2217 | 169; FSB000241-242 | | X | | |
| 1021. | 2/23/2015 | Email: "Two Mile Ranch ETAL" | FSB003562-3563 | | | | |

| Trial Ex. | Date | Description | Depo. Ex./Bates Number | Offered | Stipulated | Excluded | Admitted |
|---|---|---|---|---|---|---|---|
| 1022. | 4/20/2015 | Emails re Turkey Creek and 1031 | 199; FSB005234-5266 | | | | |
| 1023. | 5/7/2015 | Loan Presentation Memorandum Review | FSB010252-10253 | | | | |
| 1024. | 11/30/2015 | email: "Watch List Meeting" with Watch List Notes 9-3-15 | FSB13903-13905 | | | | |
| 1025. | 9/21/2015 | Multiple Bankruptcy dockets - 9/17-9/22 | 165 | | X | | |
| 1026. | 12/4/2013 | Docket - Register of Actions Denver civil case | 164; FSB001506-1529 | | X | | |
| 1027. | 10/26/2015 | Transcripts of Judgment recorded on various dates in Denver, Weld, Adams, Logan, Jefferson, Arapahoe counties | 167; FSB000001 WILSON04676-4680 | | X | | |
| 1028. | ~~11/19/2015~~ | ~~Charging Order~~  Duplicates Trial Ex. 1-D | ~~172; FSB000004-5~~ | | | | |
| 1029. | 12/1/2015 | Wilson's Motion to Authorize Writ of Execution on Logan County property - 717 S. 7th Ave. Sterling, CO | 166 | | X | | |
| 1030. | 12/7/2015 | Commission to Issue a Subpoena | 173; FSB000006 | | X | | |
| 1031. | 1/7/2016 | Plaintiff Wilson's Motion for Order Authorizing Bank to Release Information pertaining to Two Mile Ranch | 174 | | X | | |
| 1032. | 4/4/2016 | Subpoena to Farmers State Bank | 175; FSB000013-19 | | X | | |
| 1033. | 2/10/2016 | Depo Transcript - Jon Pauling Rule 69 Exam - Designations Only | WILSON_03499-3552 | | X | | |
| 1034. | 12/16/2015 | Plaintiff Wilson's Ex Parte Motion to Authorize Writ of Execution on Logan and Weld County Personal Property - Vehicles | 176 | | X | | |
| 1035. | 3/23/2016 | J. Pauling's Response to Ex Parte Motion to Authorize Writ of Execution on Logan and Weld County Personal Property - Vehicles | 177 | | X | | |
| 1036. | 3/30/2016 | Plaintiff Wilson's Reply in Support of Ex Parte Motion to Authorize Writ of Execution on Logan and Weld County Personal Property - Vehicles | 178 | | X | | |
| 1037. | 5/6/2016 | Minute Order | 179 | | X | | |

3

| Trial Ex. | Date | Description | Depo. Ex./Bates Number | Offered | Stipulated | Excluded | Admitted |
|---|---|---|---|---|---|---|---|
| 1038. | 4/15/2016 | Demand Letter - Two Mile Ranch et al. | last 2 pages 184; FSB000308-309 | | | | |
| 1039. | 4/15/2016 | Demand and Foreclosure documents - Jon Pauling - 717 S. 7th Ave. Sterling, CO | 171; FSB000306; FSB000318; FSB000361-364; FSB000376; FSB0010228-10229 | | | | |
| 1040. | 4/15/2016 | Demand - Mark Pauling | FSB000307 | | | | |
| 1041. | 5/18/2016 | Email: "Two Mile Ranch/Jon Pauling | FSB0014075 | | | | |
| 1042. | 3/4/2016 | Kraupie's equipment appraisal and other lists | 219; FSB000831-837 | | | | |
| 1043. | 7/20/2016 | Two Mile Ranch Bankruptcy filings - Schedules and Amendments | 187; FSB000149-178 | | | | |
| 1044. | 7/1/2016 | Two Mile Ranch Bankruptcy - Creditors Matrix | 188; FSB00028-29 | | X | | |
| 1045. | 7/1/2016 | Two Mile Ranch Bankruptcy - Claims Register | 189; FSB000041-44 | | | | |
| 1046. | 7/1/2016 | FSB's Proof of Claim - filed 2/27/2017 | 190; FSB000045-119 | | | | |
| 1047. | 7/17/2016 | Appraisal of Two Mile Ranch - Weld County - US Appraisal Service - Pennington | 220; FSB000838-850 | | | | |
| 1048. | 8/23/2016 | Agricultural Appraisal of Two Mile Ranch - Logan County - Moreland | 221 +1 page; FSB000852-858 | | | | |
| 1049. | 10/5/2016 | Loan Meeting Minutes | 23; FSB000538 | | X | | |
| 1050. | 11/10/2016 | Email: "Two Mile" | FSB0015228 | | | | |
| 1051. | ~~12/8/2016~~ | ~~Email "Updated Watchlist Reports"~~    Duplicates Trial Ex. 34 | ~~FSB15251-15263~~ | | | | |
| 1052. | 12/19/2016 | Email: "Two Mile Ranch - Chapter 11 Bankruptcy" | FSB0012248-12250 | | | | |
| 1053. | 2/2/2017 | Email: "RE: FW: Agreements" | FSB5872-5875 | | | | |
| 1054. | ~~2/8/2017~~ | ~~Email: "FW: Two Mile Ranch mineral interest" by Steve Brown to paulingjm1963@gmail.com~~    Within Trial Exhibit 39 | ~~FSB003149~~ | | | | |
| 1055. | ~~2/27/2017~~ | ~~Real Estate Contract - Logan County~~    Duplicates Trial Ex. 43 | ~~192; FSB003877-3894~~ | | | | |
| 1056. | ~~2/27/2017~~ | ~~Contract to Buy and Sell Minerals - Weld County~~    Within Trial Ex. 41 | ~~194; FSB006058~~ | | | | |

4

| Trial Ex. | Date | Description | Depo. Ex./Bates Number | Offered | Stipulated | Excluded | Admitted |
|---|---|---|---|---|---|---|---|
| 1057. | 3/2/2017 | Loan Meeting Minutes | 36; FSB000565 | | X | | |
| 1058. | 4/3/2017 | Email: "Chapter 11 Dismissal" | FSB005980 | | | | |
| 1059. | 4/7/2017 | Special Loan Meeting | 40; FSB000577 | | X | | |
| 1060. | 4/7/2017 | Email: "Two Mile Ranch, LPM" | FSB0015805-15807 | | | | |
| 1061. | 4/7/2017 | Agreement to Amend Real Estate Contract - Logan County | 193; FSB006054-6057 | | X | | |
| 1062. | 4/11/2017 | Westcor Land Title Insurance Company Commitment for Title Insurance Schedule B | 198; FSB006024 | | | | |
| 1063. | 4/7/2017 | Equipment Bill of Sale and Contract | 196; FSB006052-6053 | | X | | |
| 1064. | 4/20/2017 | Loan Meeting Minutes | 39; FSB000573 | | X | | |
| 1065. | 4/24/2017 | Email: "Extensions" Joe Henry (Jon Pauling) to Steve Stull and Dick Stull | 49; FSB003981-3988 | | X | | |
| 1066. | ~~4/27/2017~~ | ~~Settlement Statement - Logan and Weld County~~   Duplicates Trial Ex. 56 | ~~195; FSB002415-2417~~ | | | | |
| 1067. | 4/27/2017 | Deed of Trust - Logan County | FSB001135-1145 | | X | | |
| 1068. | 4/27/2017 | Deed of Trust - Weld County | FSB001147-1159 | | X | | |
| 1069. | 4/27/2017 | Effective Financing Statements | FSB001132-1134 | | X | | |
| 1070. | 11/1/2017 | Lardyn Membership Interest Transfer and Adoption Agreement York and Cherry Creek Cattle Co. | 191; FSB002652-2657 | | X | | |
| 1071. | 12/14/2017 | Loan Meeting Minutes | 55; FSB000593-594 | | X | | |
| 1072. | 3/27/2018 | Deed of Trust - Weld County | FSB003091-3100 | | X | | |
| 1073. | 9/14/2018 | Agricultural Appraisal of Lardyn Consulting - Logan County - Moreland | 222; FSB002574-2580 | | | | |
| 1074. | 2/1/2019 | Special Loan Meeting | 80; FSB000639 | | X | | |
| 1075. | 7/24/2019 | Loan Meeting Minutes | 86; FSB000666-667 | | X | | |
| 1076. | 9/1/2020 | Special Warranty Deed - North Turkey Creek $1,675,000 | 204; FSB013897-13898 | | X | | |
| 1077. | 12/11/2019 | Email "RE: Wilson v. Pauling et al – scheduling rule 26(f) meet and confer | FSB001530-1531 | | | | |
| 1078. | 12/17/2019 | Board of Directors Meeting Minutes | FSB 0020526-20529 | | | | |
| 1079. | 1/28/2020 | Email "RE: Two Mile Ranch OREO" | FSB 0020649-20650 | | | | |

| Trial Ex. | Date | Description | Depo. Ex./Bates Number | Offered | Stipulated | Excluded | Admitted |
|---|---|---|---|---|---|---|---|
| 1080. | 2/5/2016 | Email "Two Mile Ranch" – additional pages requested for Ex. 21 when considering stipulations | FSB 13938-13943, 13977-13978, 13985, 13988-13990 | | | | |
| | | Any Trial Exhibit listed by Plaintiff or by any co-defendant | | | | | |
| | | Any trial exhibit needed for impeachment or rebuttal | | | | | |

Dated this 9th day of April 2021.

                FARMERS STATE BANK, Defendant

                By:   /s/*Tracy A. Oldemeyer*
                       Tracy A. Oldemeyer, #28246
                       CLINE WILLIAMS
                           WRIGHT JOHNSON & OLDFATHER, L.L.P.
                       215 Mathews Street, Suite 300
                       Fort Collins, Colorado 80524
                       Telephone: (970) 221-2637
                       Fax: (970) 221-2638
                       toldemeyer@clinewilliams.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April 2021, I served the foregoing to:

| | |
|---|---|
| Ross W. Pulkrabek<br>Aaron D. Goldhammer<br>Keating Wagner Polidori Free, PC<br>1290 Broadway, Suite 600<br>Denver, CO 80203<br>rpulkrabek@keatingwagner.com<br>agoldhamer@keatingwagner.com | R. Livingston Keithley<br>Antero Law, LLC<br>1700 Broadway, Suite 640<br>Denver, CO 80290<br>LKeithley@anterolaw.com |
| Jonathan Pauling<br>paulingjonathan2@gmail.com | Peter C. Forbes<br>Carver Schwarz McNab Kamper & Forbes, LLC<br>1888 Sherman Street, Suite 400<br>Denver, CO 80203<br>pforbes@csmkf.com |

/s/*Tracy A. Oldemeyer*
Tracy A. Oldemeyer

4830-0679-2676, v. 1

7