IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01224-RBJ-STV

AMANDA WILSON, a Michigan citizen,

Plaintiff,

v.

JONATHAN PAULING, an individual Colorado citizen, et al.

Defendants.

## DEFENDANT FARMERS STATE BANK'S WITNESS LIST

COMES NOW Defendant Farmers State Bank ("FSB"), using the format of the proposed form pretrial order and Fed. R. Civ. P. 26(a)(3), and hereby discloses those expert and non-expert witnesses it expects to call and those whom it may call if the need arises:

(a) **Non-expert witnesses**:

(1) witnesses who will be present at trial (see Fed. R. Civ. P. 26(a)(3)(A)) in person or remotely, as noted;

|    | **NAME** | **ESTIMATED LENGTH OF TESTIMONY (direct; cross-direct; redirect; re-cross)** |
|----|----------|------------------------------------------------------------------------------|
| 1. | Amanda Wilson, Plaintiff | 1 hour |
| 2. | Stephen Stull, President/CEO, Farmers State Bank | 5 hours |
| 3. | Richard Stull, Executive Vice President, Farmers State Bank | 3 hours |

1

| | | |
|---|---|---|
| 4. | Chris Gray<br>Executive Vice President,<br>Farmers State Bank | 2 hours |
| 5. | Michael Stull,<br>Senior Vice President,<br>Farmers State Bank<br>Testifying remotely | 1.5 hour |
| 6. | Jarrod P. Hamik<br>Vice President,<br>Farmers State Bank<br>Testifying remotely | 1.5 hour |
| 7. | Kelly Roach,<br>Loan Officer,<br>Farmers State Bank<br>Testifying remotely | 1.5 hour |
| 8. | Mark Pauling<br>Defendant and partner, Two Mile Ranch | 3 hours |
| 9. | Elyce York,<br>Defendant and member, Lardyn Consulting, LLC | 3 hours |

    (2)    witnesses who may be present at trial if the need arises (see Fed. R. Civ. P. 26(a)(3)(A));

| | |
|---|---|
| | |

    (3)    witnesses where testimony is expected to be presented by means of a deposition and, if not taken steno graphically, a transcript of the pertinent portions of the deposition testimony. See Fed. R. Civ. P. 26(a)(3)(B));

| | |
|---|---|
| 10. | Jon Pauling,<br>Defendant<br>Trial Exhibit 1033 – parties' designations of portions of transcript of Rule 69 examination taken February 10, 2016 |

List the expert witnesses to be called to testify in person or remotely, as noted.

2

|     | **NAME** | **ESTIMATED LENGTH OF TESTIMONY (direct; cross-direct; redirect; re-cross)** |
| --- | --- | --- |
| 11. | Sheryl Patterson – Plaintiff's retained expert<br>See disclosure dated August 28, 2020 | 2 hours |
| 12. | Shari Lutz – Plaintiff's retained expert<br>See disclosure dated August 28, 2020 | 2 hours |
| 13. | Charles E. Holmes – retained expert (community banking, agricultural lending, reasonable banking practices, and lender workouts, including borrowers in bankruptcy)<br>Testifying in person or remotely<br>See disclosure dated September 28, 2020 | 2 hours |
| 14. | Briana Lamphier - retained expert (minerals appraiser)<br>Gustavson Associates, LLC<br>Testifying remotely<br>Disclosed September 28, 2020 and in Rule 26s | 1 hour |
| 15. | Ryan Thorson - retained expert (legal post-judgment collection law)<br>Gast Johnson & Muffly, P.C.<br>Testifying remotely<br>Disclosed September 28, 2020 | 30 min |
| 16. | Robert "Bob" Pennington – non-retained expert (appraiser)<br>US Appraisal Service of Colorado, LLC<br>Testifying remotely<br>Disclosed September 28, 2020 and in Rule 26s – farm and ranch | 30 min |
| 17. | Robert W. Pennington – non-retained expert (appraiser)<br>US Appraisal Service of Colorado, LLC<br>Testifying remotely<br>Disclosed September 28, 2020 and in Rule 26s – residential | 30 min |

3

|     | **NAME** | **ESTIMATED LENGTH OF TESTIMONY (direct; cross-direct; redirect; re-cross)** |
| --- | --- | --- |
| 18. | Blake A. Moreland – non-retained expert (appraiser)<br>Moreland Realty, LLC<br>Testifying remotely<br>Disclosed September 28, 2020 and in Rule 26s | 30 min |
| 19. | JoAnn Apostol – non-retained expert (appraiser)<br>Deer Creek Appraisals<br>Testifying remotely<br>Disclosed September 28, 2020 and in Rule 26s | 30 min |
| 20. | Darrell Kraupie – non-retained expert (equipment appraiser/auctioneer)<br>Kraupie's Real Estate & Auctioneers<br>Testifying remotely<br>Disclosed September 28, 2020 and in Rule 26s | 30 min |

Dated this 9th day of April 2021.

FARMERS STATE BANK, Defendant

By: /s/*Tracy A. Oldemeyer*
Tracy A. Oldemeyer, #28246
CLINE WILLIAMS
    WRIGHT JOHNSON & OLDFATHER, L.L.P.
215 Mathews Street, Suite 300
Fort Collins, Colorado 80524
Telephone: (970) 221-2637
Fax: (970) 221-2638
toldemeyer@clinewilliams.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April 2021, I served the foregoing through the court's e-filing system and to the following email addresses:

Ross W. Pulkrabek
Aaron D. Goldhammer
Keating Wagner Polidori Free, PC
1290 Broadway, Suite 600
Denver, CO 80203
rpulkrabek@keatingwagner.com
agoldhamer@keatingwagner.com

Jonathan Pauling
paulingjonathan2@gmail.com

R. Livingston Keithley
Antero Law, LLC
1700 Broadway, Suite 640
Denver, CO 80290
LKeithley@anterolaw.com

Peter C. Forbes
Carver Schwarz McNab Kamper & Forbes, LLC
1888 Sherman Street, Suite 400
Denver, CO 80203
pforbes@csmkf.com

/s/ *Tracy A. Oldemeyer*
Tracy A. Oldemeyer

4835-2631-9840, v. 3

5