AMANDA WILSON, a Michigan citizen,
Plaintiff,

v.

JONATHAN PAULING, an individual Colorado citizen, MARK PAULING, an individual Colorado citizen, TWO MILE RANCH a/k/a TWO MILE RANCH GENERAL
PARTNERSHIP, a Colorado General Partnership, ELYCE YORK, an individual Nebraska or Colorado citizen, LARDYN CONSULTING LLC, a Nebraska Limited Liability
Company, and FARMERS STATE BANK, a Nebraska Corporation.
Defendants.

CASE NO.: Civil Action No. 19-cv-01224-RBJ-STV

EXHIBIT LIST OF: Amanda Wilson, Plaintiff

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| 1-A | | Judgment WILSON_00010-00011<br><br>1-D. Charging Order On TMR Colorado General Partnership D/B/A Two Mile Ranch WILSON_00028-00029 | | | | | |
| 1-B | | Order RE: Pending Motions WILSON_00012-00021 | | | | | |
| 1-C | | Order: Plaintiff's Bill of Costs and Supplemental Bill of Costs WILSON_00022-00027 | | | | | |
| 1-D | | Charging Order On TMR Colorado General Partnership D/B/A Two Mile Ranch WILSON_00028-00029 | Yes | | | | |
| 2 | | WILSON_04386-04394<br>2/14/1986<br>Jon Pauling / Mark Pauling Depo. Ex. 201 General Partnership Agreement of TMR | Yes | | | | |
| 3 | | WILSON_03477<br>9/15/2014<br>Jon Pauling / Mark Pauling Depo. Ex. 202 Amendment to TMR GP Dated Sept 15, 2014 | Yes | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 4 | | WILSON_00772<br>12/31/2014<br>2014 K-1 for Jon Pauling | Yes | | | | |
| 5 | | WILSON_00773<br>12/31/2014<br>2014 K-1 for Mark Pauling | Yes | | | | |
| 6 | | WILSON 01863-01875<br>5/11/2015<br>Richard Stull email to Land Title RE: Two Mile Ranch, General Partnership 1031 Exchange | Yes | | | | |
| 7 | | WILSON_03487<br>5/13/2015<br>Depo Ex. MP 208<br>Statement to Land Title Guaranty Company | Yes | | | | |
| 8 | | TMR0020-36<br>5/20/2015<br>TMR 2014 Income Tax Return | Yes | | | | |
| 9 | | TMR0040-42, 65-66, 88-89, 134-135<br>Undated<br>2015 - 2018 K-1s for Mark Pauling | Yes | | | | |
| | | | | | | | |
| 10 | | WILSON003351-3355<br>5/1/2012<br>Employment Contract Between York and TMR Market | Yes | | | | |
| | | | | | | | |
| 11 | | WILSON 06771-6786<br>9/26/2014<br>Depo Ex. 95<br>Elyce York signed purchase offer on 22434 North Turkey Creek, Morrison, CO 80465 | Yes | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| 12 | | FSB005201-5203<br>12/12/2014<br>Depo Ex. 6<br>Email from Richard Stull to Joe Henry (Jon Pauling) with Loan Commitment on 22434 North Turkey Creek, Morrison, CO 80465 | Yes | | | | |
| 13 | | FSB003580-3584<br>4/20/2015<br>Depo Ex. 8<br>Email from Joe Henry (Jon Pauling) to Richard Stull RE: eContracts for 22434 North Turkey Creek, Morrison, CO 80465 | Yes | | | | |
| | | | | | | | |
| 14 | | FSB005289-5294<br>4/29/2015<br>Depo Ex. 10<br>Email from Joe Henry (Jon Pauling) to Richard Stull and Steve Stull RE: Balance Sheet | Yes | | | | |
| 15 | | FSB000284-292<br>5/15/2015<br>Deed of Trust on 22434 North Turkey Creek, Morrison, CO 80465 | Yes | | | | |
| 16 | | FSB003536-3538<br>5/18/15<br>Loan 2288 Note and Payment History | Yes | | | | |
| 17 | | FSB005503<br>5/20/2015<br>Depo. Ex. 13<br>Email from Richard Stull to Joe Henry (Jon Pauling) RE: Extension of Pickup | Yes | | | | |
| | | | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 18 | | FSB000001-19<br>1/11/2016<br>Depo Ex. 17<br>1. Transcript of Judgment FSB000001<br>2. Charging Order on JMP Enterprises, LLC FSB000002-000003<br>3.Charging Order on TMR Colorado General Partnership D/B/A Two Mile Ranch FSB000004-000005<br>4. Commission to Issue Subpoena Morrill District Court, Nebraska to Richard A. Stull  FSB000006<br>5. Commission to Administer Oath to Take Deposition of Richard Stull FSB000007<br>6. Subpoena to Attend and Produce to Richard Stull FSB 000008-FSB000012<br>7. Subpoena to Produce to Farmers State Bank FSB000013-FSB000018<br>8. Waiver and Acceptance of Service for Farmers State Bank FSB000019 | | | | | |
| 19 | | WILSON_6809 - 6910<br>2/3/2016<br>Jon Pauling's Responses to Judgment Debtor Interrogatories | Yes | | | | |
| 20 | | FSB003701<br>3/17/2016<br>Depo. Ex. 16<br>Emails b/w Steve Stull and Joe Henry (Jon Pauling) RE: court info | Yes | | | | |
| 21 | | FSB013938-13943<br>2/5/2016<br>Email from Steve Stull to multiple FSB Employees RE: Two Mile Ranch with attachments | | | | | |
| | | | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| | | | | | | | |
| 22 | | FSB003704-3732<br>5/4/2016<br>Steve Stull email to Jon Pauling and Mark Pauling<br>Subject: Updated Payoff including Advances to fill 2353, Transaction History to Support Source and Use Sheet | | | | | |
| 23 | | FSB014064-14067<br>5/10/2016<br>Email b/w Chris Gray and Kelly Roach RE: Two Mile | Yes | | | | |
| 24-A | | FSB21480<br>6/3/2016<br>Email from Richard Stull to Steve StullMike Stull RE Land Title OE (VACANT) (custname STULL) (our 663206) | Yes | | | | |
| 24-B | | FSB21481<br>6/3/2016<br>Email from Richard Stull to Steve Stull RE Two Mile Ranch Update | Yes | | | | |
| 24-C | | FSB21482<br>6/3/2016<br>Email from Steve Stull to Richard Stull, Mike Stull, Chris Gray Subject: Fwd: Two Mile Ranch Update | Yes | | | | |
| | | | | | | | |
| 25 | | FSB005620-5622<br>7/20/2016<br>Depo. Ex. 18<br>Email from Joe Henry (Jon Pauling) to Richard Stull RE: Window Sticker | Yes | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 26 | | FSB002923-2927<br>7/21/2016<br>Depo. Ex. 19<br>Farmers State Bank Personal Financial Statement signed by Elyce York | Yes | | | | |
| 27 | | FSB014504-14508<br>7/26/2016<br>Email from Steve Stull to Elyce York RE: 2015 Bank Statements | Yes | | | | |
| 28 | | FSB014519-14525<br>7/27/2016<br>Email from Steve Stull to LeAnn Placek RE: Elyce York and Lardyn Consulting, LLC | Yes | | | | |
| | | | | | | | |
| 29 | | LAR-EMAIL-2348-2367<br>8/24/2016<br>Depo. Ex. 96<br>Lardyn LLC Organizational Documents | Yes | | | | |
| 30 | | FSB003766-3778<br>10/30/2016<br>Depo. Ex. 24<br>Email from Joe Henry (Jon Pauling) to Steve Stull RE: FSB Sterling Farm | Yes | | | | |
| 31 | | FSB003808-3810<br>11/8/2016<br>Depo. Ex. 25<br>Email from Steve Stull to Joe Henry (Jon Pauling) RE: Proposed Commitment Letter | Yes | | | | |
| 32 | | FSB003807<br>11/08/2016<br>Depo. Ex. 26<br>Email from Steve Stull email to Elyce York RE 2015 Tax Return | Yes | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| 33 | | FSB005806-5807<br>11/29/2016<br>Depo. Ex. 27<br>Email from Richard Stull to Mark Pauling, Joe Henry (Jon Pauling), Steve Stull, Mike Stull, and Chris Gray RE: Needed Updates | Yes | | | | |
| 34 | | FSB015251-15263<br>12/8/2016<br>Email from Richard Stull to Multiple FSB Employees RE: Updated Watchlist Reports | Yes | | | | |
| 35 | | FSB003818-3819<br>12/19/2016<br>Depo. Ex. 28<br>Emails b/w Elyce York and Steve Stull Re: Reminder | Yes | | | | |
| 36 | | FSB015404-15405<br>1/23/2017<br>Email from Steve Stull to Dick Stull RE: FWD Correction in Item F Loan to TMR | Yes | | | | |
| 37 | | FSB005822-5824<br>2/1/2017<br>Depo. Ex. 29<br>Emails b/w Joe Henry (Jon Pauling) and Richard Stull Re: FW: PSA for Oil and Gas Appraisal – Two Mile Ranch | Yes | | | | |
| 38 | | FSB015462-15465<br>2/1/2017<br>Email from Richard Stull to Joe Henry (Jon Pauling) and Mark Pauling RE: b/w Dick Stull and Jon Pauling RE: FW: PSA for Oil and Gas Appraisal – Two Mile Ranch | Yes | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 39 | | FSB003149-3151<br>2/8/2017<br>Document from FSB Files: Email from Steve Brown to Joe Henry (Jon Pauling) RE: Two Mile Ranch Mineral Interest | Yes | | | | |
| 40 | | FSB015607-15617<br>2/21/2017<br>Email from Richard Stull to LeAnn Placek with minutes of 2/21/17 meeting | Yes | | | | |
| 41 | | JonPauling000027-28<br>2/27/2017<br>Contracts  to Buy and Sell Minerals | Yes | | | | |
| 42 | | LAR-EMAIL-2982-2984<br>3/1/2017<br>Depo. Ex. 101<br>Email from Elyce York to Steve Stull re Lardyn Equipment Contract signed 2/27/2017 | Yes | | | | |
| 43 | | TMR0504-521<br>2/28/2017<br>Contract to Buy and Sell Real Estate between TMR and Lardyn Consulting | Yes | | | | |
| | | | | | | | |
| 44 | | FSB002105-2121<br>3/22/2017<br>Depo. Ex. 38<br>FSB Loan Presentation Memorandum Re: Lardyn Consulting and Related Documents | Yes | | | | |
| 45 | | FSB015703-015748<br>3/27/2017<br>Email from Richard Stull to First Central Bank and Henderson State Bank Re: Lardyn Consulting, LLC | Yes | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| 46 | | FSB015752-15754<br>3/28/2017<br>Email from Richard Stull to Steve Stull, Mike Stull, and Chris Gray RE: Henderson Proposal on TMR | Yes | | | | |
| 47 | | FSB015760-15764<br>3/28/2017<br>Email from Richard Stull email to Henderson State Bank RE: Lardyn Consulting, LLC | Yes | | | | |
| 48 | | FSB003924-3931<br>4/10/2017<br>Depo. Ex. 42<br>Email from Joe Henry (Jon Pauling) to Steve Stull RE: Contracts | Yes | | | | |
| 49 | | FSB003935-3937<br>4/10/2017<br>Depo. Ex. 43<br>Email from Joe Henry to Richard Stull RE: Commitment Letter | Yes | | | | |
| 50 | | FSB006023-6024<br>4/19/2017<br>Depo. Ex. 44<br>Email to Joe Henry (Jon Pauling) and Mark Pauling RE: Title Commitment | Yes | | | | |
| 51 | | FSB003973-3975<br>4/21/2017<br>Depo. Ex. 45<br>Email from Joe Henry (Jon Pauling) to Steve Stull RE: Fwd: Balance Sheet | Yes | | | | |
| 52 | | FSB006026-6060<br>4/21/2017<br>Depo. Ex. 47<br>Email from Joe Henry (Jon Pauling) to Steve Stull RE: Loan Docs | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| 53 | | FSB006064-6068<br>4/21/2017<br>Depo. Ex. 48<br>Email from Mark Pauling to Richard Stull<br>RE: 2016 Tax Return and Balance Sheet | Yes | | | | |
| 54 | | FSB001214-1217<br>4/27/2017<br>Depo. Ex. 103 from 8/14/2020 Deposition of Elyce York<br>Mineral Deed from TMR to Lardyn | Yes | | | | |
| 55 | | FSB001175-1175<br>4/27/2017<br>Depo. Ex. 104<br>Water Deed from TMR to Lardyn Consulting | Yes | | | | |
| 56 | | FSB001276-1279<br>4/27/2017<br>Depo. Ex. 105<br>"Buyer" Settlement Statement | Yes | | | | |
| 57 | | FSB001173-1174<br>4/27/2017<br>Depo. Ex. 106<br>Warranty Deed | Yes | | | | |
| 58 | | FSB010749-10751<br>4/30/2017<br>FSB statement for Lardyn April 2017 | Yes | | | | |
| 59 | | FSB011352-11355<br>4/30/2017<br>FSB statement for TMR April 2017 | Yes | | | | |
| 60 | | FSB016366-16370<br>6/7/2017<br>Email from Richard Stull email to Kelly Roach and Steve Stull RE: Lardyn Consulting LLC | Yes | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 61 | | FSB016487-16489<br>7/26/2017<br>Emails b/w Kelly Roach and Chris Gray RE: Seriously<br>The parties stipulate to redaction of the name of a different customer. | Yes | | | | |
| 62 | | LAR000151-159<br>7/31/2017<br>FSB Bank Statements for Lardyn for July 2017 | Yes | | | | |
| 63 | | | | | | | |
| 64 | | FSB004140-4156<br>12/4/2017<br>Depo. Ex. 51<br>Email from Lardyn Consulting (Jon Pauling) to Steve Stull RE: Financials | Yes | | | | |
| 65 | | FSB002084-2085<br>12/11/2017<br>Depo. Ex. 53<br>FSB Loan Presentation Memorandum re Redtail Resources | Yes | | | | |
| 66 | | FSB00591-592<br>12/12/2017<br>Depo. Ex. 54<br>Minutes for FSB Special Loan Meeting on 12/12/17 | Yes | | | | |
| 67 | | FSB001547-1559<br>5/22/2017<br>Depo. Ex. 90<br>Certificate of Organization of Two 6 Too, LLC | Yes | | | | |
| 68 | | FSB016977-16999<br>12/12/2017<br>Email from Steve Stull to Multiple FSB Employees RE: Lardyn and Redtail | Yes | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 69 | | FSB12818<br>12/12/2017<br>Email from Steve Stull to Ryan Moore RE: Lardyn<br>(The parties stipulate that attachments to this email are identical to those in Exhibit 68) | Yes | | | | |
| 70 | | FSB004167-4179<br>12/20/2017<br>Depo. Ex. 57<br>Email from Lardyn Consulting to Richard Stull RE: Signed Notes | Yes | | | | |
| 71 | | FSB002917<br>1/2/2018<br>Depo. Ex. 112<br>Balance Sheet for Redtail Resources as of 1/2/2018 | Yes | | | | |
| 72 | | FSB002206<br>1/2/2018<br>Depo. Ex. 113<br>Balance Sheet for Elyce York as of 1/2/2018 | Yes | | | | |
| 73 | | FSB017178-017179<br>1/26/2018<br>Email from Richard Stull to Steve Stull, Mike Stull, Chris Gray, Dustin Chester RE: Lardyn/Redtail | Yes | | | | |
| 74 | | FSB006599-6600<br>2/18/2018<br>Depo. Ex. 60<br>Email from Richard Stull to Ron Antonio, Steve Stull, Kelly Roach, and Lardyn Consulting RE: Redtail Resources, LLC | Yes | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 75 | | LAR-EMAIL 002391-2402<br>3/7/2018<br>Depo. Ex. 118<br>Balance Sheets for Elyce York, Lardyn Consulting, and Redtail Resources as of 3/7/2018 | Yes | | | | |
| 76 | | FSB002916<br>3/7/2018<br>Depo. Ex. 119<br>Balance Sheet for Redtail Resources as of 3/7/2018 | Yes | | | | |
| 77 | | FSB006641-6643<br>3/14/2018<br>Depo. Ex. 63<br>Emails b/w Richard Stull and Brian Bates RE: Lardyn-Redtail Documents | Yes | | | | |
| 78 | | FSB017561-17562<br>3/22/2018<br>Email from Richard Stull to Kelly Roach RE: FW Lardyn/Redtail Docs | Yes | | | | |
| 79 | | FSB001441-1447<br>3/27/2018<br>Depo. Ex. 64<br>Assumption Agreement | Yes | | | | |
| 80 | | FSB001434-1440<br>3/27/2017<br>Depo. Ex. 65<br>Contribution and Assumption Agreement | Yes | | | | |
| 81 | | LAR-EMAIL 002302-2321<br>4/6/2018<br>Depo. Ex. 121<br>Email from Richard Stull to Multiple Recipients RE: Lardyn Consulting, LLC transfer to Redtail Resources, LLC | Yes | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| 82 | | FSB002313-2318<br>4/15/2018<br>Depo. Ex. 99<br>2017 York Tax Return, Form 1040 | Yes | | | | |
| 83 | | LAR-EMAIL 002256-2262<br>4/15/2018<br>Elyce York Federal Income Tax Return for 2017 | Yes | | | | |
| 84 | | FSB004348-4355<br>5/6/2018<br>Depo. Ex. 68<br>Email from Lardyn Consulting (Jon Pauling) to Steve Stull RE: Redtail Valuation | Yes | | | | |
| 85 | | FSB002915<br>5/15/2018<br>Depo. Ex. 123<br>Balance Sheet for Redtail Resources as of 5/15/2018 | Yes | | | | |
| 86 | | LAR-EMAIL 002185-2191<br>6/4/2018<br>Depo. Ex. 124<br>Email from Elyce York to Richard Stull RE: Lardyn Consultine [sic] | Yes | | | | |
| 87 | | FSB004451-4452<br>6/15/2018<br>Depo. Ex.70<br>Email from Lardyn Consulting (Jon Pauling) to Clayton Riesen RE: Lardyn Cash Flow | Yes | | | | |
| 88 | | FSB004549-4556<br>7/20/2018<br>Depo. Ex.72<br>Emails from Lardyn Consulting (Jon Pauling) to Steve Stull RE: Redtail Resources Cashflow | Yes | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 89 | | FSB018186-18193<br>7/27/2018<br>Email from Dustin Cheter to FSB Loan Committee RE: FDIC Loan Request List | Yes | | | | |
| 90 | | LAR-EMAIL 002079-2080<br>7/30/2018<br>Depo. Ex. 125<br>Balance Sheets for Lardyn Consulting and Redtail Resources as of 7/30/18 | Yes | | | | |
| 91-A | | FSB001280-1281<br>8/27/2018<br>Depo. Ex. 127 (modified by stipulation to remove FSB1282-1204)<br>Quit Claim Deed from TMR to Lardyn Consulting for Minerals | Yes | | | | |
| 91-B | | FSDB001282-1294<br>8/20/19<br>Real Estate Deed of Trust | Yes | | | | |
| | | | | | | | |
| 92 | | LAR-EMAIL 002057-2062<br>10/2/2018<br>Depo. Ex. 129<br>Email from Elyce York to Richard Stull RE: Lardyn and attached Balance Sheet for Lardyn Consulting as of 9/30/18 | Yes | | | | |
| 93 | | LAR-EMAIL 002054-2056<br>10/3/2018<br>Depo. Ex. 131<br>Email from Elyce York to Richard Stull RE: Redtail and attached Balance Sheet for Redtail Resources as of 10/2/18 | Yes | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|------------------|-------------|---------|----------|---------|----------------|
| 94 | | LAR-EMAIL002022-2023<br>10/4/2018<br>Depo. Ex.75<br>Email to Elyce York to Richard Stull RE: Invoice | Yes | | | | |
| 95 | | FSB002868-2870<br>10/2/2018<br>Depo. Ex.74 (modified by stipulation to include page FSB2870)<br>Fax from Richard Stull to Nutrien Ag Solutions | Yes | | | | |
| 96 | | FSB009725-9736<br>10/22/2018<br>Depo. Ex. 76<br>Email from Lardyn Consulting (Jon Pauling) to Jarrod Hamik RE: FW: Info for FSA Guarantee | Yes | | | | |
| 97 | | FSB018450-18461<br>10/23/2018<br>Email from Jarrod Hamik to Steve Stull forwarding Email from Lardyn Consulting (Jon Pauling) RE: Info for FSA Guarantee | Yes | | | | |
| 98 | | FSB009758-9761<br>11/27/2018<br>Depo. Ex. 78<br>Email from Lardyn Consulting (Jon Pauling) to Jarrod Hamik RE:<br>FSA Guarantee | Yes | | | | |
| 99 | | LAR-EMAIL 001787-1793<br>12/5/2018<br>Depo. Ex. 135<br>Email from Elyce York to Jarrod Hamik, Richard Stull, Steve Stull RE: Lardyn Financials | Yes | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| 100 | | LAR-EMAIL 001183<br>1/1/2019<br>Depo. Ex. 158<br>Mark Pauling Membership Certificate for Lardyn Consulting | Yes | | | | |
| 101 | | LAR-EMAIL 001739-1742<br>1/28/2019<br>Depo. Ex. 79<br>Email from elyceyork@gmail.com to Steve Stull RE: Updated Financials and attached Balance Sheets for Elyce York as of 1/28/19 for Lardyn Consuling, and Redtail Resources as of 1/25/19 | Yes | | | | |
| 102 | | FSB019071-19078<br>1/30/2019<br>Email from Richard Stull to Paula Ruskamp RE: Exception = Steve – Lardyn Feed Note LPM | Yes | | | | |
| 103 | | FSB002264-2290<br>2/27/2019<br>Depo. Ex. 110<br>Lardyn Consulting Federal Tax Return for 2018 | Yes | | | | |
| 104 | | FSB019393-19395<br>2/28/2019<br>Email from Jarrod Hamik to Clayton Reisen RE: Loan Committee Friday | Yes | | | | |
| 105 | | FSB004768-4774<br>2/28/2019<br>Depo. Ex.81<br>Email from Lardyn Consulting (Jon Pauling) to Steve Stull, Richard Stull, and Jarrod Hamik RE: Lardyn tax return | Yes | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| 106 | | FSB019410-019411<br>3/5/2019<br>Email from Jarrod Hamik to Chris Gray RE: Lardyn Mtg? | Yes | | | | |
| 107 | | LAR 654-656<br>3/5/2019<br>LLC Membership Interest Assignment | Yes | | | | |
| 108 | | FSB019421<br>3/12/2019<br>Email from Jarrod Hamik to Steve Stull, Richard Stull, Mike Stull RE: Lardyn | Yes | | | | |
| 109 | | LAR-EMAIL 001502-1520<br>3/14/2019<br>Depo. Ex. 141<br>Email from Elyce York to Steve Stull, Richard Stull, and Kelly Roach RE: Redtail Federal Tax Return and attached Redtail Resources Federal Tax Return for 2018 | Yes | | | | |
| 110 | | LAR-EMAIL 001521-1535<br>3/14/2019<br>Depo. Ex. 142<br>Email from Elyce York to Steve Stull and Jarrod Hamik RE: York Federal & State Return and attached personal tax returns for 2018 | Yes | | | | |
| 111 | | FSB019517-19519<br>3/19/2021<br>Email b/w Kelly Roach and LeAnn Placek | Yes | | | | |
| 112 | | FSB007366-7373<br>3/20/2019<br>Depo. Ex. 82<br>Email from Elyce York to Steve Stull RE: Trust | Yes | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| 113 | | FSB010050-10057<br>3/20/2019<br>Email from Elyce York to Jarrod Hamik RE: Need Signatures and attached Balance Sheets for Elyce York, Lardyn Consulting, and Redtail Resources | Yes | | | | |
| 114 | | FSB019742-19743<br>6/3/2019<br>Email from Jarrod Hamik to Steve Stull, Kelly Roach, and Richard Stull RE: Lardyn Titles | Yes | | | | |
| 115 | | FSB019761-19764<br>6/4/2019<br>Emails b/w Kelly Roach and Jarrod Hamik RE: FW: Lardyn Titles | Yes | | | | |
| 116 | | FSB002167-2169<br>6/20/2019<br>Depo. Ex. 144<br>Balance Sheet for Lardyn as of 6/20/19 | Yes | | | | |
| 117 | | FSB001364-1379<br>6/20/2019<br>Loan Documents for Loan to Elyce York Trust #1 | Yes | | | | |
| 118 | | LAR-EMAIL 001085-1089<br>7/9/2019<br>Depo. Ex. 146<br>Email from Elyce York to Jarrod Hamik and Steve Stull RE: Lardyn Financials | Yes | | | | |
| 119 | | FSB002052-2057<br>7/16/2019<br>Depo. Ex.85 (modified by stipulation to remove page FSB2052)<br>FSB Loan Presentation Memo Folder | Yes | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| 120 | | LAR-EMAIL 00728-738<br>9/11/2019<br>Depo. Ex. 147<br>Email from Kelly Roach to Elyce York with FSB prepared financials | Yes | | | | |
| 121 | | LAR-EMAIL 00713-714<br>9/15/2019<br>Depo. Ex. 160<br>Email from Elyce York to Kelly Roach RE: Balance Sheet | Yes | | | | |
| 122 | | FSB002166<br>9/16/2019<br>Depo. Ex. 148<br>Signature page to Lardyn Combined Balance Sheet as of 6/20/19 | Yes | | | | |
| 123 | | LAR-EMAIL 00502-511<br>12/1/2019<br>Depo. Ex. 151<br>Balance Sheet for Lardyn Consulting as of 12/1/2019 | Yes | | | | |
| | | | | | | | |
| 124 | | FSB001532-1546<br>12/30/2019<br>Depo. Ex.89<br>Agreement for Deed in Lieu of Foreclosure; Deed; Bill of Sale | Yes | | | | |
| 125 | | LAR-EMAIL 000116-118<br>3/23/2020<br>Depo. Ex. 157<br>Email from Elyce York to Kelly Roach and Steve Stull attaching Balance Sheet for Lardyn Consulting as of 3/15/20 | Yes | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 126 | | LAR-EMAIL 000088-111<br>3/24/2020<br>Depo. Ex. 136<br>Email from Elyce York to Kelly Roach RE: Tax Returns attaching federal tax returns for Redtail Resources and Lardyn Consulting for 2019 | Yes | | | | |
| 127 | | LAR-EMAIL 000020-25<br>3/29/2020<br>Depo. Ex. 159 (modified by stipulation to add page LAR-EMAIL 00025)<br>Email from Elyce York to Kelly Roach RE: Updated Balance Sheet | Yes | | | | |
| 128 | | FSB020822-020827<br>5/5/2020<br>Email from Kelly Roach to Julie Hadden RE: FW Balance Sheet 5/1/2020 | Yes | | | | |
| 129 | | FSB020951-20956<br>6/11/2020<br>Email from Richard Stull to Loan Committee RE: Watch List Loan Report | Yes | | | | |
| 130 | | FSB021260-21282<br>6/22/2020<br>Email from Kelly Roach to Richard Stull with York 2019 Tax Returns | Yes | | | | |
| | | | | | | | |
| 131 | | FSB010188-10217<br>Various Dates<br>Depo. Ex.2<br>Text Messages | Yes | | | | |
| 132 | | FSB016896-16897<br>11/30/2017<br>Email from Richard Stull to Kevin Kudera RE: Mark Pauling Request | Yes | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| 133 | | 8/16/2016<br>Depo. Ex. 21<br>Emails b/w Steve Stull and Blake Moreland RE: Appraisal | Yes | | | | |
| 134 | | Depo. Ex.1<br>Farmers State Bank's Objections and Answers to Plaintiff's Interrogatories | | | | | |
| 135 | | Depo. Ex. 91<br>Farmers State Bank's Objections and Responses to Plaintiff's First Set of Requests for Production of Documents | | | | | |
| 136 | | Farmers State Bank's Objections and Second Supplemental Responses to Plaintiff's Third Set of Requests for Production of Documents | | | | | |
| 137 | | Farmers State Bank Privilege Log | | | | | |
| 138 | | Depo. Ex.92<br>Response to Plaintiff's First Set of Discovery Requests to Jonathan Pauling | | | | | |
| 139 | | Depo. Ex. 93<br>Defendants Mark Pauling and Two Mile Ranch, GP's Responses to Plaintiff's First Set of Discovery Requests | | | | | |
| 140 | | Depo. Ex. 94<br>Defendants Elyce York and Lardyn Consulting, LLC's Responses and Objections to Plaintiff's First Set of Written Discovery | | | | | |
| 141 | | FSB0020-27<br>Docket Report for TMR Chapter 11 | Yes | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|-------------------|-------------|---------|----------|---------|----------------|
| 142 | | FSB00163-170<br>1/18/2017<br>TMR Statement of Financial Affairs | | | | | |
| 143 | | FSB00171-178<br>1/18/2017<br>TMR Statement of Assets and Real Property | | | | | |
| 144 | | FSB000179<br>3/31/2017<br>Order Dismissing TMR Chapter 11 Bankruptcy | Yes | | | | |
| | | | | | | | |
| 145 | | WILSON 127<br>Photograph of Jon Pauling | | | | | |
| 146 | | Depo. Ex. 34 for Exhibits for Stull Depositions<br>2/16/2017<br>Emails b/w Brianna Lamphier and Richard Stull RE: Data Request for Mineral Appraisal | Yes | | | | |
| 147 | | Depo. Ex. 35<br>2/23/2017<br>Email from Richard Stull to Joe Henry (Jon Pauling), Steve Stull, and Mike Stull RE: FW Appraisal | Yes | | | | |
| 148 | | FSB003902-3903<br>3/9/2017<br>Depo. Ex. 37<br>Email from Joe Henry (Jon Pauling) to Steve Stull RE: Fwd: Loan Request | Yes | | | | |
| | | | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|------------------|-------------|---------|----------|---------|----------------|
| 149 | | FSB019145-19146<br>1/31/2019<br>Email from Richard Stull to Kelly Roach and Jarrod Hamik | Yes | | | | |
| 150 | | LAR-EMAIL 1334-1336<br>5/8/2019<br>Email from Elyce York to Jarrod Hamik and Steve Stull RE: Special Use Permit | Yes | | | | |
| 151 | | FSB19739-19741<br>6/3/2019<br>Email from Kelly Roach to Elyce York RE: FW Vehicle Titles | Yes | | | | |
| 152 | | FSB010088-10100<br>6/5/2019<br>Email from Elyce York to Jarrod Hamik with vehicle titles | Yes | | | | |
| 153 | | 12/6/2019<br>Depo. Ex. 152<br>Email from Elyce York to Richard Stull, Steve Stull, Mike Stull, Jarrod Hamik, Chris Gray RE: Requested Information | Yes | | | | |
| 154 | | LAR-EMAIL 00403-430<br>12/16/2019<br>Depo. Ex. 153<br>Email from Richard Stull to Elyce York, Steve Stull, Hamik, Mike Stull RE: Amended Financial Statement | Yes | | | | |
| 155 | | FSB001880-1883<br>No Date<br>Depo. Ex. 15<br>FSB Judgments File on Pauling and TMR | | | | | |
| 156 | | Schedules 1 to 5 to Report of Shari Lutz & Supp. | | | | | |
| 157 | | Shari Lutz CV | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 158 | | WILSON_   00001_KS – 240_KS<br>Tax Returns Produced by Ken Skipworth | | | | | |
| 159 | | WILSON_VERIZON_00001-00006<br>Subpoena Duces Tecum and Response from Verizon | | | | | |
| 160 | | VIAERO_00001 | | | | | |
| 161 | | WILSON-VERIZON_000929-933 | | | | | |
| 162 | | FSB001005-1010 | | | | | |
| 163 | | Net Worth – Balance Sheets Signed by Elyce York (summarizing"net worth" stated on Elyce York Balance Sheets in Exhibits 26, 52, 72, 75, and 113<br>in relation to date of 4/27/17) | | | | | |
| 164 | | 22424 North TurkeyCreek, Morrison, Colorado to 18503 County Road 42.5, Sterling, Colorado (map depicting the route between addresses) | | | | | |
| | | Any exhibit needed for impeachment | | | | | |
| | | Any exhibit needed for rebuttal | | | | | |