IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01224-RBJ-STV

**AMANDA WILSON**, a Michigan citizen,

Plaintiff,

v.

**JONATHAN PAULING**, an individual Colorado citizen, **MARK PAULING**, an individual Colorado citizen, **TWO MILE RANCH a/k/a TWO MILE RANCH GENERAL PARTNERSHIP**, a Colorado General Partnership, **ELYCE YORK**, an individual Nebraska or Colorado citizen, **LARDYN CONSULTING LLC**, a Nebraska Limited Liability Company, and **FARMERS STATE BANK**, a Nebraska Corporation.

Defendants.

---

**PLAINTIFF'S WITNESS LIST AND ORDER OF PROOF**

---

Plaintiff submits the following witness list with anticipated order of proof and estimated durations of direct examinations by Plaintiff's counsel. It is counsel's understanding that the defense will conduct combined direct and cross-examinations of witnesses while on the stand.

\*\*      **Jon Pauling – "may call" – in person – estimated length of direct 30 minutes.**
Plaintiff's counsel is informed by counsel for Mark Pauling and Two Mile Ranch that Defendant Jon Pauling is not expected to attend trial. If he does attend, Plaintiff may call him as a witness. (Plaintiff's counsel has been unable to secure his attendance at trial despite diligent efforts.) The parties have agreed to offer of his prior deposition testimony as Trial Exhibit 1033.

1.      **Elyce York – "will call" – in person – estimated length of direct 3 hours.**
Defendant Elyce York is the named manager and majority owner of Lardyn Consulting, LLC and Redtail Resources, LLC. She also is a trustee of "Elyce York Trust #1," which is a minority

1

member of Lardyn Consulting, LLC. Plaintiff alleges that Ms. York is an insider of Jonathan Pauling and is his proxy and straw person.

2. **Mark Pauling – "will call" – in person – estimated length of direct 1 hour.** Defendant Mark Pauling is the brother of Jon Pauling, a partner in Two Mile Ranch, and a former 15% member of Lardyn Consulting, LLC.

3. **Richard Stull – "will call" – in person – estimated length of direct 2.5 hours.** Richard ("Dick") Stull is the Executive Vice President of Farmers State Bank.

4. **Stephen Stull – "will call" – in person – estimated length of direct 2 hours.** Stephen ("Steve") Stull is the President and CEO of Farmers State Bank.

5. **Kelly Roach – "will call" – remote – estimated length of direct 30 minutes.** Kelly Roach is a Loan Officer at Farmers State Bank.

6. **Chris Gray – "may call" – in person – estimated length of direct 30 minutes.** Chris Gray is a Vice President at Farmers State Bank.

7. **Jarrod Hamik – "may call" – remote – estimated length of direct 30 minutes.** Jarrod Hamik is a Vice President at Farmers State Bank.

8. **Ken Skipworth – "may call" – in person – estimated length of direct 30 minutes.** Ken Skipworth is the tax accountant / tax preparer for Two Mile Ranch, Lardyn Consulting, LLC, and Redtail Resources, LLC.

9. **Sheryl Patterson – "may call" – in person – estimated length of direct 1 hour.** Sheryl Patterson is a career banker with expertise in banking practices and fraudulent banking activities and may be called to offer expert opinion testimony pertinent to Defendant Farmers State Bank's conduct at issue in this case.

3

10. **Shari Lutz – "will call" – in person – estimated length of direct 1 hour.** Ms. Lutz is a Certified Public Accountant with expertise in forensic accounting, business valuation, and damages analysis. Plaintiff will call Ms. Lutz to offer expert opinion testimony relevant to Plaintiff's damages.

11. **Amanda Wilson – "may call" – in person – estimated length of direct 15 minutes.** Ms. Wilson is the plaintiff in this case.

Plaintiff reserves the right to call witnesses for impeachment, rebuttal, or foundational purposes.

DATED: April 9, 2021

*s/ Ross W. Pulkrabek*
Keating Wagner Polidori Free, P.C.
Ross W. Pulkrabek
1290 Broadway, Suite 600
Denver, CO 80203
Phone: (303) 534-0401
Email: rpulkrabek@keatingwagner.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, Amanda Sauermann, hereby affirm that on April 9, 2021, I electronically served a copy of the foregoing on the following counsel for Defendants in this matter:

>Beau Bryan Bump, Tracy A. Oldemeyer
>Cline Williams Wright Johnson & Oldfather
>215 Mathews Street Suite 300
>Fort Collins, CO 80524
>bbump@clinewilliams.com
>toldemeyer@clinewilliams.com

>R. Livingston Keithley
>Antero Law, LLC
>1700 Broadway, Suite 640
>Denver, Colorado 80290
>lkeithley@anterolaw.com

>Peter C. Forbes
>CARVER SCHWARZ McNAB KAMPER
>& FORBES, LLC
>1888 Sherman Street — Suite 400
>Denver, Colorado 80203
>pforbes@csmkf.com

I also mailed via U.S.P.S. and emailed a copy of the foregoing to Jonathan Pauling at the below addresses:

60773 North Highway 71
>Stoneham, CO 80754
>paulingjonathan2@gmail.com

>>>*/s/ Amanda Sauermann*
>>>Amanda Sauermann

4