ELYCE YORK AND LARDYN CONSULTING, LLC TRIAL EXHIBIT LIST
TRIAL — APRIL 2021

*Amanda Wilson*
*v.*
*Jonathan Pauling, et al.*

Page 1
April 9, 2021

Case Number: 19-cv-01224-RBJ-STV

| Exh | Description | ID | Offer | Admt'd | Stip | Ref'd | Comments |
|---|---|---|---|---|---|---|---|
| 2000 | 2/27/2015 Debt Modification Agreement, loan #2096 | 2016-04-29FSB 0201-02 | | | x | | |
| 2001 | 11/21/2014 Partial Release Of Deed Of Trust | 2016-04-29FSB 000160-163 | | | x | | |
| 2002 | 10/15/2014 Loan Meeting Minutes | FSB 000484 | | | | | |
| 2003 | 2/27/2015 Debt Modification Agreement, loan 2094 | 2016-04-29FSB 000099-100 | | | x | | |
| 2004 | 2/27/2015 Security documents for loan, including DOT's and Security Agreements | FSB 000135-159 | | | | | |
| 2005 | 5/7/2015 FSB Loan Presentation | 2016-04-29FSB 010252-53 | | | x | | |
| 2006 | 5/15/2015 FSB Loan, loan #2351, $1,000,000 | 2016-04-29FSB 225-227 | | | x | | |
| 2007 | 5/15/2015 FSB Loan, loan #2352, $7,600,000 | 2016-04-29FSB 229-231 | | | x | | |
| 2008 | 5/15/2015 FSB Loan, loan #2353, $75,000 | 2016-04-29FSB 000235-237 | | | x | | |
| 2009 | 5/15/2015 FSB Loan, loan #2346, $730,000 | 2016-04-29FSB 000259-260 | | | x | | |
| 2010 | 5/15/2015 TMR Guaranty, $1,005,000 | 2016-04-29FSB 000261-262 | | | x | | |
| 2011 | 5/15/2015 FSB Loan, $275,000 | FSB 000118-119 | | | x | | |
| 2012 | 5/18/2015 Warranty Deed re Turkey Creek | FSB 00313-314 | | | x | | |
| 2013 | 7/1/2016 TMR bankruptcy materials | FSB 124 | | | | | |

{00413701.DOCX / 1 }

ELYCE YORK AND LARDYN CONSULTING, LLC TRIAL EXHIBIT LIST
TRIAL — APRIL 2021

*Amanda Wilson*
v.
*Jonathan Pauling, et al.*

Page 2
April 9, 2021

Case Number: 19-cv-01224-RBJ-STV

| Exh | Description | ID | Offer | Admt'd | Stip | Ref'd | Comments |
|---|---|---|---|---|---|---|---|
| 2014 | 7/1/2016 TMR bankruptcy materials | FSB 130-131 and 147 | | | | | |
| 2015 | 7/1/2016 TMR bankruptcy materials | FSB 153 and 156 | | | | | |
| 2016 | 9/21/2016 FSB Loan Meeting Minutes | FSB 000536 | | | | | |
| 2017 | 10/30/2016 email from Pauling to FSB | Dep. Ex. 24 (FSB 3766) | | | x | | |
| 2018 | 3/9/2017 FSB Loan Meeting Minutes | FSB 000567-575 | | | | | |
| 2019 | 4/21/2017 Request for extension | Dep. Ex. 46 (FSB 003979) | | | x | | |
| 2020 | 4/27/2017 FSB Loan Meeting Minutes | FSB 000582 | | | | | |
| 2021 | 4/27/2017 FSB Loan #2542, $7,100,000 | LAR000448-449 | | | x | | |
| 2022 | 4/27/2017 Lardyn Commercial Security Agreement and Deeds of Trust | LAR000398-399 and LAR000455-475 | | | x | | |
| 2023 | Guarantees from Mark Pauling and Elyce York | FSB 001239-001242 | | | x | | |
| 2024 | 4/27/2017 TMR Deed to Lardyn for water rights – Sterling Irrigation District | FSB 001175-1176 | | | x | | |
| 2025 | 12/11/2017 FSB Loan Presentation memorandum | Dep. Ex. 53 (FSB 002084-2085) | | | x | | |
| 2026 | 12/12/2017 FSB Loan Meeting Minutes | Dep. Ex. 54 | | | x | | |
| 2027 | 12/21/2017 FSB Loan #2591, $3,250,000 | FSB 001016-1018 | | | x | | |
| 2028 | 12/21/2017 Redtail Guaranteed Note | FSB 001026-1027 | | | x | | |
| 2029 | 12/21/2017 FSB Loan #2592, $417,763 | FSB 001029-1030 | | | x | | |

{00413701.DOCX / 1 }

ELYCE YORK AND LARDYN CONSULTING, LLC TRIAL EXHIBIT LIST
TRIAL — APRIL 2021

*Amanda Wilson*
v.
*Jonathan Pauling, et al.*

Page 3
April 9, 2021

Case Number: 19-cv-01224-RBJ-STV

| Exh | Description | ID | Offer | Admt'd | Stip | Ref'd | Comments |
|---|---|---|---|---|---|---|---|
| 2030 | 12/21/2017 FSB Loan #2596, $95,000 | FSB 001037-1038 | | | x | | |
| 2031 | 1/17/2018 FSB Loan #2601, $140,000 | FSB 001047 | | | x | | |
| 2032 | 2/16/2018 email from Pauling re Turkey Creek | Dep. Ex. 61 | | | | | |
| 2033 | 3/18/2018 FSB Loan #2611, $140,000 | FSB 001048-49 | | | x | | |
| 2034 | 3/27/2018 FSB Loan #2594, $2,907,409.21 with supporting documents | Dep. Exs. 64, 65 FSB 001391-1392 FSB 1401-1402 FSB 1434-1449 | | | x | | |
| 2035 | 4/4/2018 FSB Loan #2615, $140,000 | FSB 001052-1053 | | | x | | |
| 2036 | Mark Pauling Employment Contract | | | | x | | |
| 2037 | 5/2/2018 FSB Loan #2624, $100,000 | FSB 001056-1057 | | | x | | |
| 2038 | 5/2/2018 FSB Deed Of Trust from Redtail for Sidney property in amount of $77,085,74 | FSB 1474-1479 | | | x | | |
| 2039 | 6/6/2018 Note — Redtail for Sidney residence purchase | FSB 001431-32 | | | x | | |
| 2040 | 10/3/2018 FSB Loan #2653, $400,000 | FSB 001395-1396 | | | x | | |
| 2041 | 12/31/2019 FSB Loan #2671, $200,000 | FSB 001060-1061 | | | x | | |
| 2042 | 3/5/2019 Elyce York Trust No. 1 purchase of MAP interest in Lardyn | BB000126-127 | | | x | | |
| 2043 | 4/16/2019 SBA approval of loan guaranty of $3,375,000 | FSB 001115-001116 | | | x | | |
| 2044 | 5/24/2019 Redtail Authorization re Sidney residence | BB 146 and LAR 001005 | | | x | | |
| 2045 | 6/17/2019 Sidney residence purchase | LAR 000932 | | | | | |

{00413701.DOCX / 1 }

ELYCE YORK AND LARDYN CONSULTING, LLC TRIAL EXHIBIT LIST
TRIAL — APRIL 2021

*Amanda Wilson*
*v.*
*Jonathan Pauling, et al.*

Page 4
April 9, 2021

Case Number: 19-cv-01224-RBJ-STV

| Exh | Description | ID | Offer | Admt'd | Stip | Ref'd | Comments |
|---|---|---|---|---|---|---|---|
| 2046 | 6/20/2019 SBA Loan #36708070-01, $3,375,000 | FSB 001088-1089 LAR 001024-001026 | | | | | |
| 2047 | 6/20/2019 FSB Loan #2701, $500,000 | FSB001381-1383 LAR 000918-00928 and 001024-001026 | | | x | | |
| 2048 | FSB Answers to Lardyn Defendants' First Set of Documents | | | | | | |
| 2049 | FSB Summary of Loan Balances and supporting bank records referenced in Lardyn Defendants' Response to Interrogatory No. 9. | (FSB 12171) (FSB 12171-12206) | | | | | |
| 2050 | Amanda Wilson Employment Contract with Pauling Management Company | Wilson 000689 - 000693 | | | | | |
| 2051 | Logan County Board of County Commissioners Resolution No. 2019-22 | LAR 000008 | | | | | |
| 2052 | Special Use Permit Amendment Application | LAR 000009 | | | | | |
| 2053 | 9/18/2019 AGPROfessionals CAFO permit application to CDPHE | LAR 000011-000063 | | | | | |
| 2054 | 6/25/2018 Lardyn Consulting CAFO Registration Form with CDPHE | LAR 00087-88 | | | | | |
| 2055 | 6/4/2019 CDPHE Non-permitted CAFO Site Inspection Report | LAR 000089-000104 | | | | | |
| 2056 | 9/16/2019 Nutrient Management Plan submitted to CDPHE by Lardyn Consulting | LAR 000122-124 | | | | | |

{00413701.DOCX / 1}

*Amanda Wilson*
v.
*Jonathan Pauling, et al.*

ELYCE YORK AND LARDYN CONSULTING, LLC TRIAL EXHIBIT LIST
TRIAL — APRIL 2021

Page 5
April 9, 2021

Case Number: 19-cv-01224-RBJ-STV

| Exh | Description | ID | Offer | Admt'd | Stip | Ref'd | Comments |
|---|---|---|---|---|---|---|---|
| 2057 | 6/18/2019 Tetra Tech CAFO Inspection Report | LAR000133-134 | | | | | |
| 2058 | Documents re: sale of North Ranch (Weld County) to Mark Pauling | Wilson 03482-86, Wilson 00775-00792 | | | | | |
| 2059 | Documents re: sale of South Ranch (Weld County) to Cervi Enterprises, Inc. | Wilson 00840, 000813-14, 01001-01006 and 03478-81 | | | x | | |
| 2060 | Documents re: use of 1031 sales proceeds (North Ranch) for purchase of North Turkey Creek property | Wilson 04165-04171 | | | | | |
| 2061 | Warranty Deed for purchase of North Turkey Property by TMR | Wilson 04784 | | | x | | |
| 2062 | 9/21/2017 Brian Bates/Elyce York email with signed Wolf Resources purchase agreement for undeveloped minerals | BB 000355-000356 | | | | | |
| 2063 | 2/7/2018 FSB Appraisal Validation – February 7, 2018 | FSB 002589-002591 | | | x | | |
| 2064 | 8/23/2016 Moreland Appraisal | Jonathan Pauling 000073-160 | | | | | |
| 2065 | 2/6/2018 Mitchek Cattle Co #1, LLC Land Auction information | FSB 002612-002618 | | | | | |
| 2066 | Materials considered by S. Lutz (per S. Lutz Reports) | Dep. Ex. 213 | | | | | |
| 2067 | 03/04/2016 Kraupie's Real Estate Auctioneers | | | | | | |

{00413701.DOCX / 1 }

ELYCE YORK AND LARDYN CONSULTING, LLC TRIAL EXHIBIT LIST
TRIAL — APRIL 2021

*Amanda Wilson*
v.
*Jonathan Pauling, et al.*

Case Number: 19-cv-01224-RBJ-STV

| Exh | Description | ID | Offer | Admt'd | Stip | Ref'd | Comments |
|---|---|---|---|---|---|---|---|
| 2068 | 02/01/2017 Market Value Appraisal of Certain Mineral Interests | | | | | | |
| 2069 | 09/07/2016 Uniform Agricultural Appraisal Report | | | | | | |
| 2070 | Schedule 1 of Lutz Report | Dep. Ex. 208 | | | | | |
| 2071 | Schedule 2 of Lutz Report | Dep. Ex. 209 | | | | | |
| | *Demonstrative Exhibits* | | | | | | |
| 2072 | Chart: "Partners' Capital" – All TMR Property — Lutz Values | | | | | | |
| 2073 | Chart: "Partners' Capital" – Property Sold To Lardyn — Lutz Values | | | | | | |
| 2074 | Chart: May 2015 Transactions | | | | | | |
| 2075 | Excerpt: Logan County Deed Of Trust | FSB Trial Ex. 1015 | | | | | |
| 2076 | Excerpt: Weld County Deed Of Trust | FSB Trial Ex. 1015 | | | | | |
| 2077 | Excerpt: Security Agreement FSB-Bridgeport | FSB Trial Ex. 1015 | | | | | |
| 2078 | Excerpt: Security Agreement FSB-Dodge | FSB Trial Ex. 1015 | | | | | |
| 2079 | Table: FMV v. Liens property sold by TMR to Lardyn | | | | | | |
| 2080 | Table: FMV v. Liens property sold by TMR to Lardyn | | | | | | |
| 2081 | Table: FSB Loan Balances and Payments – May 2015 Transactions | | | | | | |
| 2082 | Table: "Partners' Capital" Illustrations | | | | | | |

{00413701.DOCX / 1 }

ELYCE YORK AND LARDYN CONSULTING, LLC TRIAL EXHIBIT LIST
TRIAL — APRIL 2021

Amanda Wilson
v.
Jonathan Pauling, et al.

April 9, 2021

Case Number: 19-cv-01224-RBJ-STV

| Exh | Description | ID | Offer | Admt'd | Stip | Ref'd | Comments |
|---|---|---|---|---|---|---|---|
| 2083 | Table: Property Sold To Lardyn, Sales Price v. Appraisals | | | | | | |
| 2084 | Table: Lutz Property Values v. Liens — property sold to Lardyn/partial TMR debt | | | | | | |
| 2085 | Table: Lutz Property Values v. Liens — property sold to Lardyn | | | | | | |
| 2086 | Table: "Partners' Capital" — All TMR Assets — Lutz Debt Calculation vs. FSB Debt Calculation | | | | | | |
| 2087 | Table: "Partners' Capital" — All TMR Assets — Lutz Debt Calculation including TMR guaranty | | | | | | |
| 2088 | Table: Lutz Values vs. Appraisals vs. Sales Price | | | | | | |
| 2089 | Excerpt: Schedule 1 of Lutz Report | Dep. Ex. 208 | | | | | |
| | Any document produced by any other party | | | | | | |
| | Any demonstrative exhibit | | | | | | |
| | Any exhibit provided by any other party | | | | | | |
| | Any exhibit necessary for impeachment or rebuttal | | | | | | |

{00413701.DOCX / 1 }