IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01224-RBJ-STV

AMANDA WILSON, a Michigan citizen,

Plaintiff,

v.

JONATHAN PAULING, an individual Colorado citizen,
MARK PAULING, an individual Colorado citizen,
TWO MILE RANCH a/k/a TWO MILE RANCH GENERAL PARTNERSHIP, a Colorado
General Partnership,
ELYCE YORK, an individual Nebraska or Colorado citizen,
LARDYN CONSULTING, LLC, a Nebraska Limited Liability Company, and
FARMERS STATE BANK, a Nebraska corporation,

Defendants.

---

DEFENDANTS ELYCE YORK'S AND LARDYN CONSULTING, LLC'S
TRIAL WITNESS LIST

---

Defendants Elyce York and Lardyn Consulting, LLC (collectively "Lardyn"),
hereby submit their list of trial witnesses:

*Expected to be present (F.R.Civ.P. 26(a)(3)(i))*

| Witness | Anticipated Length of Testimony |
|---|---|
|  |  |
| Elyce York | 1.0 (direct) |

*May Call if need arises (F.R.Civ.P. 26(a)(3)(i)*

| Witness | Anticipated Length of Testimony |
|---|---|
|  |  |
| Thaine Kramer CDPHE -- Environmental Agriculture Program 4300 Cherry Creek Drive South, DEHS-A2, Denver, CO 80246-1530 303 692-3523 | 10-15 minutes (estimate for direct) |

| | |
|---|---|
| Alex Meisner<br>Nutrien Ag-Ron<br>Northern High Plains Division,<br>Wellington, CO<br>970.222.9343 | 10-15 mins (estimate for direct) |
| Michael G. Ward, Ph.D., PAS, Vice-President, Agri-Group,<br>Furst-McNess Company<br>308.534.8484 | 10-15 mins (estimate for direct) |
| Janine Baratta, Agronomist,<br>AGPROfessionals<br>3050 67th Avenue<br>Greeley, CO 80634<br>970-535-9318 | 10-15 mins (estimate for direct) |
| Valene Lickley, Agricultural Engineer<br>AGPROfessionals<br>3050 67th Avenue<br>Greeley, CO 80634<br>970-535-9318 | 10-15 minutes (estimate for direct) |
| Amanda Wilson | 10-15 mins (estimate for direct) |
| Mark Pauling | 15 mins (estimate for direct) |

Dated:  April 9, 2021
      Denver, Colorado

Respectfully submitted,

CARVER SCHWARZ McNAB KAMPER
& FORBES, LLC

*s/Peter C. Forbes*

By:_____

    Peter C. Forbes
    1888 Sherman Street — Suite 400
    Denver, Colorado 80203
    Telephone: 303.893.1815
    Fax: 303.893.1829
    pforbes@csmkf.com

*Attorneys for Lardyn Consulting, LLC and Elyce York*

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2021, the undersigned caused a true and correct copy of the above and foregoing to be served upon the following via the CM/ECF system:

Ross W. Pulkrabek
Aaron D. Goldhamer
Keating Wagner Polidori Free, PC
1290 Broadway — Suite 600
Denver, Colorado 80203
agoldhamer@keatingwagner.com
rpulkrabek@keatingwagner.com

R. Livingston Keithley
Antero Law, LLC
1700 Broadway, Suite 640
Denver, Colorado 80290
lkeithley@anterolaw.com

Tracy A. Oldemeyer
Cline Williams Wright Johnson & Oldfather
Fort Collins
215 Mathews Street
Suite 300
Fort Collins, CO 80524
bbump@clinewilliams.com
toldemeyer@clinewilliams.com

A copy was mailed via the United States postal service and emailed to:

Mr. Jonathan Pauling
60773 North Highway 71
Stoneham, Colorado 80754
paulingjonathan@@gmail.com

*Diane Wziontka*
By:＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿