IN THE UNITED STATES DISTRCT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01224-RBJ

AMANDA WLSON, a Michigan citizen,

Plaintiff,

v.

JONATHAN PAULING, an individual Colorado citizen, MARK PAULING, an individual Colorado citizen, TWO MILE RANCH a/k/a TWO MILE RANCH GENERAL PARTNERSHIP, a Colorado General Partnership, ELYCE YORK, an individual Nebraska or Colorado citizen, LARDYN CONSULTING LLC, a Nebraska Limited Liability Company, and FARMERS STATE BANK, a Nebraska Corporation.

Defendants.

## DEFENDANTS MARK PAULING AND TWO MILE RANCH, GP'S EXHIBIT LIST

Defendants Mark Pauling[1] and Two Mile Ranch General Partnership ("Two Mile Ranch," and collectively with Mark Pauling, "Defendants"), by and through their undersigned counsel, hereby submit their exhibit list for trial in this matter scheduled to commence on April 12, 2021, as follows:

Based upon the exhibit designations submitted by the other parties in this matter, Defendants do not have additional exhibits that they affirmatively designate for trial at this time. Pursuant to the agreement of the parties, Defendants will utilize and refer to the documents identified by other parties as necessary in any examination of witnesses.

---

[1] Ordinarily, counsel would refer to this party simply as "Mr. Pauling," but given that there are multiple defendants with the same surname, counsel will refer to Mark Pauling as well as co-defendant Jonathan Pauling using their first names as well. No disrespect is intended thereby.

1

Defendants reserve the right to present any exhibits necessary for foundation, impeachment, or rebuttal, or any exhibit marked by any other party, as may be necessary.

DATED this 9th day of April, 2021.

                                                 ANTERO LAW, LLC

                                               */s/Livingston Keithley*
                                               R. Livingston Keithley
                                               1700 Broadway, Suite 640
                                               Denver, Colorado 80290
                                               Phone:  720-990-5530
                                               Email:    LKeithley@anterolaw.com
                                               *Attorneys for Defendants Mark Pauling and Two Mile Ranch General Partnership*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2021, a true and correct copy of the foregoing **DEFENDANTS MARK PAULING AND TWO MILE RANCH, GP'S EXHIBIT LIST** was electronically served via the Court's ECF Document Filing System upon the following:

Ross W. Pulkrabek
Aaron D. Goldhamer
Keating Wagner Polidori Free, PC
1290 Broadway, Suite 600
Denver, CO 80203
rpulkrabek@keatingwagner.com
agoldhamer@keatingwagner.com
*Attorneys for Plaintiff*

Jonathan Pauling
60773 North Highway 71
Stoneham, CO 80754
paulingjonathan2@gmail.com
*Pro Se*

Tracy A. Oldemeyer
Beau B. Bump
Cline Williams Wright Johnson & Oldfather, LLP
215 Mathews Street, Suite 300
Fort Collins, CO  80524
toldemeyer@clinewilliams.com
bbump@clinewilliams.com
*Attorneys for Farmers State Bank*

Peter C. Forbes
Carver Schwarz McNab Kamper & Forbes, LLC
1888 Sherman Street, Suite 400
Denver, CO 80203
pforbes@csmkf.com
*Attorneys for Lardyn Consulting, LLC and Elyce York*

/s/Livingston Keithley
R. Livingston Keithley