# IN THE UNITED STATES DISTRCT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01224-RBJ

AMANDA WLSON, a Michigan citizen,

Plaintiff,

v.

JONATHAN PAULING, an individual Colorado citizen, MARK PAULING, an individual Colorado citizen, TWO MILE RANCH a/k/a TWO MILE RANCH GENERAL PARTNERSHIP, a Colorado General Partnership, ELYCE YORK, an individual Nebraska or Colorado citizen, LARDYN CONSULTING LLC, a Nebraska Limited Liability Company, and FARMERS STATE BANK, a Nebraska Corporation.

Defendants.

## DEFENDANTS MARK PAULING AND TWO MILE RANCH, GP'S WITNESS LIST

Defendants Mark Pauling[1] and Two Mile Ranch General Partnership ("Two Mile Ranch," and collectively with Mark Pauling, "Defendants"), by and through their undersigned counsel, hereby submit their witness list for trial in this matter scheduled to commence on April 12, 2021, as follows:

**A. Witnesses who will be present at trial**, *Fed. R. Civ. P. 26(a)(3)(A)*

1. Mark Pauling, Defendant. Estimated length of direct testimony by undersigned counsel will be approximately 2 hours.

---

[1] Ordinarily, counsel would refer to this party simply as "Mr. Pauling," but given that there are multiple defendants with the same surname, counsel will refer to Mark Pauling as well as co-defendant Jonathan Pauling using their first names as well. No disrespect is intended thereby.

1

B. **<u>Witnesses who may be present at trial if need arises</u>,** *Fed. R. Civ. P. 26(a)(3)(A)*

None.

C. **<u>Witnesses where testimony is expected to be presented by means of a deposition</u>,** *Fed. R. Civ. P. 26(a)(3)(B)*

Jon Pauling, Defendant, Trial Exhibit 1033. All parties have designated certain portions of the transcript of Jon Pauling's Rule 69 examination taken February 10, 2016.

Defendants further reserve the right to cross examine any witness called by any other party, and to call any witnesses that may be necessary for impeachment, rebuttal, or foundation.

DATED this 9th day of April, 2021.

                                                               ANTERO LAW, LLC

                                                               <u>*/s/Livingston Keithley*</u>
                                                                R. Livingston Keithley
                                                                1700 Broadway, Suite 640
                                                                Denver, Colorado 80290
                                                                Phone:  720-990-5530
                                                                Email:   LKeithley@anterolaw.com
                                                                *Attorneys for Defendants Mark Pauling and Two Mile Ranch General Partnership*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2021, a true and correct copy of the foregoing **DEFENDANTS MARK PAULING AND TWO MILE RANCH, GP'S WITNESS LIST** was electronically served via the Court's ECF Document Filing System upon the following:

Ross W. Pulkrabek
Aaron D. Goldhamer
Keating Wagner Polidori Free, PC
1290 Broadway, Suite 600
Denver, CO 80203
rpulkrabek@keatingwagner.com
agoldhamer@keatingwagner.com
*Attorneys for Plaintiff*

Jonathan Pauling
60773 North Highway 71
Stoneham, CO 80754
paulingjonathan2@gmail.com
*Pro Se*

Tracy A. Oldemeyer
Beau B. Bump
Cline Williams Wright Johnson & Oldfather, LLP
215 Mathews Street, Suite 300
Fort Collins, CO  80524
toldemeyer@clinewilliams.com
bbump@clinewilliams.com
*Attorneys for Farmers State Bank*

Peter C. Forbes
Carver Schwarz McNab Kamper & Forbes, LLC
1888 Sherman Street, Suite 400
Denver, CO 80203
pforbes@csmkf.com
*Attorneys for Lardyn Consulting, LLC and Elyce York*

> /s/Livingston Keithley
> R. Livingston Keithley