IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action: 19-cv-01224-RBJ | Date: April 12, 2021 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| AMANDA WILSON | Aaron Goldhamer |
| | Ross Pulkrabek |
| **Plaintiff** | |
| v. | |
| JONATHAN PAULING | |
| MARK PAULING | R. Livingston Keithley |
| TWO MILE RANCH | |
| ELYCE YORK | Peter Forbes |
| LARDYN CONSULTING LLC | |
| FARMERS STATE BANK | Tracy Oldemeyer |
| **Defendants** | |

## COURTROOM MINUTES

**BENCH TRIAL DAY ONE**

Court in Session: 9:01 a.m.

Appearance of counsel. *Pro se* defendant Jonathan Pauling does not appear.

Witness sequestration order issued.

Discussion held on trial briefs.

| | |
|---|---|
| 9:09 a.m. | Opening statement by Mr. Pulkrabek. |
| 9:36 a.m. | Opening statement by Mr. Forbes with questions from the Court. |
| 10:07 a.m. | Opening statement by Mr. Keithley with questions from the Court. |

| | |
|---|---|
| **10:30 a.m.** | **Court in recess.** |
| **10:41 a.m.** | **Court in session.** |

10:41 a.m.     Opening statement by Ms. Oldemeyer with questions from the Court.

Plaintiff's witness, defendant Elyce York, called and sworn.

11:36 a.m.     Direct examination of Ms. York by Mr. Pulkrabek.
               **Exhibits 19 and 1033 are admitted.**

**11:57 a.m.   Court in recess.**
**1:01 p.m.    Court in session.**

1:01 p.m.      Continued direct examination of Ms. York by Mr. Pulkrabek.
               **Exhibits 26, 32, 35, 41, 42, 43, 52, 56, 64, 79 and 80 are admitted.**

**2:16 p.m.    Court in recess.**
**2:28 p.m.    Court in session.**

2:28 p.m.      Continued direct examination of Ms. York by Mr. Pulkrabek.
               **Exhibits 72, 75, 100, 109, 110, 113, 126 and 163 are admitted.**

3:03 p.m.      Cross examination of Ms. York by Mr. Forbes.
               **Exhibits 58, 2053, 2054, 2055, 2064 and 2068 are admitted.**
               Clerk's note: exhibit 2067 referred to, not offered to be admitted.

4:04 p.m.      Cross examination of Ms. York by Ms. Oldemeyer.
               **Exhibit 11 is admitted.**

4:11 p.m.      Redirect examination of Ms. York by Mr. Pulkrabek.
               **Exhibit 150 is admitted.**

Parties are excused, to return tomorrow at 9:00 a.m.

Court in Recess:  4:22 p.m.          Trial continued.          Total time in Court:  05:54