IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:   19-cv-01224-RBJ | Date:  April 13, 2021 |
| Courtroom Deputy:   Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| AMANDA WILSON | *Ross Pulkrabek* |
| **Plaintiff** | |
| v. | |
| JONATHAN PAULING | |
| MARK PAULING | *R. Livingston Keithley* |
| TWO MILE RANCH | |
| ELYCE YORK | *Peter Forbes* |
| LARDYN CONSULTING LLC | |
| FARMERS STATE BANK | *Tracy Oldemeyer* |
| **Defendants** | |

## COURTROOM MINUTES

### BENCH TRIAL DAY TWO

Court in Session:  9:01 a.m.

Plaintiff's witness, defendant Mark Pauling, called and sworn.

| | |
|---|---|
| 9:03 a.m. | Direct examination of Mr. Pauling by Mr. Pulkrabek.   **Exhibits 2, 3, 4, 5, 7, 9, 15, 16, 22, 31, 54, 55, 57, 91A and 141 are admitted.** |
| 10:00 a.m. | Cross examination of Mr. Pauling by Mr. Keithley. |
| **10:27 a.m.** | **Court in recess.** |
| **10:45 a.m.** | **Court in session.** |
| 10:45 a.m. | Continued cross examination of Mr. Pauling by Mr. Keithley. |
| 11:31 a.m. | Cross examination of Mr. Pauling by Ms. Oldemeyer. |

| | |
|---|---|
| **12:00 p.m.** | **Court in recess.** |
| **1:01 p.m.** | **Court in session.** |
| 1:01 p.m. | Continued cross examination of Mr. Pauling by Ms. Oldemeyer. **Exhibits 1043 and 1046 are admitted.** |
| 1:18 p.m. | Cross examination of Mr. Pauling by Mr. Forbes. |
| 1:20 p.m. | Redirect examination of Mr. Pauling by Mr. Pulkrabek. |

Plaintiff's witness, Richard Stull, called and sworn.

| | |
|---|---|
| 1:34 p.m. | Direct examination of Mr. Stull by Mr. Pulkrabek. **Exhibit 12, 24A, 25, 34, 45 and 47 are admitted.** |
| **2:30 p.m.** | **Court in recess.** |
| **2:47 p.m.** | **Court in session.** |
| 2:47 p.m. | Continued direct examination of Mr. Stull by Mr. Pulkrabek. **Exhibits 73, 74, 95, 131 and 132 are admitted.** |
| 3:12 p.m. | Cross examination of Mr. Stull by Ms. Oldemeyer. **Exhibits 18, 33, 38, 1008, 1009, 1110, 1021, 1024, 1030, 1031, 1052 and 1080 are admitted.** |

Parties are excused, to return tomorrow at 9:00 a.m.

Court in Recess: 4:45 p.m.            Trial continued.            Total time in Court: 06:08