IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 19-cv-01224-RBJ | Date:  April 14, 2021 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| AMANDA WILSON **Plaintiff** | Ross Pulkrabek |
| v. | |
| JONATHAN PAULING  MARK PAULING  TWO MILE RANCH | R. Livingston Keithley |
| ELYCE YORK  LARDYN CONSULTING LLC | Peter Forbes |
| FARMERS STATE BANK **Defendants** | Tracy Oldemeyer |

**COURTROOM MINUTES**

**BENCH TRIAL DAY THREE**
Court in Session:  9:00 a.m.

Plaintiff's witness, Richard Stull, recalled and remains under oath.

| | |
|---|---|
| 9:00 a.m. | Continued cross examination of Mr. Stull by Ms. Oldemeyer.  **Exhibits 44, 49, 50, 1057, 1058, 1059 and 1060 are admitted.** |
| 9:11 a.m. | Cross examination of Mr. Stull by Mr. Keithley. |
| 9:19 a.m. | Redirect examination of Mr. Stull by Mr. Pulkrabek. |
| 9:35 a.m. | Examination of Mr. Stull by the Court. |
| 9:49 a.m. | Additional examination of Mr. Stull by Ms. Oldemeyer. |
| 9:51 a.m. | Additional examination of Mr. Stull by Mr. Forbes. |

Plaintiff's witness, Stephen Stull, called and sworn.

| | |
|---|---|
| 10:08 a.m. | Direct examination of Mr. Stull by Mr. Pulkrabek.<br>**Exhibits 14 and 27 are admitted.** |
| **10:38 a.m.** | **Court in recess.** |
| **10:57 a.m.** | **Court in session.** |
| 10:57 a.m. | Continued direct examination of Mr. Stull by Mr. Pulkrabek.<br>**Exhibits 68, 105 and 162 are admitted.** |
| 11:50 a.m. | Cross examination of Mr. Stull by Ms. Oldemeyer.<br>**Exhibit 66 is admitted.** |
| **11:59 p.m.** | **Court in recess.** |
| **1:01 p.m.** | **Court in session.** |
| 1:03 p.m. | Continued cross examination of Mr. Stull by Ms. Oldemeyer.<br>**Exhibits 20, 1002, 1003 and 1015 are admitted.** |
| **2:07 p.m.** | **Court in recess.** |
| **2:31 p.m.** | **Court in session.** |
| 2:31 p.m. | Continued cross examination of Mr. Stull by Ms. Oldemeyer.<br>**Exhibits 36, 59, 124, 1006, 1038, 1039, 1040, 1071, 1072, 1074 and 1075 are admitted.** |
| 3:51 p.m. | Cross examination of Mr. Stull by Mr. Forbes. |
| 4:14 p.m. | Cross examination of Mr. Stull by Mr. Keithley. |
| 4:25 p.m. | Redirect examination of Mr. Stull by Mr. Pulkrabek.<br>**Exhibit 28 is admitted.** |

**ORDERED:    Oral motion to withdraw Beau Bump as counsel for defendant Farmers State Bank is GRANTED.**

Parties are excused, to return tomorrow at 9:00 a.m.

Court in Recess:  4:45 p.m.          Trial continued.          Total time in Court:  06:01

Clerk's note:   Minute Entry from Bench Trial Day Two dated April 13, 2021 incorrectly shows exhibit 1110 as admitted. The actual admitted exhibit is 1010.