IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:  19-cv-01224-RBJ | Date:  April 15, 2021 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| AMANDA WILSON | *Ross Pulkrabek* |
| **Plaintiff** | |
| v. | |
| JONATHAN PAULING | |
| MARK PAULING | *R. Livingston Keithley* |
| TWO MILE RANCH | |
| ELYCE YORK | *Peter Forbes* |
| LARDYN CONSULTING LLC | |
| FARMERS STATE BANK | *Tracy Oldemeyer* |
| **Defendants** | |

## COURTROOM MINUTES

**BENCH TRIAL DAY FOUR**

Court in Session:  9:01 a.m.

Plaintiff's witness, Kelly Roach, called and sworn.

| | |
|---|---|
| 9:04 a.m. | Direct examination of Ms. Roach by Mr. Pulkrabek.  **Exhibits 23, 61, 111, 115 and 2063 are admitted.** |
| 9:52 a.m. | Cross examination of Ms. Roach by Mr. Oldemeyer. |
| 10:21 a.m. | Cross examination of Ms. Roach by Mr. Forbes. |
| **10:35 a.m.** | **Court in recess.** |
| **10:51 a.m.** | **Court in session.** |
| 10:51 a.m. | Continued cross examination of Ms. Roach by Mr. Forbes. |

| | |
|---|---|
| 10:59 a.m. | Cross examination of Ms. Roach by Mr. Keithley. |

Plaintiff's witness, Shari Lutz, called and sworn.

| | |
|---|---|
| 11:05 a.m. | Direct examination of Ms. Lutz by Mr. Pulkrabek.<br>**Exhibits 29 and 157 are admitted.** |
| **12:02 p.m.** | **Court in recess.** |
| **1:02 p.m.** | **Court in session.** |
| 1:02 p.m. | Direct examination of Ms. Lutz by Mr. Pulkrabek.<br>**Exhibit 156 is admitted.** |
| 2:04 p.m. | Cross examination of Ms. Lutz by Mr. Forbes. |
| **2:25 p.m.** | **Court in recess.** |
| **2:38 p.m.** | **Court in session.** |
| 2:38 p.m. | Continued cross examination of Ms. Lutz by Mr. Forbes.<br>**Exhibit 1046 is admitted.** |
| **3:38 p.m.** | **Court in recess.** |
| **3:49 p.m.** | **Court in session.** |
| 3:50 p.m. | Continued cross examination of Ms. Lutz by Mr. Forbes. |
| 4:05 p.m. | Cross examination of Ms. Lutz by Ms. Oldemeyer.<br>**Exhibits 147 and 1063 are admitted.** |
| 4:52 p.m. | Cross examination of Ms. Lutz by Mr. Keithley. |
| 4:57 p.m. | Redirect examination of Ms. Lutz by Mr. Pulkrabek. |

Discussion held on witness testimony.

Parties are excused, to return tomorrow at 9:00 a.m.

Court in Recess:  5:06 p.m.        Trial continued.        Total time in Court:  06:25