IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01224-RBJ-STV

AMANDA WILSON, a Michigan citizen,

Plaintiff,

v.

JONATHAN PAULING, an individual Colorado citizen, et al.

Defendants.

---

**DEFENDANT FARMERS STATE BANK'S DESIGNATIONS FROM
DEPOSITION OF
PLAINTIFF'S RETAINED EXPERT SHERYL PATTERSON**

---

Plaintiff designated her retained expert, Sheryl Patterson, as a witness for trial. Doc. 104 at 2. Plaintiff described her as "a career banker with expertise in banking practices and fraudulent banking activities and may be called to offer expert opinion testimony pertinent to Defendant Farmers State Bank's conduct at issue in this case." Plaintiff has stated that Patterson will not be called in Plaintiff's case in chief. In anticipation of that, Farmers State Bank issued and served Patterson with a subpoena, a copy of her deposition, and instructions as to how to access the connection to testify remotely so that it could call her at trial. Farmers State Bank had also listed Patterson as a witness. Doc. 101 at 3. Not yet knowing the Court's ruling as to Farmers State Bank's ability to call the adverse party's retained expert at trial, Farmers State Bank designates portions of her deposition taken November 19, 2020 and/or offers proof that Patterson would have testified in accordance with her deposition testimony at:

1

| | |
|---|---|
| 41:13-42:4 | *99:5-15* |
| 49:11-54:7 | 105:1-13 |
| 54:1-19 | *106:6-8* |
| 56:6-57:14 | *111:25-112:5* |
| 58:18-59:15 | *116:10-117:2* |
| *60:20-61:7* | *120:16-121:7* |
| *61:17-62:5* | *122:1-21* |
| *62:17-63:22* | *127:8-21* |
| *71:11-72:24* | *137:17-138:12* |
| 78:11-79:11 | *144:18-147:15* |
| *84:5-15* | 153:5-154:3 |
| *85:5-86:22* | *155:17-25* |
| *89:18-90:1* | *161:16-23* |
| *90:18-91:10* | *163:13-164:4* |
| *93:13-94:8* | *176:15-20* |
| *95:16-96:16* | *180:22-24* |
| *97:14-98:4* | *194:3-14* |

Dated this 16th day of April 2021.

FARMERS STATE BANK, Defendant

By:   /s/ *Tracy A. Oldemeyer*
       Tracy A. Oldemeyer, #28246
       CLINE WILLIAMS
           WRIGHT JOHNSON & OLDFATHER, L.L.P.
       215 Mathews Street, Suite 300

2

Fort Collins, Colorado 80524
Telephone: (970) 221-2637
Fax: (970) 221-2638
toldemeyer@clinewilliams.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of April 2021, I served the foregoing through the court's e-filing system:

Ross W. Pulkrabek
Aaron D. Goldhammer
Keating Wagner Polidori Free, PC
1290 Broadway, Suite 600
Denver, CO 80203
rpulkrabek@keatingwagner.com
agoldhamer@keatingwagner.com

R. Livingston Keithley
Antero Law, LLC
1700 Broadway, Suite 640
Denver, CO  80290
LKeithley@anterolaw.com

Jonathan Pauling
paulingjonathan2@gmail.com

Peter C. Forbes
Carver Schwarz McNab Kamper & Forbes, LLC
1888 Sherman Street, Suite 400
Denver, CO 80203
pforbes@csmkf.com

/s/ *Tracy A. Oldemeyer*
Tracy A. Oldemeyer

4828-9651-9398, v. 1