IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: 19-cv-01224-RBJ | Date: April 16, 2021 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| AMANDA WILSON | *Ross Pulkrabek* |
| **Plaintiff** | |
| v. | |
| JONATHAN PAULING | |
| MARK PAULING | *R. Livingston Keithley* |
| TWO MILE RANCH | |
| ELYCE YORK | *Peter Forbes* |
| LARDYN CONSULTING LLC | |
| FARMERS STATE BANK | *Tracy Oldemeyer* |
| **Defendants** | |

## COURTROOM MINUTES

**BENCH TRIAL DAY FIVE**

Court in Session: 9:03 a.m.

Plaintiff, Amanda Wilson, called and sworn.

9:04 a.m.   Direct examination of Ms. Wilson by Mr. Pulkrabek.

9:18 a.m.   Cross examination of Ms. Wilson by Mr. Keithley.

Plaintiff rests its case-in-chief.

Argument given on oral motion for judgment as a matter of law.

**ORDERED: Oral motion for judgment as a matter of law is DENIED.**

**10:06 a.m.   Court in recess.**

**10:18 a.m.        Court in session.**

Defense witness, Christopher Gray, called and sworn.

10:20 a.m.        Direct examination of Mr. Gray by Ms. Oldemeyer.
            **Exhibits 24C, 136, 1025, 1050, 1064, 1067 and 1068 are admitted.**

11:07 a.m.        Cross examination of Mr. Gray by Mr. Forbes.

11:13 a.m.        Cross examination of Mr. Gray by Mr. Keithley.

11:18 a.m.        Cross examination of Mr. Gray by Mr. Pulkrabek.
            **Exhibit 21 is admitted.**

11:41 a.m.        Redirect examination of Mr. Gray by Ms. Oldemeyer.

Discussion held on defense witnesses and dates to continue trial in this case.

**11:57 a.m.        Court in recess.**
**1:21 p.m.         Court in session.**

Parties have reached a settlement, stipulation to dismiss will be filed after a payment is made on or before April 30, 2021.

Court in Recess:  1:25 p.m.            Trial concluded.            Total time in Court:  02:46