IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01224-RBJ-STV

**AMANDA WILSON**, a Michigan citizen,

Plaintiff,

v.

**JONATHAN PAULING**, an individual Colorado citizen, **MARK PAULING**, an individual Colorado citizen, **TWO MILE RANCH a/k/a TWO MILE RANCH GENERAL PARTNERSHIP**, a Colorado General Partnership, **ELYCE YORK**, an individual Nebraska or Colorado citizen, **LARDYN CONSULTING LLC**, a Nebraska Limited Liability Company, and **FARMERS STATE BANK**, a Nebraska Corporation.

Defendants.

---

**MOTION TO DISMISS**

---

Plaintiff Amanda Wilson ("Plaintiff") and Defendants Mark Pauling, Two Mile Ranch General Partnership, Elyce York, Lardyn Consulting LLC, and Farmers State Bank (collectively "Represented Defendants"), by and through their respective undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a), move for dismissal of this case with prejudice, with each party to bear its respective costs and attorney fees, as follows:

1. Certificate of Conferral: Prior to filing this motion, counsel for the represented parties conferred with *pro se* Defendant Jonathan Pauling, who did not respond. Jonathan Pauling did not attend the trial of this case and did not participate in the settlement reached by the other parties.

2. The Court may dismiss a case upon the filing of a stipulation for dismissal filed by all parties who have appeared. Fed.R.Civ.P. 41(a)(1)(A)(ii). The Court also may dismiss a case at a Plaintiff's request on terms that the Court considers proper. Fed. R. Civ. P. 41(a)(2).

1

3. Plaintiff and the Represented Defendants reached a settlement agreement.

4. Pursuant to the settlement agreement, Plaintiff and Represented Defendants agree that this entire case be dismissed with prejudice, each party to bear their own fees and costs.

5. Jonathan Pauling did not appear at trial and did not participate in the settlement. However, Jonathan Pauling will not be prejudiced by dismissal of this case with prejudice, with each party to bear its own costs and fees.

WHEREFORE, Plaintiff Amanda Wilson and Defendants Mark Pauling, Two Mile Ranch General Partnership, Elyce York, Lardyn Consulting LLC, and Farmers State Bank move the Court to dismiss this case with prejudice, each party to bear their own fees and costs.

DATED: May 3, 2021

*s/ Ross W. Pulkrabek*
Keating Wagner Polidori Free, P.C.
Ross W. Pulkrabek
1290 Broadway, Suite 600
Denver, CO 80203
Phone: (303) 534-0401
Email: rpulkrabek@keatingwagner.com

*Counsel for Plaintiff*

*/s/ Tracy A. Oldemeyer*
Tracy A. Oldemeyer
CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P.
215 Mathews Street, Suite 300
Fort Collins, Colorado 80524
toldemeyer@clinewilliams.com

*Counsel for Defendant Farmers State Bank*

*s/ Peter C. Forbes*
Peter C. Forbes
Carver Schwarz McNab Kamper & Forbes, LLC
1888 Sherman Street, Suite 400
Denver, CO 80203
pforbes@csmkf.com

*Counsel for Defendants Elyce York and Lardyn Consulting, LLC*

*/s/ R. Livingston Keithley*
R. Livingston Keithley
Antero Law, LLC
1700 Broadway, Suite 640
Denver, CO 80290
LKeithley@anterolaw.com

*Counsel for Defendants Mark Pauling and Two Mile Ranch GP*

## CERTIFICATE OF SERVICE

  I, Amanda Sauermann, hereby affirm that on May 3, 2021, I electronically served a copy of the foregoing on the following counsel for Defendants in this matter:

Tracy A. Oldemeyer
Cline Williams Wright Johnson & Oldfather
215 Mathews Street Suite 300
Fort Collins, CO 80524
toldemeyer@clinewilliams.com

R. Livingston Keithley
Antero Law, LLC
1700 Broadway, Suite 640
Denver, Colorado 80290
lkeithley@anterolaw.com

Peter C. Forbes
CARVER SCHWARZ McNAB KAMPER
& FORBES, LLC
1888 Sherman Street — Suite 400
Denver, Colorado 80203
pforbes@csmkf.com

  I also mailed via U.S.P.S. and emailed a copy of the foregoing to Jonathan Pauling at the below addresses:

60773 North Highway 71
Stoneham, CO 80754
paulingjonathan2@gmail.com

                  */s/ Amanda Sauermann*
                  Amanda Sauermann